IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

The Constitution, Civil Rights and Human Rights violations against me occurred in Montgomery County, Alabama

Karen J Nordell
Magnolia Lodge
826 Park St Troy,
Alabama 36081
Plaintiff(s),

v.

Montgomery Alabama Police Dept
Montg Ala Municipal Jail Guards
Former Pres George Bush (Jan 20, 1989 — Jan 20, 1993) et al
Defendant(s).

other Defendants will be listed

CIVIL ACTION NO. 2:07-CV-1007-MHT

COMPLAINT

1. Plaintiff(s)' address and telephone number: Magnolia Lodge  826 Park Street Troy, Alabama 36081   334-566-9222

2. Name and address of defendant(s): Montgomery Ala Police Dept — 324 N. Ripley St Montgomery Alabama 36104  Montgomery Alabama Municipal City Jail Guards — 324 N. Ripley Street Montg Ala 36104  Former Pres George Bush (Pres from Jan 20, 1989 — Jan 20, 1993) I think he lives in Connecticut now. Forward copy of my lawsuit through his son Pres Bush or the Governor of Connecticut

3. Place of alleged violation of civil rights: Capital Inn Motel Montg Ala   Salvation Army Homeless Shelter — Nov 21, 2005   Montg Municipal City Jail Nov 21, 2005 — Feb 3, 2006

4. Date of alleged violation of civil rights: Nov 17, 2005  Nov 21, 2005  Nov 21, 2005 — Feb 3, 2006

5. State the facts on which you base your allegation that your constitutional rights have been violated: I have a very meritorious on-going obstruction of Justice complaint against Former Pres George Bush. The Constitution states that you have the right to get redress (a remedy — relief) for filing your grievance and you have the right to file and pursue a grievance without reprisal. Former Pres George Bush subjects me to on-going acts of reprisal against me for filing and pursuing my obstruction of Justice complaint against me. On Nov 21, 2005, Montgomery Alabama Police Officer — Mr. H.G. Wells freely admitted that Former Pres Bush told him to evict me from the Capital Inn Motel (Montg Ala) on Nov 17, 2005 and to again evict me from the Salvation Army Homeless Shelter on Nov 21, 2005. These 2 evictions were unlawful and retaliatory and I received 10 minutes notice to get out. When I refused to leave my room at the Salvation

6.  Relief requested: Montg Ala Police Dept + Montg Ala Municipal Jail Guards - 20 million dollars judgement. Former Pres George Bush - 20 million dollar judgement. FBI - 50 million dollar judgement. US Senator Richard Shelby (Alabama) 20 million dollar judgement. Terree McCulan - 20 million dollar judgement. John Borzdangvich - 20 million dollar judgement. Calvin Pepucci - 20 million dollar judgement. Former US Attorney Doug Jones - 20 million dollar judgement. Corrupt former Massachusetts Governor William Weld - 20 million dollars judgement. US Secret Service - 50 million dollar judgement.

Date: Nov 15, 2007                    Karen J Mordell
                                      Plaintiff(s) Signature

Jail time for the defendant
Close all the 4 tank cells at the Montg Ala Municipal City Jail
Signed under penalty of perjury
The facts in this lawsuit complaint are true and correct.
                          Karen J Mordell

Former US Attorney Carole Mitchell (Birmingham Alabama) 20 million dollar judgement

Birmingham Alabama FBI employee Investigative Analyst Ms Greene - 20 million dollar judgement.


TO: US District Court Clerk Debra Hackett:
     Motion to Appoint Counsel
Please Appoint me a lawyer to assist me with my lawsuit complaint.
     Please don't assign Judge Myron Thompson to my lawsuit complaint. Judge Myron Thompson is an extremely insensitive and unfair judge.

2

Page 1 - attachment

Karen J Norbell - Plaintiff

How my Constitutional, Civil Rights and Human Rights have been violated.

---

Army Homeless Shelter (I had $5 in my pocket and no where to go) corrupt Montg Ala Police Officer, Mr Hi.G. Wells falsely arrested me for trespassing. On 21Nov17, 2005 when I was unlawfully evicted from the Capital Inn Motel (206 N. Goldwater Street - Montg, Ala) my daily room rate was up to date and the Assistant Manager agreed I could be a guest - tenant - resident until Dec 2, 2005.

Such evictions are retaliatory and the false arrest for trespassing violate the Constitutional principle of filing and pursuing a grievance without reprisal. And I have the right to get my remedies - redresses for filing and pursuing my grievance. Officer - Mr Hi.G. Wells clearly stated that Gov man Pres George W Bush told him to evict me on Nov 17, 2005 and Nov 21, 2005.

Even though I was polite and courteous and cooperative during the arrest process and the booking process, corrupt Police Officer Hi.G. Wells wouldn't let me make so much as a single telephone call and he assigned me to the Tank Cell at the jail - The Tank Cell has only a concrete floor with no bunk or mattress or blanket or toilet or sink or bottled water or toilet paper. I was there for

Jail guards shipped me off to Baptist Hospital without telling me and a supplementary post hearing took place Karen J Norrell plaintiff on Feb 21, 2006. In my absence in 24 hours, My bowels acted and I urinated on myself. I was falsely arrested for Trespassing — a minor misdemeanor and everyone else gets personal recognizance or a small bond the night before. I was denied the right to call anyone — family, Magistrate, bondsman, lawyer, press, US Dept of Justice and others.

I was moved to a regular cell on Nov 22, 2005 but jail guards turned off the water in my cell on Nov 23, 2005 and they kept it off until I was removed by 2 Deputy sheriffs from the jail on Feb 3, 2006.

The conditions of my imprisonment from Nov 21, 2005 — Feb 3, 2006 at the Monty Ala Municipal City Jail were egregious and violated my Constitutional Civil and Human Rights. The Jail Guards kept me totally Incommunicado for 8 days not letting me make a single telephone or send a single letter out. Only 1 or 2 prisoners would get me water and I had to beg them to get me water. I was thrown in the Tank cell 3 more times, 4 times a jail guard Ms Green didn't bring me my breakfast. In Oct 2006 I received a letter from the Monty Ala Police Dept stating that on May 10, 2006 they threw out my 5 big bags of clothes — my entire wardrobe, which I was in possession of when I was falsely arrested on Nov 21, 2005. Corrupt Jail Guards admitted that they were paid off by the individuals I've named in my ongoing very meritorious Obstruction of Justice, espionage and political corruption complaint to keep me totally Incommunicado at the jail for 70 days.

page 3

How my constitutional Civil and Human Rights were violated   Karen J Norlell - Plaintiff

Former Pres George Bush (Pres from Jan 20, 1989 - Jan 20, 1993) is a friend of my ex-boyfriend Terence McCuthen (who is involved in on going espionage with his High level CIA supervisor - John Gozdenovich and their friend Calvin Papucci)

Former Pres Bush called the CIA (Central Intelligence Agency) secretaries and told them not to put through my telephone calls (with espionage complaints against his friend Terence McCuthen and John Gozdenovich) to the CIA Director's Office, the CIA Inspector Generals Office and the CIA Personnel Office. The CIA takes all their espionage complaints seriously and will investigate, but they wrongfully blew mine off because former Pres Bush egregiously and flagrantly abused his discretion.

Female jail Guard A.L. Heard wouldn't let me use the telephone on Thanksgiving, Christmas or my sister's, Mom's or Dad's birthday. None of the jail guards would let me use the phone or let me send letters. Female Guard A.L. Heard gave every prisoner in my group of cells a stamped envelope at Christmas-time to send a Christmas message to their families, but she wouldn't give me one. A.L. Heard filed an illegal Involuntary commitment Petition against me on Feb 2, 2007 but she never served me with a copy, and corrupt Probate Court Judge Russ McKinney held a Probate Court Petition against me in my absence on Feb 21, 2006.

) there are other Page 1 - Continuation
lawsuit. Defendants in my complaint
Karen J Nordell plaintiff
Question 2. Other Defendants
4. FBI Office Headquarters Office 901 Pennsylvania Ave NW
Washington DC  Robert Mueller - Director -
corrupt FBI Director Robert Mueller covered
up my on-going very meritorious espionage, political
corruption and obstruction of Justice complaint and
acts of reprisal even though I passed my lie detector tests
about the complaints and (acts of) reprisal I was
subjected to.  FBI Director Robert Mueller is also responsible
for my 2 Nov 01, 2005, Nov 21, 2005 unlawful evictions, false arrest for
trespassing on Nov 21, 2005 and my egregious conditions of
Imprisonment from Nov 21, 2005 - Feb 3, 2006 and
my illegal involuntary commitment to Brea Hospital
on Feb 2, 2006.  2121, 8th Ave 14th floor North Birm Ala 35205
Birmingham Ala FBI employee (who is currently
employed by the Montgomery Ala FBI Office) corrupt Assistant
Special Agent-in-charge Alton Sizemore and corrupt
Birmingham Alabama FBI Agents Tom McHill and
Barry Dupree also did the same as FBI Director
Robert Mueller - even though I passed my lie
detector tests about my very meritorious on-going
Obstruction of Justice complaint against and my directly
related espionage and political corruption complaints
and (of) the acts of reprisal I was subjected to.)
Corrupt FBI Agent (Boston Mass FBI)
Dave Byx covered up my very meritorious on-going
espionage and political corruption complaint -

Austran 2 — additional Defendants

Karen J Nordell — Plaintiff

Corrupt Boston Massachusetts FBI Agent Dave Epps covered up my complaints before I took my lie detector tests. I have 9 excellent + analytical reasons why I arrived at the conclusion that corrupt Dave Epps covered up my complaints. Later on, the TODAY SHOW on NBC aired a lengthy story that there was a rampant corruption at the FBI Office in Boston Massachusetts.

(5) Corrupt US Senator Richard Shelby (Alabama) who is just as corrupt as his best friend — former Pres. George Bush (Pres from Jan 20, 1989 – Jan 20 1993)

(6) + (7) + (8) Terence McCutchen (my ex-boyfriend — a friend of former Pres Bush) — a part time CIA employee, and his high level CIA supervisor John Bozzelnouch, and Calvin Pepucci (employed by Raytheon Defense Contractor - Andover Mass) are involved in ongoing espionage for the longest time. I am not suing the CIA (Central Intelligence Agency). I'm suing (6) + (7) Individually. corrupt

(9) former US Attorney Doug Jones (Birm Ala) covered up my complaints even though I passed my lie detector tests. Doug Jones is now an attorney in practice.

(10) Corrupt former Massachusetts Governor William Weld engaged in political corruption when he served as the US Attorney in Boston Mass. It is an ongoing manner.

Defendants 1-10 are responsible for my 2 unlawful evictions, false arrest for trespassing on Nov 21, 2005 and my egregious conditions of imprisonment.

Question 2 - Other Defendants

Karen J. Warbell - Plaintiff

(11) US Secret Service - Corrupt Pres Bush told the Secret Service to make trouble for me, to destroy my credibility. The Secret Service covers-up for Corrupt Pres Bush's Obstruction of Justice.

(12) Corrupt Corrupt US Attorney Carole Pritchard - Birmingham Alabama - she covers-up my complaints before I took my lie detector tests and passed

(13) Birmingham FBI employee - corrupt Investigative Analyst Ms Greene - covered up my complaints before I passed my lie detector tests. as well as Defendants (1-10)

Defendants (11), (12) & (13) also are responsible for my 2 illegal evictions Nov 17, 2005 Nov 21, 2005 and false arrest on Nov 21, 2005 and my egregious conditions of imprisonment, which violated my Constitutional, Civil and Human Rights.

Respectfully submitted
Karen J. Warbell