AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Middle Division_ District of _of Alabama_
1 Church Street Montgomery Alabama 36104

Karen J Nordell
Plaintiff

V.

Montgomery Ala Police Dept et al
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:07-cv-1007-MHT

I, _Karen Nordell_ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Jan 1997 - self - employed - counselor 300# per week

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment   ☒ Yes   ☒ No  $10 a week picking
    b. Rent payments, interest or dividends   ☐ Yes   ☒ No   up cigarette butts
    c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No   at my former
    d. Disability or workers compensation payments   ☒ Yes   ☐ No   group home. When
    e. Gifts or inheritances   ☒ Yes   ☐ No   I moved to my
    f. Any other sources   ☐ Yes   ☒ No   new group home I
                                                                lost my job

My Dad + Mom occasionally send me $20,

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

623# per month in SSI payments. I pay 5% of my monthly SSI for room and board to my group home and get a $28 per week allowance.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount. $62

   I have to use this money to buy winter clothes,

The Montgomery Alabama Police Dept threw away my entire clothing wardrobe

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   none

I declare under penalty of perjury that the above information is true and correct.

Nov 14, 2007                        Karen Mordecai
_____                     _____
Date                                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.