IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KAREN JAYNE NORDELL,            )
                                )
    Plaintiff,                  )
                                )
                                )   CIVIL ACTION NO.
    v.                          )     2:07cv1007-MHT
                                )
MONTGOMERY ALABAMA POLICE       )
DEPT. and GEORGE BUSH,          )
Former President                )
(Jan 20, 1989-Jan 20, 1993)     )
                                )
    Defendant.                  )
```

### ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 27th day of November, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE