IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN JAYNE NORDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-1007-MHT |
| ) | |
| MONTGOMERY ALABAMA POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 12), the undersigned Magistrate Judge considers the "Motion to Appoint Counsel" (Doc.1, filed November 16, 2007).[1]

A civil litigant has no constitutional right to the appointment of counsel in a civil case. *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). The appointment of counsel is only justified by exceptional circumstances. *Id*. At this time the Court concludes this case does not present exceptional circumstances, such as issues that are so novel or complex, as to justify the appointment of counsel. Accordingly, it is

**ORDERED** his motion for appointment of counsel (Doc. 1) is hereby **DENIED**.

---

[1] The Motion to Appoint Counsel is referenced on page 2 of Plaintiff's Complaint. *See* Doc. 1.

DONE this 29th day of November, 2007.

    /s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE