| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Tammie Knox_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Tammie Knox  C. Date of Delivery: 12-1-07 |
| 1. Article Addressed to:<br><br>Karen Jayne Nordell<br>Magnolia Lodge<br>826 Park Street<br>Troy, AL 36081 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07cv1007-MHT<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 0024 9261 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540