Friday
Dec 7, 2007

In the United States District Court
for the Middle District of Alabama
Northern Division
phone 334-566-9222

From: Karen Jayne Nordell — Plaintiff
vs
Montgomery Alabama Police Dept
Defendants    et al
Case No: 2:07-cv-1007-MHT

To: US Magistrate Judge Terry Moorer
Request for Continuance
Order Setting Hearing for Pre-Service
Review of Complaint — Scheduled for
Friday — Dec 14, 2007 at 10:00 A.M.

I, Karen Nordell — the Plaintiff
respectfully request a continuance
for this Hearing until after the
Christmas Holidays for the following
reasons. I am indigent, I don't have
a car, and the only employee of
the Group Home Complex where I live who can
provide transportation for me works
on Monday — Thursday.
I must pay him $30 for gas man

which is a financial hardship.
Also, I have an appointment with a lawyer in Montgomery, lawyer Julian McPhillips at 10:00 AM on Friday, Dec 21, Dec 5, [re: quashing my case]. The only day I can be transported to Montgomery Alabama is on Fridays. For these reasons, would you please re-schedule the hearing for a Friday after the Christmas holidays? Thank you very much for your consideration, Judge Moorer.

Sincerely
Karen Jayne Nordell
Plaintiff

I only receive $623 in monthly SSI benefits and I must pay 75% of my income to my Group Home - the Magnolia Lodge for room and board.