FILED
JAN 30 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Tuesday
Jan 15, 2008

# IN THE UNITED STATES DISTRICT COURT FOR THE Middle DIVISION OF ALABAMA NORTHERN DIVISION

Karen Jayne Mordell  )
   Plaintiff  )  Case No
  )  2:07-CV-
v.  )  1007-MHT
Montgomery Alabama Police  )
Dept et. al.  )
   Defendants.  )

Request to Reconsider Appointment of Counsel.

Dear Magistrate Judge Terry Moorer,

   I, Karen Mordell, the Plaintiff (who states that my Constitutional, Civil, and Human Rights were violated by the Defendants, by false arrest, being held Incommunicado at the jail for 80 days, having my water turned off in my jail cell, and two illegal evictions previous to this) respectfully request that you reconsider appointing me a lawyer. I can't afford to pay a lawyer.

[Margin notes:]
Defendants also illegally sent me to O'Neil psychiatric hospital, & forced psych evaluation & treatment without their having evidence…

I'm a former medical student without funds or lawyer to protect my legal rights…

↑ Prisoners Rights (me)

My lawsuit has a far-reaching impact on Complaining Witnesses (me), Whistle-blowers (me), people being illegally evicted (me), the homeless (me at a certain time). Complaining Witnesses and whistle blowers being forced to take psychiatrict evaluations and being falsely arrested, in order to destroy their credibility.

A lawyer could take my case on a fee contigency basis or a fee award basis from the Defendants.

Would you please call the following lawyers and ask them if they'd accept my case, please:

1. The US Attorney - Ms. Leura Canary - for the Middle Division of Alabama
2. Attorney Allen Arnold - 1-888-450-1550
3. Attorney Vincent Kilbourne
   251-479-9010
4. Attorney Joseph Van Heest
   334-551-1066
5. Attorneys Richard Keith + Jacob Dubin
   334-264-6776

Thank you for your reconsideration and assistance.

Respectfully submitted
Karen Jayne Wordell - Plaintiff