FILED
JAN 30 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA

Tuesday
Jan 15, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DIVISION OF ALABAMA
NORTHERN DIVISION

Karen Jayne Nordell
   Plaintiff

v.

Montgomery Alabama Police
Dept et al,
   Defendants

Case No. 2:07-cv-1007-MHT

Dear US Magistrate Judge Tommy Mooner,

① I forgot to add the name of an additional Defendant in my lawsuit - the City of Montgomery Alabama. The City of Montgomery, the Montgomery Police Dept and Montgomery Jail Guards are not immune from prosecution because they engaged in Obstruction of Justice.

② I have requested that the US District Court award me very high money damages. This is a strong deterrent to the Defendants violating the Constitutional, Civil, and Human Rights of someone else and engaging in Obstruction of Justice. If I'm awarded high money awards, I'm giving alot of the money to charities.

③. The charge of tresspassing was eventually dropped misdemeanor

④. The Defendants have been subjecting me to acts of reprisal for 15 years.

⑤ Corrupt FBI employee - Assistant Special Agent-in-Charge - Alton Sizemore (Birmingham FBI Montgomery FBI) and other Defendants and Jail Guards killed my 2 month old unborn baby. I was 54 years old while I was illegally held at the Montg. Municipal City Jail and truely blessed by God and Jesus to be pregnant.

⑥. Defendants caused me extreme emotional duress.

⑦ Corrupt US Senator Richard Shelby (Alabama) is just as corrupt as his best friend former Pres. George Bush. After visiting US Senator Richard Shelby's Birmingham Alabama Branch Office and giving the facts of my on-going Obstruction of Justice, espionage and political corruption complaint, Senator Shelby's high level male assistance went to my neighborhood post office and told the manager of the post office not to deliver my mail - tamper with my mail. Later on I telephoned US Senator Richard Shelby's Washington DC office and spoke with

his legislative assistant - Mark Osterly - about my complaints and told him I had passed my lie detector tests. Mark Osterly told me that Senator Shelby and former President George Bush were the best of friends. Mark Osterly cross-examined me like a very expert defense attorney about my complaints. I later found out that Mark Osterly told a ~~big~~ lie about me. He lied and told the ~~US secret~~ service that I told him I'd kill former Pres George Bush. I never made this statement to him or to anyone else. The secret service questioned me and said I told some of Senator Shelby's employees that I'd kill former Pres Bush. I volunteered to take a lie detector test. I did not make this statement to anyone. At a later date, the US Treasury Dept - Office of Inspector General investigated my complaint about this and said that Mark Osterly told the secret service that I told him I'd kill former Pres Bush.

Corrupt US Senator Richard Shelby never should have been made chairman of the Senate Intelligence Committee.

8. One of the female prisoners in my group of cells at the jail, who was using the names "Tameka Tut" and "Sarah Vaughn" told me that if I didn't plead guilty to tresspassing, she'd beat me up and throw bleach at me and I'd be in jail for 1 year. She admitted that she had been paid off by former Pres Bush to make my life miserable at the jail. One of her friends, a prisoner – Ms. Bradford told me to drink toilet water after I told her the water had been turned off in my cell.

9. Everyday while I was at the jail I'd ask for Police Chief Art Baylor, Montg Mayor Bobby Bright, Alabama Attorney General Troy King, to come to my cell so I could give them the facts. I also asked for US Attorney Leura Canary, Governor Bob Riley, US Congressman Mike Rogers, Alabama US Senator Jeff Sessions, Massachusetts US Senators Edward Kennedy and John Kerry, but the jail guards never attempted to contact them.

10. My 32 page original lawsuit-complaint details all the acts of reprisal I've been subjected to by the Defendants for the past 17 years.

Signed under penalty of perjury
Jan 15, 2008   Karen Jayne Kordell – Plaintiff