IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN JAYNE NORDELL, )<br>    )<br>   Plaintiff, )<br>    )<br>v.    )<br>    )<br>MONTGOMERY ALABAMA POLICE )<br>DEPARTMENT, et al., )<br>   Defendants ) | CASE NO. 2:07-cv-1007-MHT |

## ORDER

Upon consideration of Plaintiff's motion for leave to amend complaint to add additional information and an additional defendant (Doc. 13, filed January 30, 2008), it is **ORDERED** that the motion be **DENIED without prejudice**, with leave to refile. The motion does not comply with the Middle District of Alabama's Local Rule 15.1 because the amended complaint must reproduce the entire pleadings as amended and may not incorporate any prior pleading by reference. *See* M.D. Ala. L.R. 15.1.[1] In other words, Plaintiff may not simply add to her prior complaint, she must reproduce the complaint with the additions she wishes to include.

DONE this 1st day of February, 2008.

    /s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE

---

[1] The local rules may be found at www.almd.uscourts.gov