In the United States District Court
For the Middle District of Alabama
   Northern Division

Karen Jayne Nordell
   Plaintiff
   v.
Montgomery Alabama Police
Department et. al.
   Defendants.

RECEIVED 2008 JAN 31 P 3:03

Tuesday
Jan 29, 2008

Case No: 2:07-cv-1007-MHT

Dear US Magistrate Judge Terry Moorer,

Motion for 3 weeks extension of time to present Objections to your Jan 25, 2008 - <u>Report and Recommendation of the Magistrate Judge</u>

On Sunday evening, Jan 27, 2008 I received your Report and Recommendations of the Magistrate Judge. You request that I submit my Objections by Jan 7, 2008. <u>I respectfully request a 3 week continuance to present these Objections</u>, for the following reasons:

1. Your report is 27 pages long and you cite many cases. I've never read - researched these cases. I need access to a law library that has all these federal law books. I live in Troy, Alabama and I don't know if Troy University has a Paralegal studies degree program and an extensive collection of law books in their library. I don't know if I can even make use of the Troy University law library, since I am not a student at Troy University. I would like to use the law library at the U.S.

District Court House, if I can obtain transportation from someone who lives in Troy and is employed in Montgomery. Greyhound Bus service doesn't have bus service from Troy to Montgomery until 3:45 PM daily. May I please use the ~~Q. W.~~ law library at the US District Court House?

2. I've attempted to find an attorney to represent me ~~on~~ a fee contingency and/or fee award basis but haven't found one yet.

A lot of attorneys in Alabama are afraid of corrupt former President George Bush, and his best friend, corrupt US Senator Richard Shelby.

The only lawyer the Alabama Bar Referral service was able to refer me to was Julian McPhillips (Montgomery Alabama) who couldn't take my case. Attorney Julian McPhillips referred me to his friend Attorney Andrew Skier — but Attorney Andrew Skier said he did criminal defense work and said he did not take lawsuits/cases against Montgomery Police Dept.

A law firm in Troy Alabama told me to find a lawyer in Montgomery, Alabama.

I contacted the Montgomery Alabama law firm of Thomas, Means, Gillis and Seay — which has 18 lawyers — because I thought this firm may be in the financial position to take my case on a ~~fee~~ contingency

— page 3 —

basis and/or fee award basis, but they only take Personal Injury cases.

I called the Montgomery County Bar and reached an answering service, but they never called me back.

I telephoned 3 Montgomery lawyers in 2006 while I was illegally held at Greil psychiatric hospital, but they were afraid to take a case against corrupt former Pres Bush ( I have an Obstruction of Justice complaint against him and a on-going reprisal complaint against him.

I know a high profile, high powered Washington DC lawyer, who isn't afraid of anyone, and he might be able to assist me.

I am going to contact the US Attorney Ms. Leura Canary who might accept a civil rights case, and 3 lawyers, Jake Watson - Huntsville Vincent Kilbourne - Mobile and Allen Arnold - Arendall law firm and contact the Birmingham Lawyer Referral Service.

Huntsville Alabama Attorney Jake Watson (who filed a lawsuit against a Police Dept) is working with the Atlanta based Southern Center for Human Rights. (I will contact this organization too.).

3. Your 20 page Report and Recommendation cites many cases and it will take awhile for an attorney and me to prepare the Objections.

For these reasons I respectfully request a 3 week extension from the ~~the Feb~~ 7, 2008 due date for the Objections to ~~be~~ filed. After the Objections are filed I'd like to schedule an additional hearing.

I sent you a letter - mailed on Jan 15, 2008 (6 pages in total) which:

1. Gave detailed facts why I knew US Senator Richard Shelby is corrupt

2. Requesting that you Reconsider appointing me counsel

3. Adding the City of Montgomery as a Defendant.

4. Stating that if I was awarded high money Judgements against the Defendants, I'd give some of the money to charities

4. Additional facts I couldn't fit into the short forms the court clerk sent to me.

Did you receive this letter?

Thank you for taking the time to read my letter, and considering my request for a 3 week extension.

Respectfully submitted
Karen J. Mordell
Plaintiff