IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KAREN JAYNE NORDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-1007-MHT |
| | ) | |
| MONTGOMERY ALABAMA POLICE DEPARTMENT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Plaintiff's *Motion for 3 weeks extension of time to present objections to your January 25, 2000 Report and Recommendation of the Magistrate Judge* (Doc. 16, filed January 31, 2008). For good cause, it is **ORDERED** that the Motion is denied as to a 3 week extension from February 7, 2008. However, a three week extension is **GRANTED** from the date of this order. Thus, Plaintiff has until **February 22, 2008** to file her objections to the Report and Recommendation. Plaintiff is also advised the Alabama State Law Library is open to the public.[1]

DONE this 1st day of February, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] Information on the Alabama State Law Library can be found at http://www.alalinc.net/library/over_master.cfm