page 1 of 6 pages

Karen J Nordell

Friday
Feb 22, 2008

In the United States District Court
For the Middle Division of Alabama
Northern Division

Karen Jayne Nordell
   Plaintiff

v.

Montgomery Alabama Police
Department, et.al.,
Corrupt Corner Press
George Bush
Corrupt US Senator Richard
Shelby et al
Corrupt FBI Director Robert
Defendants Mueller
et al

Case No: 2:07-cv-
1007-MHT

Dear US Magistrate Judge Terry Moorer,

   My Objections to your 27 page Report and Recommendation were supposed to be mailed by Jan 22, 2008, but unfortunately I can't mail them until Monday, and I hope that you can grant me this short extension of time due to extenuating circumstances. As I stated to you in a 36 page letter mailed yesterday where I have been illegally involuntarily committed since Jan 18, 2008 by Alabama Pike County Judge Robert Faircloth. Some of the employees of my group home — Magnolia Lodge 820 Park Street Troy Alabama had me illegally committed to Dale Medical Center

2/22/08) Karen L. McArdell

Senior Therapeutic Health Senior Psychiatric Ward Rm 115 on Feb 6, 2008. Defendants in my lawsuit paid off some of the employees at my group home to illegally have me Involuntarily committed.

The incident that precipitated this was that my roommate Brenda Sartain stole $14 from me, and refused to return the money. She kept the lights on starting 2AM on Feb 13 and Feb 14 2008 making me so tired that I couldn't go to the Pike County Circuit Court Library — hopefully being able to do legal research on my Objections to your 25 page Report and Recommendation (you cited many cases) but I was exhausted having 3 hours of sleep on Feb 13 Wed night and Feb 14 Thursday night. Over the weekend 16 & 17 & 18 before Presidents Day (Feb 18, 2008) I told my roommate Brenda Sartain that she was a common thief, many times and I called her a bitch 4 times and said I'd contact the Troy Police Dept on her, if she didn't replace the money by Tuesday Feb 19, 2008. We get our $28 per week cash allowance every Tuesday from our group home manager — Carol Holbough. All the staff was covering up for Brenda Sartain, lying and saying that she didn't steal my money. She was the only one in the room with me. We kept our door closed at night. 2 employees worked at night and they were awake and made sure that no one went into other

Page 3 - of 6 pages
Karen S Nordell   2/22/08

people's rooms

On Monday morning early, our psychiatrist nurse - Sharon Stintson came in and I told her Brenda Sartain had stolen $14 from me. Corrupt psychiatric nurse - Sharon Stintson lied and said my mental illness was getting worse and that I was paranoid. I have no mental illness, except for anxiety attacks (which are in remission) and I'm not paranoid. Corrupt psychiatric nurse Sharon Stintson said "need" You have to send me Involuntarily to the psychiatric hospital and give me an injection of a strong medicine. I called Sharon Stintson a bitch and a whore five times. She made me angry. I told her I'd call the US Attorney on her, and the US Dept of Justice on her and have her put in jail for Obstruction of Justice and I'd sue her in the US District Court.

Also, on that morning Cheryl Thomas (who with Carol Holbough - group home manager - drove me to Montgomery Ala for my Jan 11, 2008 conference that you scheduled) Cheryl Thomas and Carole Helsough don't approve of my lawsuit) told me I was paranoid when I told her that Brenda Sartain had stolen $14 from me and I expected her to replace it on Tues, Feb 19, 2008 when we tenants received our $28 weekly cash allowance

page 4 of 6 pages
Karen Modell   2/22/08

I'm not paranoid and Cheryl Thomas made me angry so I called her a bitch and a whore and called her a corrupt mental health worker.

Corrupt psychiatric nurse Sharon Stintson told big lies about me and lied and said I threatened to kill her and her children. Cheryl Thomas told a big lie on me and stated that I told her I'd kill her. I never told Cheryl Thomas I'd kill her.

My court-appointed attorney — Ruth Paulk was corrupt and most ineffective. I was the victim of ~~~~ Ineffective Assistance of Counsel. She would hardly allow me to testify. Would you please send a Federal Public Defender to represent me. This is not merely a state court matter, but a federal court matter. I need a writ of Habeus Corpus to free me from this Hospital. I need a restraining order to keep these corrupt psychiatrist from giving me psychiatric medicine. Corrupt Dr Tessema keeps giving me more and more psychiatric medicine. He gave me an injection of Prolixin on Tuesday which makes my mind into a vegetable and he Teperal which makes my mind into a vegetable.

I don't belong in this hospital. I should be off psychiatric medicine, off SSI and have a good job. The psychiatric medicine

page 5 of 6
Karen J Niceley  2/22/08

Do I need to exhaust my Alabama state court remedies for a writ of Habeas corpus — filing this request in the Circuit Court before filing in the federal court. These court-appointed attorneys are paid by the state of Alabama. Ruth Pawlik — my court-appointed attorney said I was imagining everything. She's a liar and it's obvious that she's been paid off by the Defendants in the lawsuit I've filed against the Montgomery, Alabama Police Dept, corrupt former Pres Bush, corrupt USSenator Richard Shelby (who is as corrupt as his best friend former Pres Bush) Corrupt FBI Director Robert Mueller et al to give insufficient representation.

Carol Holdough — Group Home Director and Cheryl Thomas — Case Manager don't approve of my lawsuit. I made a huge mistake when I allowed them to sit in the courtroom on Jan 11, 2008 for the conference you scheduled and allow them to listen to my testimony. They both tell lies about me — that I'm paranoid. I'm not paranoid I very smart and perceptive and no one puts one over on me. I have a keen analytical legal scholarly mind. My intellectual capacities must be preserved and being forced to take psychiatric medicine is destroying my intellectual capacities. I want to get off psychiatric medicine, get off SSI and

Karen J. Wordell
Senior Therapeutic Health Rm 665
Dale Medical Center
126 Hospital Road
Ozark, Alabama 36360

TO BE OPENED BY THE ADDRESSEE ONLY

please needs soon as possible

Emergency Matter

U.S. Magistrate Judge Terry Moorer
US District Court house
Middle Division of Alabama
1 Church Street
Montgomery, Alabama 36104

36104/4018