page 2 of 36 pages

In the United States District Court
For the Middle Division of Alabama
RE:          Northern Division

Tuesday
Feb 19, 2008
and Wednesday
Feb 20, 2008

Karen Jayne Waddell —
       Plaintiff

new address — Illegally
Involuntarily committed
to Dale Medical Center —
Senior psychiatrict Ward
by my Group Home employees
phone — 334-774-2001
ext 1090 Rm 115

Case NO. 2:07
-CV- 1007-MHT

V

Montgomery Alabama Police Dept
Corrupt Former Pres Bush
Corrupt US Senator Richard Shelby
Corrupt FBI employees
corrupt US Secret service

et al    Request for Restraining Order
         and Hearing on Restraining
              Order and extension of
                                      file

Dear US Magistrate Judge Terry Moorer
       My Objections to your 27 page Report and
Recommendation of the US Magistrate Judge to refuse
to serve summons on some of the Defendants Ive
listed in my lawsuit against the Montgomery
Ala. Police Dept alleging they are immune from
being sued. My interpretation of your 27
      page document is that you have misinter-
preted the law.        ⟶    over

1

I will do my best to get lengthy objections to your 27 page Report and an ammended lawsuit to you by Friday – Feb 22, 2008 (but) in the interim a tragic incident has happened that egregiously violates my Constitutional, Civil and Human Rights and will greatly Impair me from preparing my lengthy Objections to your Report and lengthy ammendment to my lawsuit. →

Corrupt psychiatrist – Dr Tossener – Just gave me an injection of prolixin (a psychiatric medicine that will turn my mind into a vegetable and impair my intellectual functioning, my keen, analytical, legal scholarly mind) (Dr Tossener's corrupt nurse – Donna Callaway gave me the injection of Prolixin) Prolixin will turn my mind into a vegetable – I've been forced to take Prolixin before in 1997 and it turned my mind into a vegetable and I gained 70 lbs in 4 months (my weight increased from 180 lbs to 250 lbs – later on in 1997 I developed high blood pressure. My Medical Doctor told me that this 70 lb increase in weight caused my high blood pressure, this extra weight is stressing out my heart.

I really need a Restraining Order to keep corrupt Dr Tossener (corrupt psychiatrist assigned to me at Dale Medical Center – Senior Psychiatrist Ward) from giving me

1

Prolixin injections and the psychiatrick medicines I'm currently taking. I am currently half a vegetable taking the psychiatrick medicines of Lexipro, Invega, and colonopin. I want a Restraining Order to keep any psychiatrist from giving me any further psychiatrick medicines and for a psychiatrist to substitute counseling (short-term — instead of giving me psychiatrick medicines, I want to obtain a good paying job again, instead of collecting SSI benefits. I'd like to work as a US District Court clerk. I've taken a few Introductory law courses, and a 6 credit legal secretarial course.

I'm a former Medical student with Introductory psychiatrick training and I know who has a mental illness and who doesn't and I know I don't have a mental illness, except for anxiety attacks which are in remission. Allowing me to take 5 mgs of Atavan will generally stop the anxiety attack.

I spoke, for the first time with Dr Tessemer this morning for 10 minutes, and I was honest with him but he was not honest with me. Dr Tessemer has been paid off by corrupt former.

1

Pres George Bush ( Multiple Counts of Obstruction of Justice) and his best friend US Senator Richard Shelby (Alabama) (who was in Brundidge and Montgomery Alabama 11 days ago) (corrupt FBI employees — FBI Director Robert Mueller), corrupt Boston Mass FBI Agent — Dave Espy, corrupt FBI Agents Birm'm FBI Office — Tom Matill and Barry Dupree, and corrupt Montg. Ala. FBI Office Assistant Special Agent-in-Charge Al Cousize more and the Corrupt US Secret Service ( Little Rock Arkansas Agts. Terry Rogers and Agent Bryou who falsely arrested me for allegedly threatening to kill the then ( while in office) Pres William Clinton — I never threatened to kill Pres Clinton and offered to take a lie detector test. I think Pres Clinton was an excellent President, I love Pres William Clinton and his wife, former First Lady Hillary Clinton, now US Senator from New York State and Democratic Presidential Hopeful, and their daughter — Chelsea Clinton. I hope US Senator Hillary Rodham Clinton (NY) wins the Presidency in Nov 2008). !

    I traveled and took up residency in Little Rock Arkansas in Dec 1992 and attempted to make contact with Pres-Elect William Clinton future First Lady Hillary Rodham Clinton and their daughter Chelsea Clinton to tell them about my on-going Obstruction of Justice complaint

against former Pres George Bush and my directly
related espionage and political corruption
complaint that corrupt Boston Mass, FBI
Agent Dave Espy covered-up — You forget to
mention in your 27 page Report and
Recommendation that I had 9 excellent
analytical-factual reasons why I arrived
at the conclusion that corrupt Boston
Mass FBI Agent - Dave Espy had covered
up my complaint and that later-on, the
TODAY SHOW on NBC featured a lengthy
story that there was rampant corruption at
the Boston Massachusetts FBI office.
Also while I was still living in Birmingham Ala,
— I telephoned the Raleigh N.C. FBI Office
about a matter concerning my neighbor
(who was from N.C.) (who began stealing
documents and money from me and my
high blood pressure medicine from me, after
I passed my lie detector tests concerning
my on-going, very meritorious Obstruction of
Justice, espionage and political corruption
complaint and all the acts of Reprisal I had
been subjected to by the individuals I had
named in my complaints — Namely on Nov
11, 96 (in Birm Ala), I was raped, assaulted
and battered at gunpoint by a man
using an alias "Steve Johnson" —

1

— page 6 of 36 pages —

K J M

(Alabama Lic No CLF —782 — white car
Im 5'10" I weighed 180 lbs at that
time)   Corrupt Brim Ala Police ^ Larry ^ (neighborhood)
Daughtery got paid off by corrupt Former
Pres Bush, his best friend — corrupt US Senator
Richard Shelby (Alabama), former Pres Bushs
friend — my ex-boyfriend Terence McCutchen (Mass Lic No GXL —175)
(who also has a friend in the US Secret Service)
~~the~~ (Terence McCutchen is involved in on-going
espionage with his high level CIA supervisor
— John Bozdenovich and their friend — Calvin
Repucci (Mass Lic No STM 599). Corrupt
then at that time he was Governor of Massachusetts
Mass. Gov William Weld — who had engaged
in political corruption when he served as
the US Attorney in Boston Mass. When William
Weld was employed as the US ~~Attorney~~ in
Boston Mass, he had enough evidence to prosecute
James — "Whitey" Bulger — a notorious dangerous
Boston Mass Gangster — but corrupt US Attorney
William Weld allowed James — "Whitey" — Bulgers
brother — William Bulger (who at that time was
President of the Massachusetts State Senate)
to talk him out of prosecuting his brother —
James — ~~Whitey~~ — Bulger. James "Whitey" Bulger —
went on to commit additional murders
and 3 corrupt Boston Mass FBI Agents
tipped off James Whitey Bulger to leave

1

Massachusetts. James "Whitey" Bulger is currently on the FBI's 10 Most Wanted List and the last TV News Report I heard said he was currently robbing banks in California

✓✓✓ Here is the information why I know that corrupt US Senator Richard Shelby is just as corrupt as his best friend for mer Pres George Bush (I did not have room on the 8 page form complaint form for my lawsuit that the US District Court Deputy Clerk sent me to fill out.)

I moved to Birmingham Alabama from Little Rock Arkansas on Aug 18, 96. In late Sept 96 I, twice visited US. Senator Richard Shelby's before I learned that he was corrupt Birmingham Alabama Branch Office (located in the Federal Bldg) and discussed with his legislative assistants my on-going very meritorious Obstruction of Justice complaint against former Pres George Bush and the my directly related very meritorious on-going espionage and political corruption Complaint that was covered up by corrupt Boston Mass FBI Agent Dave Espy. One week later, early in Oct 96 I noticed that US Senator Richard Shelby's (Birm Ala Office) top male assistant was walking my neighborhood post office (located 10 miles away from Down-town Birm Ala where US Senator Richard Shelby's Birm Branch office was located) There were 2 Post Offices located in downtown Birm Ala — close to senator Shelby's office. →

page 8 of 38

I crossed the street and ducked into the Piggly Wiggly Grocery and waited awhile until US Senator Richard Shelby's top male legislative assistant left my neighborhood Post Office. I went into the Post Office and questioned my Post Office Manager about what had transpired between him and the top male legislative assistant and the Post Office Manager stated that this top male Assistant of US Senator Richard Shelby's told him to tamper with/interfere with my mail. I told the Post Office Manager briefly about my complaints and to please make sure I received my mail and my outgoing mail reached its destination. I therefore concluded that US Senator Richard Shelby (Alabama) was corrupt.

Corrupt US Senator Richard never should have been made Chairman of the US Senate Intelligence Committee.

In the summer of 98 I took and passed lie detector tests regarding my on-going Obstruction of Justice complaint against Former Pres George Bush and my directly related espionage and political corruption complaint and left the acts of reprisal I had been subjected to – that I had been raped, assaulted and battered at gun point by a man using the alias Steve Johnson (Alabama Lic No CLF-780).

Corrupt X

On Sept 11, 98 I telephoned US Senator
Richard Shelby's Wash DC Office (acting on the
request of an Alabama Republican Party member)
because I wanted to attend an Alabama
Republican Candidate Fund Raiser Dinner to be
held on Sept 17, 98 (that former Pres George Bush
corrupt
and corrupt US Senator Richard Shelby were
scheduled to attend) I wanted to make a
short speech to to the Alabama Republican
Candidates to tell them why I knew former
Pres Bush and US Senator Richard Shelby were
corrupt. I was told that corrupt US Senator
Richard Shelby's Wash DC had ticket I sent
to this Sept 17, 98 Dinner
On Sept 11, 98 I spoke with US Sena
tor - Richard Shelby's top legislative Assistant
Mark Osterly in his Washington DC    Senate
Office.    I told Mark Osterly that I had
passed my lie detector tests about my very
meritorious on-going Obstruction of Justice complaint
against former Pres George Bush and that corrupt
FBI Agent (Boston Mass FBI Agent) Dave Espy
had covered up my very meritorious - on-going
espionage and political corruption complaint
and my criminal complaint that I had been
raped, assaulted and battered at gun point by
alias Steve Johnson on Nov 11, 96.

Mark Osterly told me that former
Pres Bush and US Senator Richard Shelby
were the best of friends. Mark Osterly

1

Cross-examined me like an expert defense attorney

On Sept 14, 98 2 US Secret Service Agents came to my Birmingham Alabama home and Secret Service Agent Roy Wilson began to question me in an accusing manner and a threatening and intimidating manner falsely accusing me of telling some of US Senator Richard Shelby's employees that I would kill former Pres George Bush. I told Agent Roy Wilson I had never made this statement to anyone, including Senator Shelby's employees and offered to take a lie detector test. When I told him I had passed my lie detector tests about my complaints he became angry. Any honest law enforcement Agent would have been very happy to learn that I had passed my lie detector tests.

I told Secret Service Agent Bir Ala Branch Office Roy Wilson that the Secret Service is covering up for former Terence McCuthen Nasa friend in the Secret service Pres George Bush who engages in multiple counts of Obstruction of Justice and that Terence McCuthen (my ex-boyfriend - a friend of former Pres Bush - Terence McCuthen is a part-time CIA employee and works full time for Digital - a High tech Co. in Mass - Terence McCuthen is involved in espionage with his high level CIA Supervisor employee - John Gozdenovich and their friend Calvin

Repucci. Secret Service Agent Roy Wilson did not arrest me, but he threatened to arrest me for trespassing if I attended the Alabama Republican Candidate Fundraiser Dinner to be held on Sept 15, 2008 (that former Pres George Bush and US Senator Richard Shelby would attend). I told Secret Service Agent Roy Wilson that I would sue him. He left my home.

Immediately after I left my home I called corrupt US Senator Richard Shelby's Wash DC Office and Ms. Anne Cauldwell – secretary – told me that all incoming calls into US Senator Shelby's Wash DC office were tape recorded. I told Anne Cauldwell that obtaining a copy of the tape of my conversation with Mark Oskily Sept 11, 98 would prove I never told him that I would kill former Pres Bush. "Connie" an employee of corrupt US Senator Richard Shelby's Tuscaloosa Ala. Office (that I had called on Sept 11, 98) also confirmed that on Sept 11, 98 I never told her I'd kill former Pres Bush. and she discouraged me from attending the Alabama Republican Candidate Fund Raiser Dinner on Sept 15, 98 due to the threat by Secret Service Agent Roy Wilson that he would arrest me for trespassing if I attended the Dinner.

On Tuesday Sept 15, 98 I telephoned the US Treasury Dept and asked to speak to (then) Treasury Secretary Robert Rubin with my

—page 12 of 38 pages—

complaints about Agent Roy Wilson (secret service). After making many attempts to reach Treasury Secretary Robert Rubin — his staff told me to write a him in a letter of complaint and send a copy to the Office of Inspector General — US Treasury Dept.

On Sept 15 and 16 — 98 corrupt Birm Ala FBI Office Assistant Special Agent in Charge — Alton Sizemore told me that the Birm Ala FBI Office would not investigate my complaint against secret service Agent Roy Wilson, and that he had referred my complaint to the Secret Service — Birm Ala. That was unacceptable to me. I brought forth a lawsuit (pro se) against the Secret Service because of the actions (illegal) of Secret Service Agent Roy Wilson and began telephoning lawyers to assist me on a fee contingency — fee award basis.

In late Sept 98 I contacted (then) US Attorney Doug Jones (Northern Division of Alabama) gave him detailed facts of my complaints and told him I passed my lie detector tests. Corrupt US Attorney Doug Jones covered up my complaints and I told him I'd contact President Clinton and US Attorney General Janet Reno bring forth complaints about him.

On Oct 6, 98 the Office of the Inspector General — US Treasury Dept had investigated my complaint against Secret Service Agent Roy Wilson and they told me

that Mark Osterly had told the Secret
Service that I had told him I'd threatened
to kill Former Pres George Bush, but they didn't
believe Mark Osterly's lie he told about me.
I told the Office of Inspector General - Treas.
Dept and Treas Sec Robert Rubin's office that
I'd take a lie detector test and for them to obtain
copies of Sept 11, 98 tape recording of me
speaking with Mark Osterly that would
prove my innocence.
✓✓✓ It is obvious from the above-
stated facts that US Senator Shelby is just
as corrupt as his best friend Former Pres Bush
ok : Corrupt US Senator Richard Shelby never
should have been made Chairman of the
US Senate Intelligence Committee. I
know, and any other reasonable person
would conclude that US Senator Richard
Shelby, corrupt Former Pres George Bush (his best
friend) and the Secret Service passed Mark Osterly
an envelope filled with cash to call the Secret
Service and tell this lie on me (that I told him
I'd kill Former Pres Bush) - hoping that I'd be
arrested and be held "incommunicado".
        On Oct 5, 98 I telephone lawyer
Thomas Willingham and his staff (I got his name
from the lawyer referral service - B'rm Ala)
        and told them I needed their assistance

with a pro se law suit I filed against the Secret
Service. Lawyer Thomas Willingham was very rude
to me and he told me he had a conflict of interest —
he was a member of the Alabama Republican
Party and he told me he couldn't take my case.
       On Oct 6, 98 at 7:30 PM the
the US Secret Service and US Marshalls banged
on my door and gave me 5 seconds to open it.
They told me I was under arrest for threatening
a former President. I told them I didn't threaten
any former President. I was going to tell Secret
Service Agent Keith McClaren (who falsely
arrested me that I would sue the Secret
   Service for false arrest but I was afraid
hed push me down the stairs. I had to beg
the US Marshalls to take my high blood pressure
medicine with me.
                The next day at my Oct 7, 98 Arraignment
in the US District Court — Northern Division of Alabama
I was given a copy of the complaint, Arrest Report
and read it and learned that lawyer Thomas
Willingham and his paralegal Leigh Taylor had
told a big lie about me and stated that I told
them Id kill former Pres Bush. I never made
this statement to them — I never told them Id
kill former Pres Bush, and I offered to take a
lie detector test. I asked US Magistrate
Judge Michael Putnam for personal
recognizance but he refused. My

1

corrupt court appointed lawyer Rick
Burgis didn't argue ~~that~~ I should get
personal recognizance and illegally
wanted me interned in a medical facility.

At my Oct 16, 98 Probable Cause and
Detention Hearing corrupt court appointed
Attorney - Rick Burgis made 22 errors of law
and he illegally refused to appeal corrupt US
Magistrate Judge Michael Putnams Decision
to Detain me. Corrupt Magistrate Judge
Michael Putnam refused to appoint me a
new attorney and I told him to RECUSE
himself from my case and I questioned him
and he admitted that he had got him paid
off by former Pres. Bush to violate my
rights.

I was forced to interact with
corrupt Dr Pedersen - psychiatrist and
corrupt Dr Shaddock - forensic psychologist
at the Mental Health Unit of the Federal
Medical Center (a federal prison for women in
Ft Worth Texas) In May 99 all the
Defendants I mentioned in my lawsuit with
the exception of the Montgomery Police Dept and
~~the~~ Montgomery Municipal City Jail Guards
and corrupt FBI Director Robert Mueller
(all in May June 99 - Louis Freeh was
the Director of the FBI)

infected me and my friend Charmaine Smith (30 years of age) I was 48 years old at the time, with already a typical form of pneumonia. I'm a former medical student and former Microbiologist and all the female prisoners lived under crowed conditions. A lot more female prisoners should have contracted pneumonia — but Charmaine Smith — like most prison employees considered to be a "troublemaker" because she brought forth a pro se law suit against her corrupt forensic psychologist — Dr Shadduck. I was considered "a troublemaker" because of my very meritorious —on-going Obstruction of Justice complaint against former Pres George Bush.

I almost lost my life in a medical hospital. I was on a respirator for 3 weeks and semi-comatose for 3 weeks. My Mom and sister came all the way from New Hampshire to visit me and I was semi-comatose and didn't even know ~~they were~~ they were in the same room with me. I came out of my semi coma in 3 weeks, was taken off the respirator and was discharged from the hospital 1 week later. Charmaine Smith was in the hospital for 3 weeks with the atypical pneumonia and was discharged.

In Aug 99 — the local US Attorneys Office sent corrupt Dr Pederson and corrupt

because I did not fit the profile of a dangerous person. I am not a danger to myself or others.

Dr Shadduck a letter telling them to release me from the Mental Health Unit of the Federal Prison at Ft Worth Texas and let me go home back to Birmingham Alabama. Corrupt Dr Pedersen and corrupt Dr Shadduck told me they went to a Judge and got the US Attorneys Office overruled.

In Dec 99 there was a Re-Competency to stand Trial Determination Hearing before Ft Worth US Magistrate Judge Charles Bleil

Corrupt Dr Pedersen made me swellow a large cup of Depakote twice a day which made me into a vegetable and he would not let me discontinue the Depakote 3 days before the Recompetency to stand Trial Hearing. I could not effectively present my case before US Magistrate Judge Charles Bleil

I had every right to take lie detector tests to prove my innocence and have trials to prove my innocence, because I never threatened to kill President William Clinton or former Pres George Bush.

Corrupt Dr Pedersen and corrupt Dr Shadduck (who testified I had a bipolar disorder which was a lie about me, I have no mental illness) illegally held me for 4 years in the Mental Health Unit

of the Federal Medical Center — Carswell — Federal
Prison — Ft Worth Texas — before they released
me to return to Birmingham Alabama.
            My social worker named Chris ———
told me that if I brought forth a lawsuit
against the US Secret Service for false
arrest I'd be arrested again by the
Secret Service. The secret service
made a threat of false un-meritorious
arrest through my social worker "Chris"
( I don't remember his last name).
    I was innocent of threatening to kill
President Clinton and former Pres Bush,
and I had the right bring forth false
arrest lawsuits against the Secret Service.
            I sued the Secret Service in the
US District Court in Little Rock Arkansas
in Aug 18, 1998 ( 2 years after I moved from
Little Rock Arkansas to Birm. Alabama) for the
false arrest for allegedly threatening to kill Pres
Clinton — which I did not say. .
            I sued the Secret Service in June
2004 — almost 2 years after I was released
from the Mental Health Unit — Federal
Medical Center — federal prison — Carswell
Ft Worth Texas and in 2005 I am amend
my lawsuit to include the corrupt
Boston Mass FBI Office (corrupt FBI
Agent Dave Espy — who covered up my

very meritorious espionage and political corruption
complaint)

~~AA~~ Corrupt Dr Pedersen, just before I
was released from the Mental Health Unit
and allowed to return to Birm Ala, did
admit that both he and Dr Sheffcluck
((forensic psychologists)) get monthly checks
from Form Pres George Bush to keep me in
the Mental Health Unit for 4 years.
        Corrupt Dr Pedersen increased my
psychiatric medicine after I wrote a
Democratic
lengthy letter to  Presidential Candidate
(Former Vice President Albert Gore)
My Green Return Receipt Verification
for Certified Mail never came back to me.
The staff  tore my letter to Democratic
    at Carswell
Presidential Candidate Albert Gore and Democratic
Vice Presidential Candidate US Senator ((Conn.))
Joseph Leiberman.
        I was falsely arrested on an
alleged Probation violation on June 2003
~~because~~ I defyed my corrupt US
Probation Officer's and Boarding House owners
Illegally unconstitutional
instructions not to use the Boarding
Home telephone to call lawyers to start
a false arrest lawsuit against the
Secret Service — Birm Ala Branch Office

Page 20 of 38 pages
15/41

My Probation Officer later on felt
guilty about the way he mistreated
me, violated my rights and lied to me,
and he petitioned the U.S. District Court
to get me off Probation and he was
successful. I was taken off
Probation in Oct 2003.

In 1993 while I was living in
Little Rock Arkansas and suburbs, Former
Pres George Bush and Terence McCutchen, his
high level CIA supervisor - John Bozdeuvich
and Calvin Repucci (all 3 are involved in
on-going espionage activities) corrupt
Massachusetts Governor William Weld (whom
I saw - spotted across the street from my motel
where I rented a room by the week) and corrupt
Boston Mass FBI Agent - Dave Espy had me
evicted illegally from 6 motels where I was a
clean quiet guest who paid my motel rent on
time, and tried to put the blame on President
Clinton. I was self employed as a counselor
- and they interfered with my counseling
service.

I'm going to write a book - "Abuse of
Psychiatry in the United States" and how
corrupt psychiatrists are payed off by
angry supervisors to lie and say that
"Whistleblowers" have a mental illness

and the corrupt psychiatrists try to destroy the credibility of the whistle blower with respect to the criminal complaints they've made against their supervisors.

Even though I was falsely arrested on federal felony charges 3 times, I have no felony convictions.

Ever since I brought forth my very meritorious espionage and political corruption complaint to corrupt Boston Mass FBI Agent Dave Espy, there has been a series of retaliatory illegal evictions, the individuals I've named in my complaints interfered with my self-employment as a counselor, false arrests, being kept "Incommunicado" and illegally/unmercifully/hideously being committed to psychiatric hospitals IN ORDER TO DESTROY MY CREDIBILITY.

As I've stated before, on Nov 21, 2005 after Montgomery Alabama Police Officer H.G. Wells threatened to arrest me for tresspassing if I didn't immediately leave the Salvation Army Homeless Shelter — He freely admitted that Gorun Pres Bush told him to evict me from the Capitol Inn Motel on Nov 17, 2005 — even though my rent was paid up, and the Salvation Army dayroom Homeless Shelter on Nov 21 2005.

page 82 of 96 pages
K J M.

I was falsely arrested for trespassing
on Nov 21, 2005 by Officer M.G. Wells
    Former Pres Bush and the individuals
I've named in my very meritorious espionage
and political corruption complaint and the
rest of the Defendants I've named in my
very meritorious against the Montgomery Police
Dept paid off a series of corrupt psychiatrists
over the years to lie and say I had a mental
illness in order to destroy my credibility,
with the exception of the Montg Ala Police
Dept and Municipal City Jail Guards
who participated with the other Defendants
in my lawsuit to pay off Dr Crook — (corrupt
psychiatrist at Greil Hospital to lie and
say I had a mental illness to destroy my
credibility. Corrupt Dr Crook kept me
drugged up on psychiatrist medicine
I was so drugged up, I could barely get
up for meals, 7 Except in the Summer of
2006 when Dr Crook put me on a low
dose of Ability which had no effect on my
keen analytical legal scholarly mind,
    Then Corrupt Dr Crook drugged me up
again with psychiatrist medicine in Sept
2006 and when I told him in writing I
would sue him for medical malpractice
constitutional, Civil and Human Rights

Violations ~~and~~ for $10 million dollars and have
put in prison for Obstruction of Justice,
he ~~got~~ retaliated and put me on even more
psychiatric medicine.

Nov 31, 2005 The false arrest for trespassing
against me charge was dropped in Dec 2006.

I was released from Greil psychiatric
Hospital – 2140 Upper Wetumpka Road
Montgomery Alabama on March 22, 2007
– Wednesday to the Magnolia Wood Group Home
Complex 1685 Elba Highway Troy Alabama
36079 and transferred to a Group Home
– the Magnolia Lodge Group Home – 826
Park Street, Troy Alabama 36081 – where I
~~we had more freedom here~~
resided until yesterday Feb 18, 2008
when I was transported to Dale
Medical Center, 126 Hospital ~~Road~~
Avenue, Ozark Alabama 36360.

          I want all the Defendants ~~the~~
named in my lawsuit against the Montgomery
Alabama Police Dept etal including corrupt
Former Pres Bush and corrupt US senator
Richard Shelby put in jail for the rest of
their lives because they all killed my
unborn baby. I was 2 months pregnant
when I was ~~in~~ held illegally and totally
Incommunicado at the Montgomery
municipal city jail in Montgomery Ala.

—page 24 of 36 pages
KJ '11

On the first Friday in Jan 2006 I was 8 weeks pregnant and the corrupt nurses at the jail wouldn't give me any folic acid (necessary during pregnancy) and get the water turned back on in my cell. ✓✓✓✓ I woke up 5 days later and discovered that I wasn't pregnant any more. All the Defendants I've named my lawsuit belong in jail for the rest of their lives for killing my unborn baby.

One of the nurses came by at 5:00 PM tonight and said that corrupt psychiatrist Eyob Hailu Tessema had ordered more psychiatric medicine for me, an anti-convulsent — that I don't need because I don't have seizures, and a large heavy dose of Trazedone (which is used as a sleeping pill). I talked the nurse into not giving it to me until 8:00 PM. The Medical Doctors at Cooper Greene Hospital at Birm, Ala told me to tell my psychiatrist (that I was forced to see on an out-patient basis) not to give it to me any more because it was making me very dizzy.

page 2 of ( )
K #37

THE DETAILS OF MY Illegal
UNCONSTITUTIONAL COMMITMENT
which also violates my Civil and Human
Rights.

My female room mate - Brenda
Sartain stole $14 dollars from me while
I was asleep. I am a very sound sleeper.
We keep our room door shut at night
and no one else was was in the Room
with me except Brenda Sartain who
knows when I'm sound asleep. She stole
$8 from me in Dec 2007 and $6 from me
in early Feb 2008 for a total of
$14. I keep calling her a common thief
a bitch, and told her that if she didn't
replace the $14 she stole me. I'd contact
the Troy Police Dept about her. Every tenant
client - resident at the Magnolia Lodge
Group Home gets a $28 cash per week "allowance"
that they may spend any way they wish.
Brenda Sartain spends all her money on
cigarettes. I don't smoke.

All the employees at the Magnolia
Lodge kept lying and denying that Brenda
Sartain stole my $14 dollars. The staff
is covering up for Brenda Sartain. Brenda
Sartain acts like she's really stupid but
Brenda Sartain admitted that she's not freely

I was planning on going to the Federal Court House library (which has a few ~~page 26~~ federal law books that are new/updated and seeing if I could use their computer to connect with Ala. system court library ~~but~~ I was too tired on Friday. Feb 15, 2008.

~~dumb,~~ Brenda Sartain pretended to be dumb, ~~but she's very smart.~~ One of the male tenants ~~told me that~~ Brenda Sartain's former room-mate — Margaret Ballard occasionally complained that her ~~money had~~ been stolen. Brenda Sartain was the only person in the room with her. We have 2 employees who work at night and they are awake and they watch the hallways. Brenda Sartain was stealing her ~~former~~ roommates — Margaret Ballard's money, too.

Brenda Sartain told lies about me — and said I had spit on her several times, threw water on her, threw her stuffed animals ~~off~~ the dresser and threatened her. ~~I did~~ not do any of ~~these~~ these things. to her. ~~XXX~~ I have an absolute right to contact the Troy Police Dept about her for stealing my money.

Brenda Sartain would frequently turn our room light on at 2 or 3 AM and woke me up, and I couldn't get back to sleep.

Brenda Sartain turned the light on in our room at 2:00 AM on Wednesday night — Feb 13 - 2008 and Feb 14 - 2008 Thursday. I got 3 hours sleep. Brenda Sartain was interfering with ~~the~~ my ability (lack of sleep) and doing legal research to prepare my Objections to our 27 page to prepare letters to lawyers who could assist me with my lawsuit. Report & Recommenda

K f 27

In early Jan 2008 Carole Helbough **Group House Director** had a meeting with us tenants-clients-residents at Magnolia Lodge Group House to state that over that weekend her office had got broken into and her strong box got ~~broke~~ **broken** into **and flat she** kept money that the tenants asked her to keep locked up for ~~me~~ **them**. She was saving $41 dollars for me (authorized by me) to buy acct. Carole Helbough ~ Group House Director said that only my envelope with $41 had been stolen. Carole Helbough replaced $13, then $25 but she has refused to replace the other $13. I asked **Group House** Director Carole Helbough to call the Troy **Ala.** Police Dept 3 times after her office got broken into and my $41 got stolen. One of the male tenants reported that his 4 bars of Irish Spring Soap were stolen. <u>One of the employees</u> <u>thought it was suspicious that Carole</u> <u>Helbough did not contact the Troy Ala.</u> <u>Police Dept or Brenda Sortain for stealing</u> <u>$74 from me or when her office got</u> <u>broken into and my $41 got stolen. from her strong box.</u> Over the weekend before Presidents Day (Feb 18, 2008) I called

K & M

I called Brenda Sartain — my roommate
a common thief many times and called
her a bitch about 4 times also kept
telling her I'd call the Troy Alabama Police
Dept on her if she didn't replace the $14
she stole from me this Tuesday Feb 19 —
2008. We get our $28 cash allowance
every Tuesday. (from Carol Holbough — Group Home
Director)

I told all of the staff who
worked this weekend about Brenda
Sartain stealing $14 from me. And
that Carole Holbough refused to
replace the $13 — remaining of the
$41 stolen ( my money) that was
kept in her office strong box.

the staff called Carol Holbough
over this past weekend and told

※※※ Carol Holbough left a message for me
through the staff — if I kept complaining
about Brenda Sartain stealing my money
— $14 and complaining that Carole Holbough
wouldn't pay me the $13 remaining from
the $41 stolen from her strong box. —
early in Jan 2008
that Carole Holbough would have me
transferred back to the Magnolia Wood Group
it has a fence around it.
Home complex with a more restrictive
environment and have to live with violent,
dangerous people. One of the female tenants
June 2007
had hit me. Another female tenant threatened

# # #

to punch my face in, and she falsely accused me of making a false complaint against former Pres Bush. My on-going Multiple count Obstruction of Justice complaint against former Pres Bush is very meritorious. One of the male residents 26 years old told me ~~that~~ he would beat me up and stab me when I told him I could not be his girlfriend and he burned a piece of paper in his trash can.

Carol Holbough and Cheryl Thomas (Case Manager) gave me a ride into Monty Alabama for the Jan 11, 2008 conference — Hearing you held because you couldn't read my 8 page condensed lawsuit — complaint — which I originally submitted to the court as a 32 page detailed lawsuit complaint on Oct 26, 2007. Carol Holbough and Cheryl Thomas were present in the court room when I gave my testimony to you and your court employees on Jan 11, 2008. Both Carol Holbough and Cheryl Thomas don't approve of my lawsuit against the Montgomery Alabama Police Dept, corrupt former Pres Bush et al. Corrupt US Senator Richard Shelby et al. Both Cheryl Thomas and Carol Holbough Case Manager have been telling lies about me, falsely accusing me of being paranoid — which is slander, libel, and Obstruction of Justice against me.

Carole Holbough and Cheryl Thomas are smart-mouthed -corrupt mental health workers who have been paid off by the Defendants in my law suit against the County Ala Police Dept et al, such as, corrupt former Pres Bush and his best friend — and corrupt FBI employees, US Senator Richard Shelby (who is just as corrupt as he is) to lie and say I have a mental illness.

On Monday Feb 18, 2008 — Presidents Day — morning — I told Nurse Sharon Stintson — (corrupt psychiatric nurse) — that my room-mate Brenda Sartain had stolen $14 from me and I expected her to replace the the money on Tues. Feb 19 — 2008 ( We tenants clients get our $28 per week cash allowance on Tuesdays from Carol Holbough.)

Corrupt psychiatric Nurse — Sharon Stintson told me my mental illness ( I have no mental illness) was getting worse and that I was paranoid. ( which is a lie). Corrupt psychiatrict Nurse Sharon Stintson told me I would be Involuntarily hospitalized, my medication would be adjusted and that I would get an injection of a strong psychiatrict medicine.

I told Corrupt Nurse Sharon Stintson that she was a corrupt mental health worker, (many times) a bitch and a whore, that she was violating my Constitutional, Civil and Human Rights by her threat of involunta-x

Page 31 of 38 Pages
KJ71

hospitalization and threat of an injection of a strong psychiatric medicine. I told her I'd contact the US Attorney her and have her put in jail for Obstruction of Justice, I'd sue her in the US District Court, I'd contact the US Dept of Justice on her. I called her a bitch and a whore again and told her that if she attempted to inject me with a strong psychiatric medicine I'd take that syringe out of her hand and inject the medicine into her. I have the right to defend myself against a person who commits assault and battery against me who is trying to compromise my intellectual functions trying to make my brain into a vegetable and destroying my intellectual functions by giving me an injection of psychiatric medicine. Corrupt Nurse Sharon Stintson, later testified by telephone before Pike County Probate Court Judge Robert Faircloth that I threatened to kill her and her children, I never made this statement to her — that I would kill her children and her.

at my Group Home
Cheryl Thomas — Case number
I tied to Pike County Probate Court Judge Robert Fairchild and said I threatened to kill her, which
I did not say. I never made this statement to her
Cheryl Thomas has stated that she does not approve of my lawsuit against the Montgomery State Police Dept, Corrupt Corner Pres Basis, et al (Carole Helbough — Group Home Director

— page 32 of 38 —

doesn't approve of my lawsuit either.  I should never have allowed corrupt mental health workers Cheryl Thomas (case Manager) and Carol Holbough (Director MS counseling) into your Courtroom to listen to my testimony on Jan 11, 2008 — I should have asked them to wait in the Snack Bar for me to finish testifying before you.

Cheryl Thomas testified and she lied to the Probate Court Judge (Pike County Alabama) Robert Faircloth that I was becoming "agressive" for the past 2 weeks. That's a lie.  On Tuesday Feb 5, 2008 Cheryl Thomas claimed the Health Dept was going to inspect our Group Home and we — the tenant-clients had to meticulously clean our rooms every day, instead of once per week — Tuesday — we always had to clean our rooms every Tuesday, before we got our $28 per week cash allowance.  I ended up cleaning the whole room.  Lazy Brenda Sartain only cleaned a door, and she pretended to be dumb and claimed she didn't know what disinfectant was and didn't clean the bathroom with disinfectant.  I ended up having to clean the whole bathroom with disinfectant sweep and mop our floors and clean a door. Cheryl Thomas came to our room to inspect and falsely claimed I didn't do a good job cleaning and I refused to clean again and we

exchanged some words. I told her we were tenants — not slaves — that our rooms had to be kept reasonably clean — not up to the very strict standards of hotels and motels where guests pay top dollar for their rooms.

I told Cheryl Thomas that she was taxing my patience, elevating my blood pressure, and had unreasonable, over-demanding standards. Cheryl Thomas wrongfully interpreted this as aggressive behavior to Pike County Probate Court Judge Robert Faircloth.

Christy Blackney (another case worker at the Magnolia Lodge Group) lied and said that I stated to her I'd kill Nurse Sharon Stintson and Cheryl Thomas. I never made this statement to her. I did tell her that the staff was covering up for Brenda Sartain (my roommate) who stole $14 from me.

At my Involuntary Commitment — Probable Cause Probate Court Hearing on Feb 18, 2008 — my Court-appointed attorney — Ruth Pawlik was corrupt and engaged in Ineffective Assistance of Counsel. She would hardly let me testify and she said I was just imagining that everything was happening.

At the end of my hearing I told Probate
Court Judge — Robert Fairchild that
I wanted him to appoint me a new
lawyer and would appeal this decision
to the Circuit Court. I said there was
no Probable cause to Involuntarily
commit me.

      Any reasonable person would
conclude that the Group Home employees
Cheryl Thomas, Nurse Sharon Stintson,
Christy Blackney and East Central Mental
Health employee — Court Liesen Andrew Wright
(who illegally came into my room on Jan 18,
2008 and tried to evaluate me and refused
to leave my room. Andrew Wright was as
corrupt as he could be — and a real smart
mouth — closely accusing me of being
paranoid) — had been paid off by all the
Defendants in my lawsuit against the
Monty Police Dept, corrupt former Pres Bush,
corrupt US Senator Richard Shelby and 6
corrupt FBI employees et al. to orchestrate
these incidents and they were paid off to
illegally and Involuntarily commit me.

      Would you please appoint me a
Federal Public Defender to represent
me in Re-hearing in the Probate Court
— scheduled for Feb 27, 2008   10 AM.

My Involuntary commitment is not merely just a State Court Matter but a federal Matter — therefore would you please appoint me a Federal Public Defender to represent me, and I'd like you to schedule hearing to issue a Restraining Order to get me off psychiatric medicine. I can + do obtain a good job again, I want to be employed as a US District Court Clerk — I have taken introductory law courses and a correct legal secretarial courses.) besides medical school training and introductory psychiatry training.

My Priest thought he knew a women who worked in Wetumpka Alabama who might be able to drive me into downtown Montgomery to do legal research at the Alabama Supreme Court law library, but she left work to late in the evening to pick me up ( She left work at 8:00 P.M.). I have not been able to do any legal research, regarding the cases you cited in your 27 page Report and Recommendation.

I called your office this afternoon, and one of your employees stated that as long as it was postmailed by Feb 22, 2008 it would be considered timely submitted.

Page 36

Thank you very much to take the time to read my long letter.

(Corrupt) US Senator Richard Shelby (Alabama) the best friend of corrupt former Pres Bush was in Montgomery Ala and Brundidge Alabama almost 2 weeks ago and I knew he made phone calls to the Group Home employees telling them to violate my rights, and Illegally commit me again.

Respectfully
submitted
Karen J Nordell
Feb 20, 2008

Signed Under penalty of perjury — pages 1—36.

Thank you very much to take the time to read my long letter.

(Corrupt) US Senator Richard Shelby (Alabama) the best friend of corrupt former Pres Bush was in Montgomery Ala and Brundidge Alabama almost 2 weeks ago and I know he made phone calls to the Group Home employees telling them to violate my rights, and Illegally commit me again.

Respectfully
submitted
Karen J. Mordell
Feb 20, 2008

Signed under penalty of perjury —
pages 1 — 36.

Karen Newbell
Senior Therapeutic Health
of Dale Medical Center   Rm 115
Dale Medical Center
126 Hospital Avenue, West
Ozark, Alabama   36360



TO BE OPENED    US. Magistrate Judge Terry Moorer
BY THE         US District Court - Middle Division of Alabama
ADDRESSEE       1 Church Street
   ONLY         Montgomery, Alabama 36104

Please read as soon
as possible –
Emergency Matter