IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN JAYNE NORDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-1007-MHT |
| ) | |
| MONTGOMERY ALABAMA POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is Plaintiff's *Motion for Extension of Time* (Doc. 18, filed February 25, 2008). Plaintiff requests an additional extension to object to the Report and Recommendation (Doc. 11) filed on January 25, 2008. For good cause, it is **ORDERED** that the Motion is **DENIED** as Plaintiff has already been granted one extension and was informed via telephone on February 20, 2008 that no additional extensions would be provided.[1]

DONE this 28th day of February, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff contacted the Court to orally request an extension which was denied.