I certify that pages 1,2,3
+4-27 of RR
to be new.

Karen J Nordell

Friday
Please resolve
a Federal Public
Defender

I'm being forced to take
extra Medicine + ladimeka
me take a vegetable and
keeps me from conceiving
life.

In the United States District Court
for the Middle District of Alabama
Northern Division

Karen Jayne Nordell          )
    Plaintiff                )
        v.                   )
                             )
Montgomery Alabama           )
Police Dept                  )
Corrupt Former Pres Bush     )
        et al.               )
                             )
    Defendants               )

Case No. 2:07-CV-1007

Update Feb 26, 2008
Corrupt psychiatrist Dr
Tesseny at Dale Medical
Center is trying to subside me
to secrecy paxel. Hospital
in rehab which violates my
rights egriously. I have a
Probate court Rehearing
tomorrow Feb 27, 2008
at 10:00am Probate court, Troy Ala

Dear US Magistrate Judge Terry Moorer,

<u>Plaintiffs Objections to Report and Recommendation
of the US Magistrate Judge</u>

    I Karen Jayne Nordell, Plaintiff, will
present Objections to your 27 page Report and
Recommendation of the Magistrate Judge. <u>As I have
interpreted your 27 page report, you have misinter-
preted the law and have unjustly dismissed most
of the Defendants in my lawsuits against the
Montgomery Alabama Police Dept</u>, including corrupt
Former Pres George Bush who ordered Montg Ala.
Police Officer H.O. (male) Wells to illegally evict me
from the Capital Inn Motel on Nov 17, 2005 (even
though my rent was paid by my Dad by credit
card) and illegally evict me from the Salvation
Army Homeless Shelter on Nov 21, 2005 and H.O.
Wells falsely arrested me for trespassing on

Nov 21, 2005 when I refused to leave the Shelter —
having $5 in my pocket and no where to go.

The only Defendants you have directed
the US District Court Clerk to serve Summons
on are Monty Ala Police Officer H.O. Wells
and Monty Alabama Municipal City Jail Guards
Ms. A.L. Heard and Ms Green. I did not have
room on my 8 page condensed complaint — lawsuit
to include the names of all the jail guards. Would
you please serve Summons on all the jail guards
that were assigned to my Group of cells. =
1. Ms Ballard. 2. Ms Vinson 3. Ms Cairns
4. Ms Huffman (tall and young) 5. Ms Huffman
(middle aged and short) 6. Ms Myrick 7. Ms.
Angela Paris 8. Ms Lucas

Would you also serve Summons on Officer H.O.
Wells partners — Officer Sermon (present on Nov 17, 2005)
and Officer Rearden (present on Nov 21, 2005)

I am amending my lawsuit to include
additional Defendants — US Treasury Dept — who has
jurisdiction over the Secret Service, and the
City of Montgomery Alabama (I did learn that
every time you sue the Montgomery Ala Police Dept —
you automatically sue the City of Montgomery Ala)
I will also amend my lawsuit to include
more information as to why some of the Defendants
are corrupt and establish a nexus — joint
connection and symbiotic relationship between
the Defendants. I'll close over the weekend.

US

Magistrate Judge Moorer. — I am writing my objections under the most adverse of conditions. (as I have explained to you in my 36 page letter mailed on Feb 21, 2008 — Thursday by the Dale Medical Center Hospital staff — 126 Hospital Avenue, Ozark, Alabama — 36360 —

phone 334-774-2601   My patient number is 425544    Rm 115

On Feb 18, 2008 Pike County Probate court Judge Robert Fairchild ~~tried~~ unjustly found Probable Cause to temporarily commit involuntarily me to the senior psychiatric unit of the Dale Medical Center in Ozark Alabama. due to

Briefly stated — here is the sequence of events that lead up to my unjust Involuntary commitment to Dale Medical Center:

A rehearing will be held before Judge Robert Fairchild on Feb 27, 2008 10 AM

1. My roommate — Brenda Sartain had stolen $14 dollars from me. I told her I would contact the Troy Alabama Police Dept about her, and gave her until Tuesday Feb 19, 2008 to return to me the $14 that she stole from me, (Every Tuesday we get our $28 per week cash allowance to spend in any way we wish. Brenda Sartain has a heavy smoking habit) I called Brenda Sartain a common thief many times and called her a bitch 4 times.

A tenant told me that Brenda Sartain's former roommate — Margaret Ballard

page 4 of 50
K J M

would occasionally complain that her money
had been stolen. We kept our door shut at
night. 2 employees worked the night shift
at my Group Home Magnolia Lodge and they were awake,
making sure that no one was walking up
and down the halls, going into other
people's rooms. Brenda Sartain was the
only one in the room with me, Brenda
Sartain was stealing money from her
for her roommate — Margaret Ballard too.

The staff at Magnolia Lodge covered
up for Brenda Sartain — lying and stating that
she didn't steal my money, I was angry
at Brenda Sartain for stealing my $14.

2. Another incident that happened at
my Group Home — Magnolia Lodge was that our
Group Home Director's — Carol Helbough's office
got broken into over the weekend, early in
Jan 2008 and her strong box got broken
into. Tenants used to authorize her to
save money for them in her strong box, I
authorized that $41 dollars be saved for me
in Carole Helbough's strong box. I was saving the
money for accat. My $41 got stolen from
Carole Helbough's strong box, she replaced
$13 and then $15 but as of yet has to replace
and additional $13 to bring the total to $41.

I continued Carole Helbough —
Group Home Director would not call the

Karen J Mordell

the Troy Alabama Police Dept when her office and strong box got broken into and when Brenda Sartain stole $14 dollars from me.

Over the weekend before Presidents Day Jan 18, 2008 I complained to all the weekend staff about my roommate Brenda Sartain stealing $14 money from me and that Carol Halbough did not replace the $13 dollars still remaining of the $41 dollars stolen from me that was in her strong box,

Carole Halbough sent a message to me through a staff member that if I kept complaining she'd send me back to the Magnolia Wood Group Home where I used to live. Magnolia Wood Group Home has a very restrictive environment and there is a fence around it. You can only go outside while being escorted by staff, The Group Home is very noisy, and some dangerous people live there. One woman hit me, June 2007 I had a bruise on my right breast that lasted for 2 weeks,

② Another woman lied and said I made a false complaint against Corner Ines Bush and threatened to punch my face in, and a 25 year old man threatened to stab me and beat me up when I told him I could not be his girlfriend. Later on he burned a ~~piece of paper~~ piece of paper in his wastebasket.

Corrupt as [illegible] was as corrupt as his boss [illegible] page 6 of corner this boss was in Brundidge Alabama and Montgomery a [illegible] weekend's ago.

I cant go back to the Magnolia ~~steel~~ Wood Group Home to live. My goal is to get off psychiatric medicine (which impairs my intellectual functions) and get off of SSI and find a good job. I would like to work as a US District Court Clerk.

~~SSSS~~ The Defendants Ive named in my lawsuit against the Montg Ala Police Dept put the Group Home employees up to illegally committing me to a psychiatric hospital and this is a federal matter even though it commenced in an Alabama State Court. My Constitutional, Civil and Human Rights were being egregiously violated.

US Magistrate Judge Terry Moorer, I feel like crying because my illegal commitment is so egregiously unfair. My Court appointed attorney for my Pike County Probate Court Involuntary Commitment Hearing (Ruth Pawlik) was corrupt, totally ineffective and engaged in egregious Ineffective Assistance of Counsel. Ruth Pawlik would hardly let me speak. All the facts had to be brought out by me and she wouldn't let me do this.

Corrupt Court Appointed Attorney Ruth Pawlik told me I was imagining everything, which was a big lie. She was paid off by the Defendants in my

lawsuit to give me back representation

On the morning of Feb 18, 2008 —
Presidents Day — I told corrupt psychia-
tric nurse — Ms Sharon Stintson that
my roommate — Brenda Sartain had stolen
$14 dollars from me and she refused to
return the money to me and I would contact
the Troy Alaga Police Dept about Brenda
Sartain. Corrupt psychiatric nurse —
Ms Sharon Stintson lied and said my
mental illness was getting worse ( I don't
have a mental illness ) and I was
paranoid ( I'm not paranoid ) A A A
I have a keen analytical legal scholarly
mind. At that point corrupt psychia-
trict nurse Sharon Stintson threatened me
with Involuntary commitment to a
psychiatric hospital and threatened to
give me an injection of a strong
psychiatrict medicine. I told corrupt
psychiatrict nurse — Ms Sharon Stintson
that she was a bitch and a whore about
5 times and told her that this I'd
contact the US Attorney about her, have
her put in jail for Obstruction of Justice,
slander and libel, and I would sue her
in the US District court and contact the
US Dept of Justice about her.

Lateron corrupt Court Liason Andrew Wright representing East Central Mental Health Center entered my room without my permission, refused to leave and covered up for Brenda Sartoin who stole my $14 dollars. I learned that corrupt psychiatrict nurse Sharen Stintson told a big lie on me, falsely accusing me of threatening to kill her and her children. I never made this statement to Sharen Stintson. Corrupt psychiatrict nurse Sharen Stintson is a lier

Also, on the morning of Feb 18, 2008 - Cheryl Thomas - Case Manager told me I was para void (I'm not paranoid) when I told her I'd expected Brenda Sartoin to replace the $14 ~~XXXXX~~ she stole from me. Corrupt Cheryl Thomas and corrupt Carol Helbough - Group Home Manager at Magnolia Lodge Group Home dont approve of my lawsuit against the Montgomery Alabama Police Dept, corrupt Gorman Pres Bush et al. They have been paid off by the Defendants to lie and say I have a mental illness. They are smart-mouthed corrupt mental health workers.

Corrupt Case Manager - Cheryl Thomas told a lie about me and stated that I'd told her I'd kill her. I did not tell her I'd

page 9 of 52
FGM

kill her. Corrupt court Liason for East
Central Mental Health Center — Andrew
Wright refused to leave my room. I just
wanted to be alone. Finally he left my
room.

At approximately 2:30 PM —
2 Pike County sheriffs ~Alabama Deputy~ entered my
room and they gave me a copy of a
~Heard before Special Probate Court Judge Robert Fairchild~
petition for a Probable Cause Hearing
to temporary commit me to a psychiatric
hospital. A final hearing will be held
on this matter (as to whether to commit
me to the Alabama State Dept of Mental
Health and Mental Retardation) will
take place on Feb 27, 2008 at 10:00 AM.
~U.S.~ US magistrate Judge Terry Moorer —
① would you please send a federal Public
Defender to represent me because my
federal constitution, civil and Human
rights are being violated.

② would you please schedule a hearing
and issue a Restraining Order keeping
these corrupt psychiatrists from giving
me psychiatric medicine, which
very seriously interferes with my
intellectual functions. corrupt Dr
Tessewa — a psychiatrist at Dale
Medical Center keeps forcing me to
take more and more psychiatric

Corrupt Archivel Shelby Mason Brundidge and Montgomery Ala two weekends ago. He's as corrupt as his best friend - former Pres. Bush. I gave elaborated information as to why I knew he's corrupt in my 76 page letter. medicine on me. Corrupt Dr Tessein

is forcing a Prolixin injection on me (on Tuesday Feb 19, 2008) and Trazedone - a sleeping pill which makes me dizzy. on me, My mind is being made into a vegetable.    I would very much appreciate your assistance and consideration in these matters.
         Now I'm going to address
    the 27 page Report and Recommendation
    that you issued on Jan 25, 2008,
      commencing with page 7 of 27,
        A, Injunctive Relief.—
(I was unable to do any legal research. for the following reasons'. My ~~priest~~ priest though a church member "Colleen" (who works in Wetumpka and lives in Troy could give me a ride to and pick me up from the Alabama Supreme Court State Law Library but it turned out that she didn't ~~have~~ leave work until 8:00PM). I was going to try and do some research in the Pike County courthouse Law Library and see if they had a computer to link up with Alabama Supreme Court State Law library (which has updated federal law books) but I was absolutely exhausted because Brenda Sartain (my roommate) turned the light on deliberately at 2:00 AM on Weds night Feb 13 2008 and Feb 14 2008. I was absolutely exhausted

I couldn't get back to sleep with the light on.
I was absolutely exhausted and could not go to
the Pike County Courthouse Library (even though
I had gotten permission from Judge Barr's staff
*Circuit Court*
to use the library). Brenda Sartain - my roommate
would often turn the light on at 2:00 A.M. or
3 AM and I couldn't get back to sleep.

pg 70 of 27    A. I object to your interpretation of
me being held in the "Tank" cell on 4 separate relief for
occassions. Any Prisoner (including myself)
is asking for more than Injunctive relief when
they want the "Tank" cells closed down in the
Montgomery Municipal city Jail. Being held
in a Tank cell violates a prisoner's basic Constitutional
Civil and Human Rights. Since I was held
"Incommunicado" (not allowed to send letters
or make phone calls) I was unable to write to
or call the US District Court, lawyers, family,
US Dept of Justice and others to state that I had
been held in the "tank" cell. I remember quite
clearly after defecating and urinating on myself
not toilet and toilet paper in cell
and being thirsty (no bottles of water in the
or sink or cups
tank cell, no toilet, toilet paper, no bunk
mattress or blanket) I told the jail guards to
let me use a telephone or bring me a cell phone
to call US Magistrate Judges to tour the tanke
cells and close them. The Jail Guards refused
to let me use the phone or send a letter to the
US District court in Montgomery Alabama.

I do not (at this point) have the assistence of
an expert smart skilled lawyer to assist me in
researching cases which give a different inter-
pretation of the Brinks case  1983 Sec 42 and
other cases you've cited. There are cases which
have a different interpretation of the Brinks
case  1983 USC 42 and other cases you've
quoted. I may very well have a different
interpretation of the Brinks case and the
1983 USC 42 case and other cases you've quoted.
If necessary I'll take the Brinks case and
Sec 1983 USC 42 and other quoted cases to
the supreme court and have new rulings made
to have these cases apply to my case.

          US Magistrate Judge Terry Moorer
— all prisoners that have been forced to go to
Tank cells all over the our country — the
United States of America, "whistle blowers"
(a whistleblower is a person who makes criminal
complaints against their supervisors and co-
workers. Often the angry supervisor try to
cover-up for their criminal conduct by
forcing the whistleblower to take a psychiatric
evaluation and get destroy their credibility by
paying off a corrupt psychiatrist to lie
and say they have a mental illness and drug
them up on psychiatric medicine, whistleblowers
are subjected retaliatory firings from their
jobs and retaliatory evictions, fake

Page 13
K.J. Mordecai

slander and libel etc.

The issue of being held in a Tank Cell is not moot if the prisoner is released from jail.

People who are complaining witnesses (I am both a complaining witness and technically a whistleblower) and people who have been wrongfully evicted, and the homeless and people in our country the United States of America who want our country who want our country to remain free are Depending on you to rule favorably and make some precedent rulings in my case — Jou suit because my lawsuits impacts upon the status of and legal predicaments whistleblowers, complaining witnesses, Prisoners, people wrongfully evicted, and the homeless people and the people in our country who want our country to remain free ( the National security of our country is still being compromised because corrupt FBI employees FBI Director Robert Mueller, FBI Birmingham Ala FBI Agents Tom Mahill, Barry Dupree and Assistant Special Agent in Charge — Aloes, Sizemore ( who I know works at the Monty Ala FBI Office) covered up espionage and political corruption, very meritorious and Obstruction of Justice complaint even though I passed my lie detector tests about these complaints and l of the acts of refrisal I was subjected to. Corrupt Boston Mass FBI Agent — Dace Erpt and then corrupt Birm Ala FBI [redacted] Investigative Analyst Ms Greene covered up my

page 19 — of 50
Karen ~~of~~ Mardell

complaints ~~even the~~ before I took lie detector tests.

As I included in my 8 page lawsuit — complaint —
(condensed) and testimony on Jan 11, 2007 —
the TODAY SHOW on NBC aired a lengthy
story that there was rampant corruption at the
FBI Office in Boston Mass.

I respectfully assert that you ~~have~~ have
the standards
misinterpreted Injunctive and Declaratory relief
and there is other relief that applies to +
closing down the Tank Cells. Even prisoners
that have been placed in Tank Cells — while
still in jail may be afraid to complain to the
appropriate ~~there~~ authorities because they
are afraid that Jail Guards may beat
them up if they complain while they are still
in prison. Please close down the Tank
Cells

## B. Jail Time

~~I~~ I object to your finding. You have misinterpre-
ted the law. A private citizen can have another
citizen or non citizen prosecuted and ~~sent~~ to
jail for crimes committed against them and
their country or crimes against other citizens.
A citizen can make a citizens arrest if corrupt
law enforcement officers cover up the crime.

A private individual does ~~not~~ have
demand
standing to ~~pass~~ criminal prosecution of
another, and if necessary the individual

page 15 of 50
Karen J Mordell

can prosecute the individual or individuals
involved in criminal conduct.

For example, I was raped, assaulted and battered
at gun point on Nov 21, 96 while I was living in
Birm Alabama by a man using the alias Steve
Johnson (Alabama Lic No CHE 782) I weighed
180 lbs at the time, I'm 5'10". My neighborhood
Police Lt corrupt Police Lt Larry Daughtery got paid
off by the individuals I've named in my on going
espionage political corruption and obstruction
of Justice complaint _not to arrest and make
to stand trial and to put in jail — alias
Steve Johnson. This included corrupt US
Senator Richard Shelby — whom I first
learned was corrupt in early Oct 96 — after
visiting his Birm Alabama Branch Office in late Sept 96
twice — (in early Oct 96 I observed his top
male legislative assistant entering my
Birm Ala neighborhood Post Office — 10 miles
away from Downtown Birm Ala where 2 large
post offices were that handled US Senator Richard
Shelby's mail. I ducked into the Piggly Wiggly
Grocery store across the street and waited
until US Senator Shelby's top male legislative assistant
left the Post Office i I proceeded to the Post
Office and spoke with the Post Office manager
who said US Senator Richard Shelby's top male
assistant told him to tamper with — intercept

page 16 of 52

Karen J Mandell

my mail. On Nov 1, 1996 I telephoned the White House and left a recorded message for (then) President Clinton about the federal criminal activity of the individuals I've named in my on-going espionage, political corruption and obstruction of justice complaint. The Secret Service monitors most of the incoming calls into the White House. Terence McCutchen was in on-going espionage with his high level CIA supervisor John Oosdelholten and their friend (Calvin Repucci) has a friend in the Secret Service and he is a friend of former Pres George Bush's. The Secret Service typed these indictments. I of I had left a tape recorded complaint message about them for Pres Clinton.

I reported my criminal complaint that I had been raped assaulted, and battered at gunpoint by alias Steve Johnson (Ala Lic No CHF 582) to the Birmn. Ala. Police Dept promptly but corrupt neighborhood Police Lt Larry Doughtey never put alias Steve Johnson in jail and made him stand trial. I had a bruise on my face that lasted for 10 days. The individuals I've named in my on-going espionage and political corruption complaint and obstruction of Justice complaint got their revenge on me for reporting them to Pres Clinton. They paid off alias Steve Johnson to rape assault, and batter me at gun point on Nov 1, 96 and they paid off corrupt Lt Larry Doughtey not to put him in jail.

Corrupt US Attorney Carole Pritchard didn't pursue my complaint as a civil

— page 15 of 50
Karen A Mordell

rights violation/corruption by corrupt Lt Larry
Daughtery, or pursue my on-going espionage and
political corruption and Obstruction of Justice
complaint. Corrupt Carol Pritchard (US Attorney
B'im Ala. for Northern Division of Alabama) Referred
my complaints back to the Birm Police Dept — to
their Community Services Division — the "Nut" file.
   Corrupt Birm Ala CBI Analyst Ms Greene
would not schedule me an appointment with
(their) Special Agent-in-charge Joe Lewis,
FBI Office Birm Ala.
   On Nov 1, 96 the corrupt secret service deleted
my phone-recorded message about corrupt former
Pres Bush, his friend Terence McCuthen and his high
level CIA supervisor — John Bozardwich and their
friend Calvin Repucci (all 3 are involved in on-going
espionage) and corrupt Mass. town William Weld —
who engaged in political corruption when he served as
the US Attorney in Boston Mass, and corrupt Boston
Mass FBI Agent Dale Espy who covered up my complaints.
   I spotted corrupt Mass Gov. William Weld
in Arkansas in 1993 — There was a newspaper
article that he personally driven to Virginia to
vacation and spotted him in Birm Ala in Dec late 96.
I spotted Terence McCuthen in New Orleans La.
and in Little Rock Arkansas in 1995 and in
Birm Ala in 1996 (Sept 96).
   Corrupt Secret Service Agents cover up for
corrupt former Pres George Bush, and his friend —
my ex-boyfriend Terence McCuthen who has a friend

Page 18 of 52

Karen Wardell

In the Secret Service

In the summer of 98 I took the detector tests concerning my on-going very meritorious espionage and political corruption and obstruction of justice complaint and my very meritorious criminal complaint that I had been raped, assaulted and battered at gunpoint by alias "Steve Johnson" (AlaLic No CEE →782) and I passed these tests. In Aug 98 — corrupt Birm Ala FBI Agents Tom Mighill and Barry Dupree covered up my complaints even though I passed my lie detector tests. I was honest with them but they were not honest with the me

In Sept 98 corrupt Birm Ala FBI Office Assistant Special Agent-in-charge Alton Sizemore covered up my complaints even though I passed my lie detector tests. Corrupt Alton Sizemore covered up my Obstruction of Justice complaint against corrupt US Senator Richard Shelby and his top male legislative Assistant in his Washington DC Office — Mark Osterly and this very related complaint against the US Secret Service. On Sept 11, 98 I was told to telephone US Senator Shelby's Wash DC Office and ask for a ticket to the Alabama Republican Candidate Fundraiser Dinner that took place on Sept 17, 98 that former Pres Bush and corrupt US Senator Richard Shelby would attend.

on Sept 11, 98
I was connected with corrupt US Senators Richard Shelby's top male Assistant — Mark Osterly

Karen J Wardell

Mark Osterly told me that former Pres Bush and US Senator Richard Shelby were the best of friends and he cross-examined me like a excellent defense attorney about my complaints. I informed him I had passed my lie detector tests concerning those complaints.

On Sept 14, 98 Secret Service Agent Roy Wilson came to my home in Birm Alabama with another Secret Service Agent and questioned me in an accusing, threatening, intimidating manner and told me that some of US Senator Richard Shelby's legislative assistants had said I threatened to kill former Pres Bush, which was a big lie. I never told any of US Senator Richard Shelby's employees I wanted to kill former Pres Bush. I offered to take a lie detector test. When I told Secret Service Agent Roy Wilson that I had passed my lie detector tests about my complaints he became angered. Any honest law enforcement officer should be happy to learn I passed my lie detector tests. The Secret Service covers up for corrupt former Pres George Bush. Secret Service Agent Roy Wilson said he would arrest me for trespassing if I attended the Alabama Republican candidate Fund raiser Dinner on Sept 17, 98 and made a speech against former Pres George Bush.

As Secret Service Agent Roy Wilson left my home I told him I'd sue him.

page 20 of 50

Karen J Mardell

Immediately after Secret Service Agent Roy Wilson left my lane I telephoned Senator Richard Shelby's Wash DC office and Ms Anne Caldwell — Secretary told me that all incoming calls into US Senator Richard Shelbys office in Wash DC are tape recorded. I told her what Secret Service Agent Roy Wilson had falsely accused me of, & that I had talked to Mark Esterly on Sept 11, 98 and that a copy of that tape recording made on Sept 11, 98 would prove my innocence. I also verified with "Connie" one of US Senator Richard Shelbys employees at his Tuscaloosa Branch Office (that I spoke with on Sept 11, 98) that I never told her I'd Kill Former Pres George Bush.

On Sept 15, 98 I called the US Attorney and the US Treasury Dept Wash DC and asked for (then) US Treasury Secretary Robert Rubin to complain about Secret Service Agent Roy Wilson. Secret Service Agent Roy Wilson called me on Sept 15, 98 and told me he was aware I had complained to the US Treasury Dept and the US Attorneys Office about him. I called Assistant Special Agent in Charge — Alton Sizemore to complain about Secret Service Agent Roy Wilson but corrupt Alton Sizemore didnt have the FBI investigate my complaint and referred it back to the Secret Service in Birm Alabama. I sued the Secret Service in the US District Court and upon the advise

page 21 of 50
Karen Mitchell

of Sec of the Treasury Robert Rubin's employees —
I wrote a letter and called The Inspector ~~General's~~
Generals Office — Treasury Dept. about Secret Service
Agent Ray Wilson. They investigated my complaint

On Sept 17, 98 — corrupt US Senator Richard
Shelby and corrupt Former Pres George Bush arrived
in Birm Alabama to attend the Alabama
Republican Candidate Fundraiser Dinner. I had
a terrible specific kind of headache and it felt like
carbon monoxide was being pumped into my room.

In late Sept 98 I discussed my complaints
with US Attorney Doug Jones and Northern Division of Alabama
informed him I passed my lie detector tests.
Corrupt US Attorney Doug Jones covered up my
complaints. On Oct 5, 98 I telephoned Attorney
Thomas Willingham and his employees about my
lawsuit against Secret Service Agent ~~Mr~~ Ray
Wilson. (I was referred to lawyer Thomas
Willingham by the Birm Alabama Lawyer Referral
Service.) Lawyer Thomas Willingham wouldn't
take my case.

On Oct 6, 98 the US Treasury Office
of the Inspector General had investigated my
complaint and said that US Senator Richard
Shelby's top legislative assistant ~~the~~ Mark
Osterly had lied and said I told him I
would kill Former Pres Bush. A direct nexus-
symbiotic relationship — link is established

page 33 of 52
Karen J Mardell

between corrupt former Pres Bush, his best friend
corrupt US senator Richard shelby also his top
legislative Assistant Mark Esterly and the
Secret service who were hoping to falsely
arrest me on Sept 24-97 when corrupt
secret service Agent Roy Wilson came to my
home to question me.

A private citizen has the standing to
demand criminal prosecution of another and can
prosecute them themselves.

C. Montgomery Police Dept - pg 26 27
I did not know until recently that
when you sue the Montgomery Police Dept not only
do you sue the Officers involved - Officer Nichols
Officer Vernon and officer Bladen but you
also sue the City of Montgomery Alabama. The
Montgomery Police Dept is recognized under
federal law. I am adding the City of Montgomery
as a Defendant in my lawsuit and will
re-write my lawsuit.

pg 2 of 2 > D. former Pres Bush,
Calvin Repucci, Mass Gov (No 571 & 599), former Mass
Gov William Weld and former US Attorney
Doug Jones. I object to you dismissing my
claims against former Pres Bush, Calvin Repucci
former Mass. Gov William Weld and former
US Attorney Doug Jones.

page 23 of 50
Karen O'Nero([?]

Pg 10-of 27

3. The Nexus-Joint Action Test
-asy(mbiotic Relation ship is established,
All the Jail Guards at the Municipal City
Jail admit (Ms Hearr, Mr breere, Ms Lucas
Ms. Myrick, Ms Angela Davis, Ms (airus,
Ms Vinson, Ms Huffman (tall and young)
Ms Huffman (short and middle aged) and
Ms. Bell-all allied with that former corrupt Pres[?]
George Bush, corrupt US Senator Richard
Shelby, corrupt US former Attorney Doug Jones
, corrupt FBI Montg Ala Assistant Special Agent in charge
Allen Sizemore, and corrupt Boston, Mass
FBI Agent Dale Espy had been at the
Jail while I was being held Incommunicado
by all the jail guards, and all the jail
guards had been paid lots of money to keep me
Incommunicado By[?] all the individuals
are named in my very meritorious espionage
political corruption and obstruction of Justice
complaint  these individuals don't have to
be present at my cell at the times I was
denied use of telephone (see constantly
every day and night) denied the right to
write and send letters and the water was
turned off in my cell. All they have to do
is give an order and pass some cash,
Out of all the former Presidents

page 24 - of 50
Karen J Mansfield

Former Pres George Bush is the Most powerful
and leaks meets the Public Function, task
Even though William Lukes is no longer been
of class he meets the Joint Action Texas -
Symbiotic test, Nicole has researched
whether former Gen William Lukes is a
federal Government employee now. Calvin
Repucci is still a federal Government
Contractor employers (works for Baxtlech
Defense contractor company - Andover Mass -
he has a high level security clearance)
Since Doug Jones, and former Pres George
Bush and Calvin Repucci (who has a high
level federal Government security clearance
used to be federal Government employees they
still have influence in state and federal government
        All of the Defendants listed in my
lawsuit killed my unborn baby the first
Friday in Jan 2006. I was 8 weeks pregnant
corrupt Jail Nurses wouldn't bring me folic
acid (necessary during pregnancy) or turn my
water on. That Friday night some of the
Prisoners (who had been mean to me) were
being too nice to me. The female Prisoner
Taneka Tut (who also used the name Sarah
Vaughn) gave me 3 cups of her coffee (maild
coffee), the prisoner gave me a whole bag
of potatoe chips and prisoner gave me

page 25 of 50
Karen J Worldell

candy, socks, paper and a pencil.
These prisoners were being too nice to
me and I knew something was up but
I couldn't figure out what. I was
extremely mentally alert after drinking 3
cups of strong caffeinated coffee. I woke
up 5 days later in a very loose jail uniform
and I was no longer pregnant. All the
Defendants killed my unborn baby. Mrs
Green was working that night.
    In 1989 and 1992 I lived in the
New Orleans Louisiana suburbs. In 1992
I spotted Terence McCurdy in the suburbs of
New Orleans. On Oct 18, 92 I was illegally
stopped by a Police officer for hitch hiking (which
the Supreme Court says is legal) en route near
1 bar to another at 9:30 PM. I turned my
tape recorder on and over the Police Patrol car
radio I heard the names (very loud) Donn Weld
and John Bazdarwich. This police man alleged
it was illegal to hitch hike and told me to call
AAA. A lawyer later told me that it
wasn't illegal in Louisiana to hitch hike if
you stood on the side of the road, grass or
sidewalk. I was not arrested for hitch hiking
but but was ████ stopped by the police 4
more times for hitch hiking.
    Former Pres Bush in July of 1992 made
a presidential campaign stop to New Orleans

Karen & Mordell

anerspole with then New Orleans Diaper Not
Maricah. Afew days later while I had just
left a store (4 mirks plan may have — Lecples
World) I was enroute 3 blocks to a convenient
store to buy ascuderich. A female and 2 males
in a car were staring at me when I arrived
and sterbep walking on the convenience store
parking lot to the convenient store. They
got out of their car, said they were Police
Officers — and falsely arrested me — for
loitering. I was in shock — because the
store employees never told me I could come
into their store or walk on to the parking lot
to their store. Although I had enough
money on me to pay my own bail — the Police
wouldn't let me pay my own bail. The bail
was reduced to personal recognuschce by the
morning and I immediately hired a
private detective to take statements under
oath from the convenient store employees who
confirmed that they never told me I could not
come into their store or walk through their
parking lot to their store. The local DA's
decided not to prosecute me, I called the US
Attorney and they personally said them a letter
so they could pursue my complaint as a
civil Rights Violation, and I contacted
lawyers about suing the New Orleans
Suburb Police Dept.

page 27 of 50
Karen J Woodall

Terene McCuthen, Massachusetts Gov.
William Weld, former Pres Bush and
Terene McCuthens high level CIA Super
visor - John Brzezinski clearly ordered
the New Orleans suburb policeCpt to
fakely arrest me for laitering, the fix
I had my Move ticket stubs and Private
Detective reports in a safedeposit box in
another state. Mass Lic No 5TM559
      I saw Calvin Repucci in the
parking lot of Piggly Wiggly Grocery store
parking lot in Sept 98, corrupt his
Attorney Doug Jones coverup my ongoing
espionage and political corruption and
obstruction of Justice complaint and my
criminal complaint that I had been raped,
assaulted and battered atgun point by alias
Steve Johnson on Nov 1, 94 - in late Sept 98,
- even though I passed my lie detector tests.
corrupt his Attorney Doug Jones would not
investigate and prosecute my complaint against
Secret Service Agent Roy Wilson,    Because he
didnt do this I get fakely arrested for a
threatening to kill former ████████████
Presidents on Oct 6, 98,    On Oct 7, 98
I saw the complaint - Arrest Warrant
and saw that Lawyer Thomas Willington
and his paralegal - Leigh Taylor Lear told

page 28 of 50
James D. Mordell

obligation we all (clearly accused me of
telling them I'd kill former Pres George
Bush. I did not tell them I'd kill former
President George Bush and I offered to take
a lie detector test and asked for personal
reassurance. Corrupt U.S. Magistrate
Judge Michael Putnam illegally denied
me these 2 requests. Once you are a high
level federal government employee or a high level
state government employee you still have the
influence to order state or federal government
employees to take actions. I object to your
dismissing my claims against former
Pres George Bush, former Miss Gov William
Weld and (alter) Republican and Doug Jones,
and refusing to direct the U.S. District Clerk
to serve summons on them, the nexus -
joint action - symbiotic relationship
are met. Besides - Neary Alaska
Police Officer Nit. Wells freely admitted
that former Pres Bush ordered him to
evict me from the Capitol Inn Motel
in Nov 17, 2005 (even though my clearly
room rent was paid up (my Dad who lives in
Naples Florida paid my clearly room rent
with his credit card.) Off. Wells threatened me with
a trespassing arrest if I didn't leave the Motel in 10
minutes and he disconnected my Motel room phone from
its cord so I couldn't Montgomery Alabama Police

Art Baylor or my Dad. The Salvation Army Homeless Shelter was located in the neighborhood and a motel clerk who felt sorry for me paid my cab fare to the Salvation Army Homeless Shelter on Nov 17, 2005, and luckily for me there was a bed available. I had 5 female roommates.

US Magis trate Judge Terry Moorer, you keep saying that former Pres Bush and the rest of the Defendants like corrupt FBI Director Robert Mueller, corrupt US Senator Richard Shelby, corrupt FBI Assistant Special Agent in Charge - Athos Sizemore (currently an employee of the Montgomery Alabama FBI office, used to be employed by the Birmingham FBI office) corrupt Boston Mass FBI Agent Dave Espy have to be present at my evictions. illegally

❶ I respectfully state that you have misinterpreted the law. The Defendants aren't going to illegally evict me in front of witnesses. All they need to do is make a phone call or send a message to Montg Alabama Police Officer H. G. Wells (or other police officers) through an unsavory friend of theirs.

A joint - Detain - Nexus symbiotic relationship has been established between former Pres George Bush, H. G. Wells and the other Defendants. 10 female Jail Guards admitted that former Pres Bush, (corrupt) corrupt FBI Director Robert Mueller, (corrupt) Athos Sizemore corrupt former US Attorney Doug Jones, (corrupt) US Senator Richard Shelby had come to the jail while

Karen J Mitchell

I was being illegally held there on a minor misdemeanor charge of criminal trespassing (I was not trespassing. My trespassing charge should have been dropped that night Nov 21, 2005 by Police Chief Art Baylor and at worse I should have gotten personal recognizance from the Police Dept, and sent back to Salvation Army Homeless shelter or another shelter and some money from the police (advised) to rent a motel room by the week in another section of town. (On Monday afternoon Nov 21, 2005 the Branch Manager of the Monty Ala Social Security Office told me to return to the office on Tuesday Nov 22, 2005 and his top assistant would reissue a Nov 2005 SSI check to me and I would be issued a Dec 1, 2005 SSI check at the Soc Sec Monty Ala Branch Office that I could pick up. Then I could start looking for an apartment that I could afford).

I respectfully state that you have misinterpreted the law and that summons and copies of my complaint-lawsuit be served on former Pres Bush, Calvin Repucci, former Mass. Govn William Weld and Doug Jones (former US Attorney).

I forgot to state that I rented a room by the week at the State House Motel at 906 Madison St Montgomery Alabama, commencing Thursday evening Oct 6, 2005. When I registered and paid my room weekly rent at the motel the Motel employees

Karen J Mordell
(corrupt)

dropped the names to me of FBI Director Robert Mueller and Alton Sizemore to me. ① For one week the motel ~~desk~~ clerks assigned me a room where you could mix the hot water and cold water. It was impossible to take a shower.

Then I was able to transfer to another room where the hot water and cold water were properly working and I could take a shower. There is a Nexus – Joint action – Symbiotic relationship between corrupt FBI Director Robert Mueller, corrupt Assistant Special Agent – in – Charge – Alton __now Monty Ala FBI employee__ Sizemore and the Motel employees at the State House Plaza Motel.

②  In mid Oct 2005 I read in the Birmingham and Montgomery Alabama news papers that US Secretary of State – Condoleeza Rice was coming to Birmingham and to Tuscaloosa Ala – on Friday – Sunday Oct 22-24, 2005 and I wanted to make contact with her to tell her about my complaints.

I went to the Motel Lobby (at the State House Plaza Motel) and called National Directory Assistance Washington DC area code 202 ( I went to college in Wash DC and lived there for many years thereafter ) The Directory Assistance Operator and her supervisor were paid off to lie by corrupt FBI Director Robert Mueller and corrupt Alton Sizemore and corrupt Doug Jones ( at Burger King – where I ate frequently I heard the names FBI Director Robert
corrupt

page 32 - of 50

Karen Jayne Modell

corrupt                                    corrupt

Mueller, Alton Sizemore and Doug Jones
directed at me paid off Directory Assistance
to lie and say that there was no listing for
the Office of the Secretary — Condeleeza Rice
or the Deputy Secretary of the State Dept Wash DC or
a listing for the US State Dept. the Operator
and her supervisor were lying. I was trying
to obtain these numbers so I could leave
a message for US Secretary of State — Condeleeza
Rice to call me when she got to Birmingham. Alabama.
and I could discuss my complaints with her.

On Tuesday after dinner 1400 1, 2005
I called WAKA news Channel 8 and
spoke with TV news anchor Monica
Allen briefly. When I tried to make another
call my motel phone gave busy signal
for 3½ continuos hours. From the
motel pay phone lobby I called Bob Howell
from TV news anchor USA channel 11 and
he needed to send me a brief letter to Chris Holmes
his investigative reporter. I called the
Monty Ala Police Dept from a payphone outside the
motel and told them my motel room phone gave
accustent busy signal for 4 hours and Officer
Jim Schlosser answered the call. I explained
to him briefly my complaints and he said that
the Individuals in my complaints were trying
to make "mischief." for me

Karen A. Mordell

On Nov 2, 2005, Wednesday — the Motel manager of the State House Plaza Motel told me I have to leave the Motel before 12:00 Noon on Thursday Nov 3, 2005. I wrote him a letter telling him I had have to give me 1 weeks notice, since I rented a room by the week. My Dad talked to him and I spoke with Police sgt — 2nd shift on Ceara's night — Nov 2, 2005. The Motel manager gave me an additional 1 week to stay there until I looked for a new place to live.

Corrupt FBI Director Robert Mueller and corrupt Assistant Special Agent-In-Charge Montgomery Ala FBI employee — Alton Sizemore and Doug Jones were charged in a Nexus — joint action — symbiotic relationship with the Motel employees of the State House Plaza Motel (900 Madison St — Montgomery Alabama) and they were all responsible for assigning me a room (1) for 1 week with hot and cold water that couldn't be mixed and I couldn't take a shower, (2) Getting the Directory Assistance Operator and her supervisor to lie and say there was no listing for the US State Dept, Secof state Condoleeza Rice or the Deputy Sec of state. (3) On Nov 1, 2005 jamming up my Motel phone with a constant busy signal for 4 hours. (4) On Nov 2, 2005 trying to evict me with less than 24 hours notice — even though I was a tenant by the week and I was supposed to have 1 weeks notice to move out.

Karen J Mardell

On Nov 10, 2005 - Thursday I moved to the
Capital Inn Motel (205. W. Odel white
street Monty Alabama) from the State House
Plaza Motel (900 Madison Ave Monty Ala)

I paid for the first nights rout with my
own money, and my Dad paid the subsequent
Nights rent with his credit card. On Friday
Nov 11, 2005 Veterans Day I met and talked with
Tina Evans - the Assistant Manager of the Motel
and we made an oral agreement that I could
stay at the Motel until Dec 2, 2005
while I looked for an apartment I could afford.

In 1992 and 1973 while I was living
in Arkansas I spotted (the) Massachusetts town
William held. I in mid Jan 93 I was
preparing long letters to President William
Clinton and Vice President Albert Gore.

The letters were lengthy and I gave the details
of my on-going very meritorious es prionage and
political corruption complaint and how corrupt
Boston Mass FBI Agent Dave Espy covered up
my very meritorious on-going espionage and
political corruption complaint. On Jan 20, 93
at approximately 4:30 PM I left my Motel
room and stepped out to the Roadrunner Con-
venient store to buy a sandwich and returned to
my room (in 15 minutes) and discovered that my
lengthy letters to President Clinton and Vice
President Albert Gore had been stolen from

Karen J Mordell

me. When I brought this to the attention of the Daytime Manager of the Masters Inn Motel and discussed very briefly the contents of the letter with her, she told me to get out of the motel now. She refunded my money for that night and threatened to call the Police on me if I did not leave the motel. I moved my luggage to the motel next door, but it costs $15 more a night. I hurt my back, moving all my luggage. The next day I found a less expensive motel down the street that charged $20 a night or $75 per week, with an old TV and no phone.

I moved to the suburbs in April 93 to a small motel that charged $85 per week. I liked living there. In the mid June 93 I spotted (then) corrupt Massachusetts Governor William Weld across the street from my motel at the Best Western Motel

I visited US Senator David Pryor's (then) Office (his Little Rock Branch Office) and spoke with one of his assistants about my complaints that Former Pres Bush had engaged in Obstruction of Justice and my directly related very meritorious espionage and political corruption complaint.

Corrupt Former Pres George Bush had the secret Service to help cover up for his Obstruction of Justice, to put me under the ongoing justice court

Illegal surveillance. Former Pres George Bush knew
that I had visited US Senator David Pryors
office to bring forth complaints against him
and his friend Terence McCullen (who is involved
in espionage with his high level CIA supervisor
John Bozdewnich and their friend —
Calvin Repucci) and the rest of the individuals
I've named in my on-going espionage and
political corruption complaint.

Former Pres Bush, Terence McCulley
corrupt Mass. Gov'n William Weld
corrupt Boston Mass FBI Agent Dave
Espy, CIA supervisor John Bozdewnich
and Calvin Repucci had me evicted
from the motel in Carlisle Arkansas
that I paid $85 per week to live in.
Carlisle was a nice little town 30
miles North of Little Rock. I got 1 hours
notice to move out and a refund for 3 days of
rent.   I moved to a motel in Loancke, the
next town over and paid $22 per night.

Former Pres George Bush and the rest of
the individuals I've named in my on-going
espionage, political corruption and obstruction
of justice complaint engaged in another
act of reprisal and had me evicted from
this motel in Loancke after I visited the
President Clinton's Presidential Field Office

page 37 of 50
Karen J Worddell

in Little Rock Arkansas. Another motel
in Loanoke wanted to me but they only let me
stay for 2 nights and then they evicted me.
I moved to a motel in North Little Rock
and I got evicted by Former Pres Bush and
the rest of the individuals I've named in my
complaints after I visited (the) Arkansas
Govn. Jim Guy Tucker and spoke with one
of his assistents about my complaints about
Former Pres Bush et al. I got 3 hours notice
to move out. Corrupt secret service Agents
had me under illegal surveillance and they
knew I visited US Senator David Pryors
office, President Clinten's Presidentel
Field Office and (then) Arkansas Govn's Jim
Guy Tucker's Office to make complaints about
Former Pres Bush et al. They don't have to
be present at my evictions. All they
have to do is make a phone call. Any reasonable
person would believe that Former Pres
George Bush and Terrene McCutler, his
high level CIA supervisor John Gozdevald
and Calvin Repucci (all 3 are involved in
on-going espionage) and corrupt (then)
Mass. Govn. William Weld and
corrupt Boston Mass FBI Agent - Dave
Espt had called the Motel owners-
managers and engaged in reprisal and
gotten me evicted

Page 38 - of 50
Karen J Mordell

In Oct 2005 - USA TODAY - either
Oct 12th or Oct 19th I read an
article about a 'Whistle blower' getting
evicted and his case was before the US
Supreme Court to be decided. I know that
finding this case that was going to be
decided before the US Supreme Court will
give backing to my retaliatory evictions
complaint. I was illegally evicted 3
times in Birmingham Alabama, in Oct 96,
Nov 96 and Dec 96. In Oct 96 - lengthy
letters to Presidents Clinton and Vice Pres
Albert Gore and Jack Kemp and Bob Dole
(Republican candidate for President - 1996)
that I wrote were stolen by my roommate.
(I shared a 2 bedroom apartment for $60
a week. When I questioned my roommate,
he became ornery and cantakerous. My
landlord gave me 24 hours to get out and
when I returned home I discovered that he
changed the lock on the apartment door.
~~You have misinterpreted~~ I spotted
Terence McCuthen's high level CIA supervisor - John
Oozclenovich in Birmingham in 1996 (Dec) and
I spotted (then) Massachusetts Gov William
Weld in Birmingham in late Dec 96.
I spotted Terence McCuthen in Birm in Sept 96.

Page 39
Karen J Worldell

You have misinterpreted the law and I object
to your not ~~finding they~~ directing the US District
Court Clerk to serve Summons on Former Pres
Mass.Coc No 5-745-99
George Bush, Calvin Repucci, Former Mass.
Govn William Weld and Former United States
Attorney Doug Jones. Summons should be
served on Former Pres Bush, Calvin Repucci,
Former Mass Govn William Weld and Former
US Attorney Doug Jones.

Corrupt US Attorney Doug Jones covered
up my ongoing very meritorious espionage and
political corruption and obstruction of Justice
complaint and my criminal complaint that
I was raped, assaulted and battered at gunpoint
by a man using the alias Steve Johnson (Alabama
Lic No CLF→782) even though I passed my
lie detector tests. Corrupt US Attorney Doug
Jones ~~and~~ illegally refused to investigate my
complaint against Secret Service Agent Roy
Wilson.

Pg 12 of 27

D. Judge McKinney — You have misinter-
Young Probate Court
preted the law about Judge Reese McKinney,
and I object to you not ~~di~~ directing the
US District Court Clerk to serve a
Summons on him. Judge Reese McKinney
violated my Constitutional, Civil and
Human Rights. No Involuntary

page 40 of 52

Karen J Mordell

Commitment Petition was ever served upon me
while I was in the Montgomery Municipal City
Jail. In August 2006 (while I was still
illegally held at Greil Hospital (a psychiatrick
hospital) I asked corrupt psychiatrist Dr
Crook if a Probate Court Involuntary Petition
was ever written up and a Probate Court Hearing
had ever taken place, because if it did, I was
never served with the Probate Court Petition
or attended any hearing. Corrupt psychiatrist
— Dr Crook did admit at that time that there
had been a Probate Court Petition filed on me
(and I was permitted to read at once)
and the Decision of the Probate Court Judge
Reese McKinney who held the hearing in my
absence and illegally committed me to Greil
psychiatrict hospital — 2140 Upper Wetumpka
Rd. You can't hold a hearing in a person's absence
and you have to notify them of the hearing.
Corrupt Probate Court Judge Reese Mc
Kinney egregiously violated my rights by
failing to serve upon me a Probate Court
Involuntary Commitment Petition and
to hold the hearing in my absence.
According to the documents — the hearing was
held on Feb 2, 2006. I was transported by 2
Deputy Shoriffs to Greil Hospital on Feb 3, 2006.
and given immediately injectious of strong

Karen J Wardell

psychiatric medicine to make my mind into a vegetable. Dr Crock was not honest with me. He was obligated to tell me that a Probate Court Petition was not served on me and corrupt Probate Court Judge Reese McKinney had held a Probate Court Involuntary Commitment Hearing on Feb 2, 2006 with me being present.

I later brought forth a lawsuit against Dr Crock for medical mal practice keeping me drug up on psychiatric medicine and impairing my intellectual functions.

Corrupt Dr Crock got paid off by the Defendant I be named in my lawsuit against the Montgomery Alabama Police Dept etal to lie and say I have a mental ill ness, drug me up and illegally keep me in the hospital for over a year.

Corrupt Probate Court Judge Reese McKinney got paid off by the Defendants in my lawsuit against the Montg Police Dept etal to hold the Hearing in my absence and he got paid off to illegally commit me to Greil Hospital. I want corrupt Judge Reese McKinney prosecuted, convicted and put in jail and Judge McKinney can be sued I want a $20 million judgement against him As with all the Judgements

page 42 of 50
Karen J Mordell

Ive requested I'm going as substanial
portion of the notes to clearify.

According I respectfully request that
you direct the court clerk to serve a Summons
on him.

F, Carole Prichard — pg 13 and 14
of 27   I object to you dismissing
Carole Pritchard (former US Attorney — Northen
Division of Alabama Birm Alabama) from a
Defendant in my lawsuit and not directing
the US District court Clerk to serve a
Summons on her.               Carole Pritchard
           Former US Attorney (who I had
contact with in Dec 96) is corrupt and was
paid off by corrupt former Pres Bush and
corrupt US senator Richard Shelby and
corrupt Boston mass FBI Agent — Decatospy
and CIA supervisor John Bozdenuich
Terence McCullous
to cover up my very meritorius, on-going
espionage and political corruption complaint
and my criminal complaint that I was
raped assaulted and beaten at gun point
by alias Steve Johnson (Alc Cc No CLF — 782)

Alias Steve Johnson was paid off to
rape, assault and beaten me at gun point
by the individuals Ive named in my very
meritorious, on-going espionage and political
corruption complaint as an act of reprisal

page 43 of 50
Karen D Mordell

against me because I left a recorded
message about their criminal activity
for President Clinton. The Secret Service inter-
cepted the telephone message I left for Pres
Clinton and tipped off former Pres Bush
(the secret service covers up for former Pres
George Bush) and his friend Terrence Mc
Cutton (who also has a friend in the Secret
Service) and the rest of the individuals
I've named in my on-going very monterious
espionage and political corruption and
obstruction of Justice complaint, They
paid off Steve Johnson to rape, assault
and batter me at gunpoint on Nov 11, 96, as
an act of reprisal against me. I made
contact with alias Steve Johnson ~~alias~~
across the street from the telephone I used
to call the White House on Nov 11, 96 and leave
a telephone message for President Clinton about
their federal criminal activity, They additionally
paid off corrupt neighborhood Birm Alabama
Police Lt Larry Daughtery not to put alias Steve
Johnson (Alabama Lic No CLE-782) in jail
for his crimes against me.

I told (the) Birm City Attorney
~~Bill Pate~~ that I'd sue the City of Birming-
ham over the Birming ham Police Dept and
~~contact~~ contact President Clinton and

and Alabama Born Fabricus on Corrupt then
Birm. Ala. Police & Larry Doughtery.

Corrupt Carole Pritchard referred
my complaints back to the Birmingham Ala
Police Dept - to their Community Services
Court - the "Nut" file. Carole Pritch-
ard is a traitor to our Country - the
United States of America, and the other
Defendents are named in my lawsuit
against the South Alabama Police Dept.

The Birm Ala Police Dept became
committed to the Bryce Hospital through
corrupt Jefferson County Probate Court
Judge Michael Bolin (who accepted money
from corrupt former Pres Bush, his best friend
- corrupt US senator Richard Shelby and
corrupt FBI Agent Nate Espy and the rest Bakingass
of the individuals are named in my ongoing
espionage and political corruption and
Obstruction of Justice complaint, such as
corrupt mass Born William Wheeler.

I have never had that Probate
Court Petition served on me on Jan 9, 97
but there wasn't one bit of evidence that
I was a danger to myself or others.

I illegally got sent to Bryce Hospital
in Tuscaloosa Alabama for 4 months.
Corrupt Probate Court Judge Michael

page 45 of 50
Kamen of Maxwell

Below is how an Alabama Supreme court
Justice are be belize sing jail. He has
no right to send a rape, assault and
battery atgunpoint victim to a psychiatric
hospital.

In April 97 — Debra Baggett — a
fellow patient at Bryce Hospital said that
Massachusetts Gov William Weld paid off
the Bryce Hospital staff $1 million
dollars to "fry my brain"

Corrupt psychiatrists — Dr Baltz
and Dr Kimble gave me massive doses
of Prolixin and Zyprexa to make my
brain into a vegetable. This psychiatric
medicine that was forced on me made me
gain 70 lbs in 4 months. My weight was
180 lbs in Jan 97 and I gained 70 lbs in 4
months and weighed 250 lbs at the time
I was released from Bryce Hospital.

In Dec 97 I developed high blood pressure
and my good looks were destroyed by gaining
70 lbs. My Medical Doctor told me the 70 lb
weight gain was responsible for me developing
high blood pressure. It's a stress on my
heart to be so heavy and my metabolism has
been permanently damaged.

I amended my 2004 lawsuit
against the Secret Service (they falsely

page 46 of 50

Karen Worley

arrested (week Oct 6, 98) in 2005 to include
the corrupt Boston Mass FBI office
corrupt Carole Pritchard corrupt Dave
Jones and corrupt Al Tea Sizemore,

Had Carole Pritchard investigated
my complaints instead of referring my
rape, assault and battery (aliases) complaint against
Steve Johnson back to the Birm Ala Police
Dept I would never have been sent to
Bryce Hospital in Tuscaloosa Alabama,

Corrupt Carole Pritchard had a
Nexus-Joint Action — Symbiotic
relationship with the Birm Ala Police
Dept, with corrupt former Pres Bush,
corrupt Massachusetts Gov William
Weld and corrupt US Senator Richard
Shelby, corrupt Boston Mass FBI Agent
Dave Gary, my ex-boyfriend Terence McMahon — former Pres Bush's
fraud] his high level CIA supervisor — John Gozzelewski
and Calvin Depew, Vincent NOCES — 702    Because she did not
investigate and presecute the individuals I've named
in my espionage and political corruption and Obstruction
of Justice complaint and alias Steve Johnson who
raped and assaulted and battered me at gun point Nov 11, 96
(I had a large bruise on the right side of my face
which lasted for 10 days) and a corrupt Birm Ala
Police Lt Larry Dougherty who got paid off not to
arrest, make stand trial and put in jail alias
Steve Johnson. →

page 47 - of 52
Karen J Woods

I got illegally sent to Bryce Hospital for 4
months, gained 70 lbs after being forced to
take massive doses of Prolixin and Zyprexia
and lost my good looks. I weighed 150 lbs when
I was raped assaulted and battered at gunpoint
by ⬤ alias Steve Johnson (Ala Lic No. CEE-782)
3 corrupt psychiatrists didn't believe I was raped,
and they were paid off by the individuals I've
named in my ongoing espionage and political
corruption and obstruction of Justice complaint
to lie and say I had a mental illness.

I'm a former medical student and I've
had introductory psychiatric training, I knew
who has a mental illness and I know who doesn't and
I know I don't have a mental illness. Being
falsely accused of having a mental illness is a
common trick done to "whistle blowers" whos angry
supervisors retaliate against them and force them
to take a psychiatric evaluation and pay off a corrupt
psychiatrist to lie and say they have a mental
illness and destroy their brain functions, including
their intellectual functions by drugged them up with
psychiatric medicine.

One of the questions I took while taking
a lie detector test was (then) Mass. Gov. William
Weld had called my friend James and told him
I was a troublemaker. Corrupt former Mass Gov.
William Weld is known for making phone calls

page 48 of 50
Karen J Mordell

telling lies about me. He called my corrupt US
Attorney Carole Pritchard quote her to cover up my
complaints. So did corrupt former Pres Bush and
his best friend corrupt US Senator Richard Shelby
        If Carole Pritchard (who is a traitor
our country — the United States of America (like
the other Defendants in my lawsuit against the
Mantgala Police Dept et al ), ~~corrupt (then)~~
had investigated and prosecuted the individuals who
named in my complaints, I never would have been
sent to Bryce Hospital for 4 months. I filed a
writ of Habeas Corpus but I never went to trial
at the Tuscaloosa Alabama Circuit Court — I was
released from Bryce Hospital, sent to a Group Home
in Birmingham Alabama and only had to stay
there a short while ~~because over~~ every employee,
after hearing the facts from me agreed that I
didn't have a mental illness and I was allowed
to leave. I rented a furnished room in
Birm Ala. in June 97,
After gain 70 lbs on massive ~~doses~~ of Prolixin
and Zyprexa I developed high blood pressure in
early Dec 97. My Medical Doctor said that
gaining 70 lbs was responsible for me developing
high blood pressure. Gaining 70 lbs is a
stress factor on my heart. Corrupt (then)
Probate Court Judge Michael Bolen has no right
to send a rape assault and battery victim to

at gunpoint

page 49 of 50
Karen J Mitchell

to Bryce Hospital, a psychiatric hospital
in Tuscaloosa, Alabama.

There ~~was not one~~ was not one lot of evidence in the Involuntary
Commitment Probate court Petition issued to
me on Jan 9, 97 that proved I was a danger
to my self or others. Corrupt former Jefferson
County Probate Court Judge Michael Bolen is
now an Alabama supreme Court Justice.
Corrupt Judge Michael Bolen ~~is~~ shouldn't
be on Judge on the Alabama Supreme Court. He
deserves to be sued by me and he belongs in jail.
Corrupt Judge Michael Bolen accepted money
from (or gave into political pressure from)
Former Pres Bush, corrupt US senator Richard Shelby
corrupt Massachusetts Gov William Weld, Terence
McAuthlan (my ex boyfriend — Former Pres Bushs
friend who has a friend in the Secret Service) and his
high level CIA supervisor John Brzlewich and/or (a CIA
Repucci (all 3 are involved in ongoing espionage)
corrupt Boston Mass F.D.I Agent Dale Espy, and
corrupt (at-that-time) US Attorney (Arolo Pritchard
to illegally send me to Bryce Hospital.

After I was released from Bryce Hospital—
I was sent to a Group Home in Birm Ala where I
only stayed a short while. I rented a furnished room
in a house in Birm commencing July 7, 97,

In Feb 98 a fellow tenant who ~~f~~ verbal
a furnished room in the House "Larry Simi" said

in 1 page later 49 50 51 52 53
pages 1 + 4 of your RR            page 50 of 52
I will address FBI and pays Karen J Wordell Feb 26, 2008
15-27 later                nos 1-50 issued under penalty
of perjury Karen J Wordell
the name been held and wore a Tee shirt with
the name Steve Johnson on the back,
Alias Steve Johnson raped, assaulted and battered
on 1Nov 96
me at gunpoint and was never arrested or required
to stand trial because corrupt Birmm Police CT
Lamp Daughtey got paid off by the Individuals
I've never in my on-going very meritorious
espionage and political corruption complaint to
not [underlined: put out] alias Steve Johnson in jail and they
paid off alias Steve Johnson to rape, assault and
batter me at gunpoint which was an act of reprisal
for me leaving a telephone message about them
and their criminal activity for Pres Clinten.
            I had never discussed my on-going very
meritorious espionage and political corruption complaint
and obstruction of justice complaint with Lenny
Simic or my landlord until Sept 98 after
Secret Service Agt Roy Wilson came to my home and
falsely accused me of telling some of this
Senator Richard Shelby's employees that I
would kill former Pres Bush. I denied this,
emphatically and offered to take a lie detector
US
test. The Treasury Dept's Office of Inspector
General later investigated and told me it
was Mark Osterly (who I talked with at
corrupt US Senator Richard Shelby's Wash DC office
Mark Osterly had told me that former Pres Bush and
US senator Richard Shelby's were the best of friends.)

page 51 — of 52

Karen J Worrell

who lived on me and told the Secret Service that
I told Mark Osterly that I'd kill former Pres George
Bush. I never told Mark Osterly Ala or any
of US Senator Shelby's employees that I'd
kill former Pres Bush. After secret service
Agent Roy Wilson left my home on Sept 19, 98
Ms Anne Caldwell — a secretary at US Senator
Shelbys Wash DC office told me that all incoming
calls into US Senator Richard Shelbys office in
Wash DC were to be recorded a copy of these tapes would
prove that I never made statements to Mark Osterly —
top male legislative assistant to US senator Richard
Shelbys Wash DC office, that I'd kill former Pres Bush.

Corrupt former Pres Bush, corrupt US Senator
Richard Shelby, (best friend of former Pres Bush) and
Terence McCullen (who has a friend in the Secret Service
and is a friend of former Pres Bush) passed cash to Mark
Osterly to tell this lie about me. I offered to take a
lie detector test too. They were all hoping to get me
falsely arrested by the Secret Service (or commit
or and have me incommunicado too,
and destroy my credibility.

I sued the Secret Service and
Secret Service Agent Roy Wilson in the
US District Court in Bham Ala.

All the female gail guards assigned
to my group of cells ( Ms Ballard, Ms
Greene, Ms Heard, Ms Lucas, & Ms Huffmans

page 52
Karen J Mordell

Ms Ulmer, Ms Angela Davis, Ms Myrick and Ms Carras were questioned by the court admitted that all of the individuals I've named in my on-going very meritorious espionage and political corruption and obstruction of justice complaint including Carole Pritchard had paid Members to hide me Incommunicado while I was at the Montg. Ala Municipal city Jail.

Accordingly US Magistrate Judge Terry Moorer — you should direct the US District court clerk to serve a summons on former US Attorney Carole Pritchard.

Signed under penalty of perjury pgs 1-52
Karen J Mordell
2/26/08

Will object to pages 14-27 tomorrow. I'm being forced to take extra medicine which is making me into a vegetable, and keeps me from concentrating.