IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KAREN JAYNE NORDELL, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv1007-MHT |
| ) | |
| MONTGOMERY ALABAMA POLICE ) | |
| DEPT. and GEORGE BUSH, ) | |
| Former President ) | |
| (Jan 20, 1989-Jan 20, 1993) ) | |
| ) | |
|    Defendant. ) | |

### ORDER

It is ORDERED that plaintiff's request for a temporary restraining order (Doc. No. 19) and her request for a hearing (Doc. No. 19) are denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 29th day of February, 2008.

                                     /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE