Karen Nordell
Senior Therapeutic Health Unit Rm 115
Dale Medical Center
126 Hospital Avenue
Ozark, Alabama 36360

TO BE OPENED
BY THE ADDRESSEE
ONLY

Please read as
soon as
possible

US Magistrate Terry Moorer
US District Court
1 Church Street
Montgomery, Alabama 36104

