In the United States District Court cc (partially)
For the Middle District of Alabama
Northern Division                   page 1 of
                                          24

Tuesday
Feb 26, 2008
RECEIVED

MAR - 4 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

Karen Jayne Nordell
    Plaintiff

v.

Montgomery Alabama Police
Dept et al
Corrupt Former Pres Bush
Corrupt US Senator Shelby
Corrupt FBI Director
Robert Mueller
    Defendants

Case No. 2:07-CV-
1007-MHT

Feb 27, 2008 - I was illegally
committed to the custody of the
Dep top Mental Health by Pike
county Probate court Judge
Robert Faircloth. Corrupt psych
Iatrist Dr Lopez, whom I saw
for 5 minutes in May 2007 after
on call to be restored by telephone (which is inadequate) That he can do so
by committing me to a state Mental hospital. He perjured himself as I told
many lies on these pg 14-27.
    Continuation of Plaintiff's #1, Karen J. Nordell's
    Objections to Report and Recommendation of
    US Magistrate Judge


Dear US Magistrate Judge Terry Moorer,
        I am sure by now you have received
my precious letters informing you of a tragic,
incident I was subjected to which is an egregeous
violation of my Constitutional Civil and Human
Rights. I wrote to you in precious letters that I
had been illegally committed for a 10 day psychiatric
evaluation at Dale Medical Center - Senior Therapeutic
Health Center Unit Rm 115, 126 Hospital Avenue
by Pike County Alabama Special Probate Court
Judge Robert Faircloth primarily due to my
Corrupt Court Appointed attorney - Ruth Paulik
who engaged in (deliberately) gross ineffective

Page 2 of 24
Karen of Wordell

Assistance of Counsel. Court Appointed Attorney Ruth Pawlik was paidoff by the Defendants I'm named in my lawsuit against the Montgomery Alabama Police Dept et al. to "botch" my Defense at the Probable cause Involuntary Commitment Hearing and deliberately gave me a bad defense.

I believe true and said I was "imagining" everything (I'm not imagining anything, this is based on fact)

Basically what happened is my roommate stole $14 from me. Over the weekend, before Presidents Day (Feb 18th - 2008) I called Brenda Sartain - my roommate & common thief about a dozen times, called her a bitch 4 times and told her I'd contact the Troy Alabama Police Dept about her own if she didn't return the $14 she stole from me on Feb 19, 2008 (Every Tuesday, the tenants of my Group Home - Magnolia Lodge - 826 Park Street, Troy Alabama 36081 get a $20 per week cash allowance, after we clean our rooms)

All the staff members at the Group Home keep covering up for Brenda Sartain - but she was the only one in the room with me when the theft of my $14 dollars happened late at night while I was asleep. The staff lied and said that Brenda Sartain didn't steal my money, BUT I know that she did. Brenda Sartain pretends to be stupid, but she admitted freely " I'm not dumb."

Page 3 of 24

Karen A Marshell

On Monday morning — Feb 18, 2008 —
President's Day — corrupt psychiatrict Nurse
Ms. Sharen Stintson came to our Group Home.
I told Sharen Stintson that Brenda she
Sartain had stolen $14 dollars from me and
didn't return the $14 to me on Feb 19, 2008
(when we get our $28 per week cash allowance)
I'd contact the Troy Alabama Police Dept on
her. Corrupt psychiatrict Nurse Sharen
Stintson said my mental illness was
getting worse ( I don't have a mental illness,
only anxiety attacks which are in remission)
( I'm a former medical student who's had
introductory psychiatrict training, who's
been self employed over the years as a
counselor) and Sharen Stintson told another
lie about me and called me paranoid. I in
not paranoid. Corrupt psychiatrict nurse,
Sharen Stintson said she have me involun-
tarily hospitalized and gave me an injection of
strong psychiatrict medicine. I called Sharen
Stintson a "bitch" and "a whore" 5 times
— told her I'd contact the US Attorneys Office
about her, the US Dept of Justice about her,
sue her in the US District Court and have
her put in jail. I called her a corrupt
psychiatrict nurse and a corrupt mental
health worker, and returned to my room.

Karen J. Morelli

½ hour later Sharen Stintsen came to my doorway and said she'd give me an injection of strong psychiatric medicine or she'd involuntarily hospitalize me. I repeated the same things that I said to her ½ hour earlier and told her I had the right to refuse her injection of strong psychiatric medicine and she had no right to involuntarily hospital.

½ hour later a man identifying himself as Andrew Wright, an employee of East Central Mental Health Center — 300 Cherry Street, Troy Alabama said he'd evaluate me. He freely/falsely accused me of being paranoid when I told him Brenda Sartain had stolen my $14 and I would contact the Troy, Alabama Police Dept about her, and he falsely accused me of telling Sharen Stintsen that I'd kill her and her children and had stated I'd kill Cheryl Thomas (a case worker at our Group Home). I had had a heated that morning else with Cheryl Thomas who deep calling me paranoid when I told her Brenda Sartain stole my $14 dollars. I called Cheryl Thomas a bitch about 4 or 5 times, and called her a corrupt mental health worker, but I never threatened to kill Cheryl Thomas or threatened to kill Sharen Stintsen and her

page 5 of
Karen J. Morrell

children. I am willing to take a lie
detector test on all these facts and statements.
I am not paranoid, I have no mental
illness, except for
anxiety attacks (which are in remission)
Andrew Wright would not leave
my room, even though I ordered him out of
my room many times. I told him I wanted
to be alone. Finally Andrew Wright — who
is corrupt, finally left my room. Corrupt
Andrew Wright — who later identified himself
as a Court Liason for East Central Mental
Health Assoc is corrupt, and he and my
Group Home employees and Brenda Sakach
got paid off by the Defendants I.e. named
in my lawsuit against the Montg. Ala.
Police Dept, corrupt former Pres Bush, corrupt
US Senator Richard Shelby, corrupt FBI Director
Robert Mueller etal to "stage" these incidents
and have me involuntarily committed to a
psychiatric hospital.
Corrupt Dr Tossenia — the psychiatrist
at Dale Medical Center, Ozark, Alabama has
forced me to take additional psychiatric
medicine — Prolixin injection and Tri-
leptol. These new medicines have made
my mind into a vegetable, impair my
intellectual functions and make it very
difficult for me to concentrate.

corrupt psychiatric nurse Sharon Skinton wouldn't give me
any more codeine with Tylenol tablets even though I was
in terrible pain after a teeth extraction on Jan 10, 2008

Corrupt Dr Messema was paid off by
the Defendants in my lawsuit against
the Montgomery, Ala, Police Dept et al
and believed and said I have a mental
illness and is telling Probate Court Judge
Robert Fairchild to send me to Searcy
psychiatric Hospital in Mobile Alabama
instead of sending me back to my Group
Home in Troy. I have no mental illness, I
am not a danger to my self or others and I
should not be sent to any psychiatric
hospital. This violates egregiously my
Constitutional, Civil and Human
Rights at both the Federal and State
Level. My Rehearing at the Pike County
Probate Court is at 10: AM tomorrow
Feb 27, 2008 before Special Probate Court
Judge Robert Fairchild, I'm going to ask
for a continuance and I've asked for a
new attorney. Would you please send me
a Federal Public Defender to represent
me. I need a Writ of Habeus Corpus and
appeal the Probate Court Finding.
          Pg 14 of 17 G. Federal Bureau of
Investigation and F. FBI Director Robert
Mueller, Agent Altensizemore, Agent Tom Magill
Agent Barry Dupree and Agent Dace Espy.
     I object to your decision not to Direct the

page 7 of 24
Karen J Mardell

US District Court Clerk not to serve summons
on the FBI, FBI Director Robert Mueller, FBI
Agent Allen sizemore, FBI Agent Tom Mckell, Agent
Barry Dupree, Agent Dave Espy (in their official
capacities). You have misinterpreted the law. You can
sue federal government agencies and the United States
doesnot have to waive Immunity from prosecution.
Any federal government agency who's employees engage in
Obstruction of Justice can be sued. Many years ago
I sued the food and Drug Administration, because I
was the victim of sex discrimination and the case was
settled out of Court. The federal government does not
have to waive Immunity from Prosecution so that
a government federal agency can be sued.

You should serve summons upon the FBI and
corrupt FBI Director Robert Mueller, corrupt FBI
Agent (Assistant special Agent in charge) Allen size—
more, Agent Tom Mckell FBI Agent corrupt Barry Dupree
corrupt FBI Agent Dave Espy

① A summons should be served on corrupt
FBI Agent Robert Mueller, (in 2005 - 2006) who went beserk after
he learned I sued the Corrupt Boston Mass FBI office,
because of corrupt Boston Mass FBI Agent Dave Espy
who covered up my espionage and political corruption
complaint, and later on the TODAY SHOW on NBC
aired a lengthy story that there was rampant corruption
at the Boston Mass FBI office (in 2005)

Corrupt FBI Director Robert Mueller and the
rest of these corrupt FBI Agents mentioned above

Karen J. Mordell

paid off a corrupt Medical Doctor in May 2005
to induce me to develope cancer. They paid off
my corrupt former Landlady Herma Russell to allow
a corrupt Medical Doctor to enter the room I
rented from her (which had no door on it) and
he/she induced me to develope cancer. In early
July 2005 I noticed a lump the size of a dime
under my right arm and later I noticed 3
more lumps the size of walnuts under my
right arm. These lumps mysteriously went
away after 6 weeks. My cancer is in remission but
it could come back at any time. In early Aug 2005
corrupt Landlady Herma Russell refused to pay
my roommates and my overdue water bill even
though she had plenty of money either. Our utilities
were included in the rent and it was our Landlady's
responsibility to pay the utilities. She finally paid the
overdue water bill after 4 days and our water was
turned on again.

     In mid-August 2005 I had layed
down on my bed to take a nap and I was almost asleep
the room I rented across the street from my corrupt
landlady didn't have a door on it. I heard the words
in my adjacent living. "I'm FBI Director Robert
Mueller — Karen Mordell you are a hog" corrupt
FBI Director Robert Mueller was in my home
and he told a lie about me, I'm not a hog,
and I used to be quite pretty, and was only 10 lbs

page 9 of 24
Karen J Wordell

Over Weight
Defendants
Monty Municipal City Jail Guards admitted
( Ms Ward Ms Green, Ms Lucas, Ms Myrick,
Ms. Huffman (tall chubby young) Ms Huffman
( shorter middle aged), Mr Ballard, Ms Carrus
and Ms Angela Davis
and Ms Vinson) admit that FBI Director
        corrupt                     corrupt
Robert Mueller, FBI Agent Allen Sizemore
( who now works out the Monty Ala FBI Office)
        corrupt                                corrupt
FBI Agent Dave Espy, Former US Attorney Doug
Jones ( who is now a lawyer in private practice
            corrupt
and  US Senator Richard Shelby and Former
    corrupt
Pres Bush were all at the jail while I was illegally
held there from Nov 21, 2005 — Feb 3, 2006
for trespassing ( I was not trespassing) and
all these Defendants ( the jail guards admitted)
paid off the Jail Guards to keep me completely
"Incommunicado" — no phone calls no letters
turning water off in my cell. All these Defendants
and Defendant Officer H.G. Wells are responsible
for my 2 unmentioned illegal evictions on
Nov 17, 2005 and Nov 21, 2005, my false arrest
for trespassing on Nov 21, 2005

        On Nov 21, 2005 Officer H.G. Wells
finally
admitted that Former Pres George Bush had had
ordered him to illegally evict me from a motel on
Nov 17, 2005 and from the Salvation Army
Homeless shelter on Nov 21, 2005. The other
above named Defendants did so too,

*Karen J. Worley*

All the Defendants I've named in my lawsuit against the Montgomery Police Dept killed my unborn baby. I learned I was 7 weeks pregnant while in the Montgomery Municipal City Jail. Corrupt Jail Nurses would not give me Folic Acid (necessary during pregnancy) or even get the water turned on in my cell. I want the Defendants to go to jail for the rest of their lives for killing my unborn baby. When I was 8 weeks pregnant, the first Friday in Jan 2006, 7 other Prisoner's were being too nice to me who had previously been mean to me. "Taneka Tut" (who also used the name Sarah Vaugh) gave me 3 cups of her caffeinated coffee - strong. (On Nov 23, 2005 Taneka Tut — Sarah Vaugh had threatened to beat me up and throw bleach on me if I didn't plead guilty to trespassing — (I told her I was innocent of trespassing) One prisoner gave me candy, paper and a pencil eraser and socks, and One Prisoner gave me a bag of potato chips. These prisoners (especially Taneka Tut-Sarah Vaugh) were being too nice to me and I knew that some thing was up but I couldn't figure out what. 5 days later I woke up and I was no longer pregnant. All the Defendants killed my unborn baby.

A There is a constitutional Right to a grievance system with redress - relief for your grievance and you should be free / any reprisal, retaliatory acts

page 2?
Karen Mordall

Even though I passed my lie detector tests
about my very meritorious espionage and political
corruption and obstruction of Justice complaints
and my criminal complaint that I was raped,
assaulted and battered at gun point (on (recall) 96)
by alias Steve Johnson (Alalic No C L F — 782)
(I only weighed 180 lbs then) Corrupt Birmingham
FBI Agents Tom McInlillard FBI Agent Barry Dupree
over then corrupt Assistant Special Agent in charge
— Alton Size were actually covered up my complaints
but they were not honest I was honest with them, I had the documenta-
tion to prove it, the detector tests that I passed,
which gave additional proof I was telling the
truth about my complaints but they weren't honest
with me.

Corrupt Assistant Special Agent in charge
— Alton Size more (then at the Birmingham FBI
office) would not investigate and covered up my
complaints against Secret Service agent that he used
in an intimidating and accusatory manner, in a threatening manner
— who had illegally questioned me on Sept 14, 98
falsely accusing me of telling some of US Senator
Richard Shelby's employees who told the Secret
Service that I told them I'd kill former Pres
George Bush. I never told any of US. Senator's that
I'd kill former Pres George Bush, and I offered
to take a lie detector test. Secret Service Agent
Ray Wilson became angered when I told him I
had passed my lie detector tests. Any honest

pg 12 of 24
Karen J Mardell

law enforcement agent would be happy to learn that
I passed my lie detector test. I later filed a
complaint with the Inspector General Office—
US Treasury Dept and they investigated and told
me that it was Mark Osterly (US Senator Shelbys
Wash DC employee — legislative assistance whom I
spoke with on Sept 11, 2008) who lied and who
also told the secret service that I told them
DB kill Corrupt Pres Bush. I never told
Mark Osterly that DB kill Corrupt Pres Bush.
I never told any of US Senator Shelbys employees
DB kill Corrupt Pres Bush. Corrupt Pres Bush,
US Senator Richard (who's as corrupt as his
best friend Corrupt Pres Bush is) his top male
legislative assistant — Mark Osterly and the
Secret Service were trying to have me falsely
arrested. Mark Osterly gets a cash payment
from his boss US Senator Richard Shelby,
and Corrupt Pres George Bush and the Secret Service
to tell this lie about the FBI employee.
        Corrupt Alten Size more referred my com-
plaint against the Secret Service Agent Ray Wilson
to the US Secret Service
        Corrupt Alten Size more didn't want
to meet with me for a personal interview even
though I passed my lie detector tests about my
very meritorious , ongoing espionage and political
corruption complaint and Obstruction of Justice

complaint and my criminal complaint Max I was raped, assaulted and battered at gunpoint by alias Stue Johnson (Alabama Lic /KY, CLE - 202) on Nov 11, 96. — even though I passed multiple detector tests. The individuals I've named in my on-going espionage and political corruption and obstruction of justice complaint pend off alias Stue Johnson to rape assault and batter me at gunpoint as an act of reprisal because I telephoned the White House on Nov 11 96 and left a telephone recorded message for Pres Clinton about their federal criminal activity. The secret service monitors practically all calls coming into the White House and the secret service tipped off former Pres Bush (the secret service covers up for former Pres Bush's illegal activity) and my tipped off Terence McCluskey (my ex boyfriend — former Pres Bush's lover, Terence the current boyfriend in the Secret Service, and the rest of the individuals I've named in my on-going espionage and political corruption and obstruction of justice complaint — that I had left a telephone message about their federal criminal activity for Pres Clinton.

***   Corrupt Birm. FBI employee — Assistant Special Agent in charge — Allen Sizemore is corrupt and he had something to hide since the client went to meet with me to discuss my complaints and deliver a letter to him personally.

page 14 of 24
Karen J Waddell

corrupt Alton Sizemore would'nt investigate my false arrest complaint against the US Secret Service - corrupt Alton Sizemore covered it up.

I had filed a pro se law suit against corrupt Secret Service Agent Roy Wilson and the Secret Service in late Sept 98 in the US District Court in Birm Ala. On Oct 5, 98 the Birm Ala lawyer Deferral Service had given me lawyer Tho Wass Buckingham. I called his office, spoke with his secretary or paralegal (who did not give me her name). Later I spoke with lawyer Tho Wass Buckingham who he was very rude to me and said he was a member of the Alabama Republican party and he couldn't take my case.

at 3:30 PM

On Oct 6, 98 the Secret Service and the US Marshalls barged in my door and gave me 5 seconds to open it up. They said I was under arrest for threatening a former President. I opened the door and denied this. The Secret Service Agent identified himself as Secret Service Agent Keith McClaren. I was going to tell him I was going to sue him and the US Secret Service for false arrest but I was afraid he'd push me down the stairs.

On Oct 7, 98 at my arraignment before US Magistrate Judge Michael Putnam (who turned out to be corrupt and on Oct 16, 98 admitted that he took money from former Pres Bush to violate my rights at my Probable Cause and Detention Hearing)

page 15 — of 24
Karen J Wardell

On Oct 7, 98 at my arraignment in the US District
Court in Birm Ala I saw the complaint form —
Arrest report and saw that lawyer Thomas Willing-
ham and his paralegal Leigh Taylor had told a big
lie on me and falsely accused me of stating to them
that I'd kill former Pres Bush. I never made this
statement to either of them and offered to take a
lie detecter test and requested personal recognizance
because I had strong ties to the community, Corrupt
Michael Putnam wouldn't allow me to take a lie
detecter test. My corrupt Court Appointed attorney
— Rick Burgis said he wanted me interned in a
medical facility. I tried to fire corrupt
Attorney Rick Burgis But corrupt US Magistrate
Magistrate Michael Putnam wouldn't let me
fire him and appoint me a new attorney,
Corrupt assistant US Attorney Bruce Simpson
requested a psychiatrict evalua-
tion. I vigorously protested the psychiatrict
evaluation. I happen to be extremely competent
to stand trial. Lawyer Thomas Willingham and
Leigh Taylor were not at my Probable Cause and
Detention Hearing to testify against me.
which voids the findings of the Probable Cause
and Detention Hearing. At that time I questioned
corrupt US Magistrate Judge Michael Putnam
And he admitted that he had been paid off
by former Pres Bush to violate my rights.

corrupt Court Appointed
Attorney Rick Burgs   page 16 of 24
unconstitutional appeal  Karen f. Mordell
Dorne.

I requested that corrupt US Magistrate Judge
Michael Putnam recuse himself from my
case  but he wrongfully refused.

Corrupt Court-appointed attorney Rick Burgs
made 22 errors of law in my defense.  US
Marshalls showed up at the jail mudd (Nov 3, 98
with a Probable cause and Retention finding
and an ORDER for a paychiatric evaluation 30 days
at Carswell Federal Medical Center (a federal
in Et Worth Texas
Prison for Women).  They lied to me unds said the
Judge wanted to see me, but they left me in a
cell all day and then escorted me to an airplane
where other US Marshalls escorted me by airplane
to Et Worth Texas

Corrupt psychiatrist Dr Pederson and
corrupt forensic psychologist — Dr Shadduck at
Carswell Federal Medical Center — Et Worth Texas
were assigned to me.  They later admitted they
got monthly checks from Corrupt Pres Bush to hold
me at the Mental Health Unit at the Prison for
4 years.  In August of 99 the local US Attorney
in Et Worth wrote a letter to the Prison telling them
to release me because I didn't fit the profile of a
dangerous person.  Corrupt Dr Pederson  went to a
Judge and got the US Attorney's Office overruled.

Then  Corrupt Birm Ala FBI office employee
Assistant Special Agent-in-charge — Allen Sieence
refused to allow the FBI to investigate my false

page 13 of 24
Karen J Wordell

arrest complaint against the U.S. Secret Service
- and Secret Service Agent - Keith McClanon.
Corrupt Atton Sizemore covered up my false
arrest complaint against the Secret Service, It's
not merely a false arrest complaint but obstruction
of justice complaint against me, trying to destroy
my credibility by and falsely accusing me of having
a mental illness and falsely accusing me of being a
dangerous person. I'm a non-violent person, I
dont threaten people with bodily harm and I
work within the system to bring forth and
pursue my grievances.

        I spent almost 4 years of my life
at the Mental Health Unit of this federal prison
in Ft Worth Texas
for women for something I didn't do, I do not
threatened to kill former Pres Bush. I can and can pass a
lie detector test. I rather would have been a tried
to prove my innocence and take a lie detector test.

    Corrupt psychiatrist Dr Pedersen and corrupt
Forensic Psychologist Dr Shadduck were clearly
paid off by former Pres Bush, Corrupt US Senator
Richard Shelby, the US Secret Service and the rest of
the individuals I've named in my case say. Very
meritorious espionage and political corruption complaint
to lie and say I have a mental illness.

    As I have stated so many times before, I am
a former medical student with Introductory
psychiatric training and I know who has a

mental illness and who doesn't, and I know I
don't have a mental illness, I worked as a
counselor (I was self employed) for many
years and I've helped many people over the
years.    A common trick done to whistleblowers
is that corrupt supervisors force
the whistleblower to take psychiatric evaluations to destroy their credibility,
pay off the corrupt psychiatrists to falsely say
the whistleblower has a mental illness and
corrupt psychiatrist drugs up the whistle-
blower on psychiatric medicine to destroy
their brain.

So to
I'm writing a book Abuse of Psychiatry
in the United States - how corrupt psychiatrists
in the United States get paid off to falsely say that
complaining witnesses (me) and whistleblowers
(technically I'm a whistleblower too) have a mental
illness and drug them up with psychiatric
medicine in order to destroy their credibility and
destroy their brain, - impair their intellectual
functions.     Psychiatrists have too much power,
and they often get paid off to hold someone
indefinitely.

In Dec 99 there was a Recompetency
Evaluation Hearing in the U.S. District Court in
Ft Worth Texas before U.S. Magistrate Judge
- Charles Bleil.    At that time, corrupt Dr
Pedersen was forcing me to take massive doses of

Depakote, and he wouldn't let me even take a 3 day break in taking the Depakote before my court appearance so I could effectively present my case. I was so drugged up on Depakote that I couldn't not effectively present my case and testify before US Magistrate Judge Charles Bleil and I forgot to tell him important facts (because I was so drugged up) Corrupt Dr Shadduck testified and lied and falsely accused me of having a bi-polar illness, which I don't have.

I have no felony convictions but I spent almost 4 years in the the Mental Health unit ( at federal women Prison in Ft Worth Texas.

Corrupt Boston Mass FBI Agent Dave Espy covering up my wire wire taps espionage and political corruption complaint even tho, he had tape recorded Terence McCathern, Calvin Repucci and Terence M McCathern's high level CIA supervisor — John Gozdziewich.

Corrupt Boston FBI Agent Dave Espy told all of the individuals in my complaint that I'd been to the FBI about them and they Calvin Repucci come to my door and said through the door that he was aware I'd been to the FBI about him and wanted the tape recordings I made of him back or he'd kill me. Corrupt FBI Agent Dave Espy wouldn't not assign FBI Agents to protect me and he refused me

Karen J. Worrall

to the local police, which was unacceptable to me because Calvin Repucci told me had contacts on the local police Depts in Woburn Mass and where I lived Stoneham Mass (the next town over)

Corrupt FBI Agent Dave Espy, Boston Mass interfered with my counseling (self employed) as a act of reprisal and he had me illegally evicted 12 times, as a act of reprisal, had me falsely arrested 3 times on false federal charges. ① Oct 5, 93 I never threatened to kill President Clinton, I love President Clinton, US Senator (former first lady) Hillary Radham Clinton and Chelsea Clinton. I thought Pres Clinton was an excellent President. I was falsely arrested for allegedly threatening President William Clinton on oct 5, 93. I offered to take a lie detector test but my corrupt court appointed attorney wouldn't let me take one. When I saw the arrest-Complaint sheet on Oct 6, 93 I discovered that a lawyer named Mr Levy had told a big lie about me and said I told him I'd kill Pres. Clinton. I never told him I'd kill Pres Clinton. I had an unfavorable experience with this lawyer before Mr Levy, but I didn't realize it at first. I had unfavorable experiences with Mr Levy when I lived in Wash. DC and he was a lawyer in Wash with his partner Mike Rauh. Mr Levy are Mike Rauh — lawyers in practice were hired — retained by the previous President of our Tenents

Page 21 of 24

Karen J Wardell
of our tenants assoc.

Associations. Newly elected leaders (including me,
(I was the newly elected Vice President) had to
fire lawyers Mike Raub and Mr Levy because
they were too sympathetic to the Developers
(who were mean and greedy) who wanted to make
our apartment house into a condominium.
A lot of the tenants including me wanted our Apartment
House to stay as a rented unit and not be
converted into a condominium.
We could not afford to buy our apartments.
The developers wouldn't even give tenant-
buyers of their apartments. We had to
fire Mike Raub and Mr Levy. I called
the Wash DC Bar and complained about
Mike Raub and Mr Levy. They were very mad
at me but it had to be done. I don't know
how Mr Levy ended up working as a lawyer
in Little Rock Arkansas. I had contact with
him. I had called him to discuss the hitchhiking
laws in Arkansas. The police were illegally
stopping me for hitch hiking. The US Supreme
Court says you are allowed to hitch hike.
There was a limited bus system — service is
down Little Rock only, not in the suburbs and
and cabs/taxi were expensive. Corrupt Boston Mass
FBI Agent Dave Espy (I told him) and
my ex-boyfriend Terence McCutchen, his high
level CIA supervisor — John Bozek and ch and

Karen J Wordell

Calvin Rapucci knew that I hitchhiked
to get around in Massachusetts. Terence Mc
cutchand told/notified Corner Pres Bush and the
secret service that I hitchhiked for transpor-
tation, they told the local police Depts and the
Arkansas to take legal step to for hitch hiking.
I telephoned Mr Leavy — to discuss the hitchhiking
laws in Arkansas. Mr Leavy got paid off
by all these Defendants to lie and toll a big
lie on me, that I told him I'd kill President
Clinton. This is a lie. I never to Mr Leavy
I'd kill President Clinton, I love President
Clinton former First Lady Hillary Clinton,
now US senator from N.Y State and Democratic
President Hopeful, and their daughter Chelsea
Clinton I tried to make contact with them in
Jan 93 before they left for Washpe, to tell
them about my Obstruction of Justice complaint
about Corner Pres Bush and my very meritorious
on-going obstruction of Justice political corruption
complaint against Terence McCutchen, John
Gorzechunch, Calvin Rapucci (all involved on
on-going espionage) and corrupt Massachusetts
Gov William Weld who engaged in political
corruption when he served as the US Attorney in
Boston Mass. These complaints were covered
up by corrupt Boston Mass FBI Agent — Dave
Espy. I have 9 excellent analytical factual

page 23 of 24
Karen J World

reasons why I arrived at the conclusion
that corrupt Boston Mass FBI Agent Dave
Espy covered up my complaints.

Corrupt Boston Mass FBI Agent Dave
Espy was stalking me too. I saw him in
Woburn Mass (where I used to live) and in
Mentz Alabama — at Oneil Hospital, pretending
to be an electrician.

According the nexus joint action
symbiotic requirement is met by
corrupt FBI Director Robert Mueller,
corrupt Boston Mass FBI Agent Dave
Espy, corrupt Birmingham Ala FBI Agents —
Tom Mahill, Barry Dupree, and corrupt
Assistant Special Agent in Charge — Alice Scranage
(who as of March 2005 works at the Mentz
Alabama FBI office) You should direct the
US District Court Clerk to serve Summons
on the FBI and corrupt FBI Director
Robert Mueller, corrupt Boston Mass FBI Agent
— Dave Espy, corrupt Birmingham Ala FBI Agents Tom
Mahill and Barry Dupree and corrupt FBI Assistant
Special Agent in Charge Alice Scranage.

I will try to finish my objection to your
Decision not to serve Summons on corrupt
US Senator Richard Shelby (Alabama)
US secret Service (who had me falsely arrested
twice — I offered to take a lie detector tests

page 24 of
Karen J Wordell

There is clearly a pattern of on-going
reprisal by all the Defendants (which you refer
to as a Conspiracy by the Defendants)

Thank you for reading all my long
letters with my Objections which I include more
facts to back up my Objections.

Pages 1—24 signed under penalty
of perjury.
Karen Jayne Wordell 2/29/08

Sincerely,
Karen Jayne Wordell