IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KAREN JAYNE NORDELL,            )
                                )
    Plaintiff,                  )
                                )     CIVIL ACTION NO.
    v.                          )       2:07cv1007-MHT
                                )
MONTGOMERY ALABAMA POLICE       )
DEPT., et al.,                  )
                                )
    Defendants.                 )
```

ORDER

It is ORDERED that plaintiff's additional objections (Doc. No. 25) are overruled.

It is further ORDERED that this case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 6th day of March, 2008.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE