In the United States District Court Friday
For the MIDDLE DISTRICT OF Alabama Feb 29, 2008
(Northern Division)

Karen Jayne Wardell                    )
        Plaintiff                      )    Case NO. 2:07 - cv - 1007
    V.                                 )    - M H T
Montgomery Alabama Police              )
Dept                                   )
Corrupt Former President               )
George Bush                            )
Corrupt US Senator Richard             )
Shelby                                 )
Corrupt FBI Director Robert            )
Mueller et al                          )
    FBI et al                          )
Defendants                             )

Dear U.S. Magistrate Judge Terry Mooner,

    Continuation of my Objections to Report and Recommendation of Magistrate Judge                25 page

        I am continuing with my Objections to your Report and Recommendations that wrongfully dismiss serving a summons on most of the Defendants. I respectfully state that you have misinterpreted the law and done with more facts (that I could not have possibly included in my court required 8 page condensed lawsuit - complaint and my conclusion and analysis of law) N
and I respectfully request that the US Court Clerk to serve Summons on all Defendants, and 2 additional
        Defendants - City of Trinity Ala and US Treasury Dept

        As I've discussed in my previous letter, to you, I have been illegally committed by Pike county

Page 2 of
Karen J Nordell

Probate Court Judge Robert Faircloth temporarily to a [Feb 18, 2008]
Dale County Medical Center — Senior Therapeutic Heckl
Unit (a psychiatric unit for people age 55 and older)
and on Feb 27, 2008 put into the custody of the
Alabama State Dept of Mental Health and awaiting
transfer to Greil Hospital (when I was illegally seized
by the Defendants, Including the Montgomery
Municipal City Jail Guards on Feb 23, 2006)
Municipal City Jail Guards were paid off (they
admitted this while being questioned by me) by the
other Defendants in my lawsuit.

        My temporary commitment for a 10 [on Feb 28, 2008]
10 day psychiatric evaluation was initiated (
    by corrupt employees of the Group Home where I
was living — Magnolia Lodge — 826 Park Street
Troy Alabama — these Group Home employees are
also employees of East Central Mental Health
    Center, 200 Cherry Street, Troy Alabama.

            The corrupt employees of my Group Home
(are) Carol Hollough — Director Cheryl Thomas — Case worker
Christy Blakely — Case worker and psychiatric
Nurse Sharon Skintzy and Court Liason for East Central
Mental Health Center — Andrew Wright were paid off
by all the Defendants in my lawsuit against the
Montgomery Alabama Dept. Corrupt US Senetor
Richard Shelby (Alabama) — the best friend of former
Pres George Bush was in South Alabama, Brundidge
Alabama 3 weeks ago and I know he needs phone calls

page 3 of
Karen J Mordell

to the corrupt employees of my Group Home —
who are employees of East Central Mental Health
Center - 200 cherry street, Troy, Alabama, telling
them to illegally commit me to a psychiatric
hospital. They staged this incidents — my room-
mate Brenda Sartain refused to return to me the
$14 she stole from me and also. The weekend before
President's Day (Feb 18, 2008) Feb 16+17, 2008, an
employee — Alma Johnson told me that Carole
Helbough — Group Home Director made a threat to
me — that if I kept complaining that Brenda Sar-
tain had stolen $14 from me and I kept complaining
that Carole Helbough still hadn't replaced the
the remaining $13 of the $41 I was seeing in her
strong box (her office and strong box had gotten
broken into early in Jan 2008) Carole Helbough would
send me back to my old Group Home — Magnolia
Wood — 1655 Elba Highway Troy Alabama, where
they have dangerous tenants living there, and
tenants with severe behavioral problems who
make alot of noise, and always around the Group
Home, you can only go outside with a Group
Home employee escorting. 1 Tenant hit me while
I lived there, and 2 tenants threatened bodily
harm against me.
        At my final commitment hearing on
Feb 27, 2008 before Probate court Judge Richard
Fairchild, corrupt psychiatrist Dr Fernandez

page 4 of
Karen J Worrell
under oath

Lopez testified by telephone (which is unacceptable
that psychiatrist Nurse-Sharon Stintsen had
said that I was a "trouble maker" and doesn't
want me back at the Group Home, and that I
threatened to sue people—according to Dr Lopez

I dont threaten to sue people, I just sue people
if our differences arent worked out informally.

I am within my legal right to contact the
US Dept of Justice, the US Attorney and sue
Sharon Stintsen and others in the US District
Court because on early morning Feb 18, 2008
after I told Sharon Stintsen that my roommate
Brenda Sartain had stolen $14 from me, and
corrupt psychiatrist Nurse Sharon Stintsen said
my mental illness was getting worse (I don't have a mental
illness, except for anxiety attacks which are in remission)
and I was paranoid (I'm not paranoid, I have a keen
analytical legal scholarly mind and I'm very perceptive)
and she threatened to have me involuntarily hospitalized
and give me strong psychiatric medicine)

Corrupt Dr Lopez (psychiatrist with
Dale Medical Center who also works for East Central
Mental Health Center)—(I've only seen him twice
while I was at the Group Home in May 2007 for 5
minutes and we made casual conversation, and
in Aug 2007 at my Group Home where we saw each other
for 5 minutes and made casual conversation)

Dr Lopez (on Feb 27, 2008) gave telephone testimony

page 5 of

Karen J Mordell

under oath (which is unacceptable) and perjured himself 8 times. He lied under oath and stated that he saw me 4 times at Dale Medical Center (from Feb 18 - Feb 22, 2008) and then saw me for 2 minutes on Saturday Feb 23, 2008. I never saw Dr Lopez 4 times from Feb 18 - Feb 22 - 2008 at Dale Medical Center, I only saw him once on Saturday Feb 23, 2008 for 2 minutes and I said we needed to have a long talk, but he never came back to see me. Dr Lopez, oddly literally perjured himself by stating I was delusional and paranoid and needed to be watched. I'm not delusional - paranoid. I never so much as hit a person before. I'm a non violent person. Most people who are delusional and/or paranoid are harmless anyway. Corrupt Dr Lopez said he wanted me committed to a State psychiatric hospital so the staff could give me huge doses of psychotropic medicine. Corrupt Dr Lopez wants to destroy my brain function and destroy my intellectual functions. Any reasonable person would conclude that corrupt Dr Lopez was paid off by the Defendants in my lawsuit ~~lawsuit~~. ( US & the Muntg Alabama Police Dept et al) to lie and say I had a mental illness in order to destroy my credibility and destroy my brain and make me into a vegetable.

US. Magistrate Judge Terry Moorer, please do not allow corrupt psychiatrists like Dr Lopez destroy my

On Feb 18, 2008 Christy Blakeney gave perjured testimony by phone. Corrupt psychiatrist Karen J Mordill gave perjured testimony in person. I can pass a lie detector test & my other psychiatrist & corrupt Andrew Wright gave perjured testimony by phone. I can pass a lie detector test & all my other and intellectual functions by forcing me to take drux psychiatrist medicine and forcing me to stay in a psychiatrist hospital where I don't have my freedom.

Corrupt Dr Tossema's letter telling lies about me was not admitted into evidence.

I have filed a Notice of Appeal of Probate Court Judge's Robert Carmelotti's Final Decision to commit me to the Alabama Dept of Mental Health and filed for a Writ of Habeus Corpus in the Pike County Circuit Court. Do I need to exhaust my State Court remedies below I file an appeal and Writ of Habeus Corpus in the federal Court? My constitutional, federal civil and Human Rights are being violated.

I'd like to get a second opinion of a psychiatrist in private practice. Greil Hospital (where I'm being transferred to) has violent patients who hit the non-violent patients like me. I was hit in the head by a violent patient named Bernard Daphne at Greil psychiatric hospital in Sept 2006.

Continuation of my Objections to your 27 pg Report and Recommendation dismissing some of the Defendants and refusing to order the US District Court clerk to serve summons on these Defendants

⟶ pg (6 of 2)

The additional psychiatrict medicies I'm forced to
take are Trileptal and a page of Prolixin. These
medicines make it [Karen] Mordell difficult for
me to concentrate.

pg 16 of 27

H, United States Secret Service

In my 8 page condensed complaint — lawsuit
— where I filled out forms for the US District Court
I didn't have room to list the fact that the secret
service falsely arrested me twice + (Oct 5, 93)
and (Oct 6, 98) and made a threat of these arrests
again ( through my social worker — Chris _____
if I sued them. On June 17, 2003 I got falsely
arrested for a federal probation violation that I
didn't commit. I never had the opportunity to
take lie detector tests (Judges and court
court appointed attorneys would not let me)
and I'm not being given the opportunity to stand
trial. Corrupt psychiatrists are paid off by
the individuals in my on going very meritorious espionage and
political corruption and Obstruction of Justice
complaints to lie and say I have a mental
illness and lie and say I'm Incompetent to
stand trial. I happen to be very com-
petent to stand trial. I'm telling the truth too.
I passed my lie detector tests about my on going
very meritorious espionage and political corrup-
tion and Obstruction of Justice complaint and
my criminal complaint that I was raped
assaulted and battered at gunpoint by
Chief Steve Johnson on Dec 11, 96 while I
was living in Brew, Ak.

page 8 of
Karen J Worrell

Corrupt Pres Bush told the Secret Service to put me under illegal surveillence since I first brought forth my very meritorious espionage and political corruption complaint to corrupt Bush. Mass FBI Agent — Dave Espy who covered up my complaints. Not only does my ex boyfriend Terence (who is a friend of Corrupt Pres George Bush) McCluthen has a friend in the Secret Service but he has a friend in the US State Dept — James Jim Laughan.

Mass Lic No CLE—782
Terence McCluthen is involved in on-going espionage with his high level CIA supervisor — John Bozdenuch and Calvin Repucci.
Mass Lic No [illegible] — STA—599

While I was living in the Little Rock Arkansas I was under illegal surveillence by the US Secret Service. They were me under illegal surveillence while I visited US Senator David Pryors office (Little Rock Ark) + President Clintons Presidential Field Office in Little Rock Arkansas and (then) Arkansas Governor Jim Guy Tuckers office and brought forth my complaints against
on-going obstructing justice
Corrupt Pres Bush and the rest of individuals I was involved in my on-going very meritorious espionage and political corruption complaint. Terence Mc— Cluthen, his high level CIA supervisor John Bozdenuch and Calvin Repucci (espionage) and corrupt Mass Gov William Weld (who engaged in political corruption when he served as the US

page 9 of
Karen J Mordell

Attorney in Boston Mass. and corrupt Boston Mass FBI Agent Dave Espy who covered up my complaints, I have 9 excellent and factual reasons why I arrived at the conclusion that Dave Espy was corrupt. Between the TODAY SHOW on TV BC featured a lengthy story that there was rampant corruption amongst the FBI Boston Mass office. I can't afford to pay an attorney and have not been able to do any legal research but I do know that there are other cases that would support my lawsuit against the Secret Service. I know that you can sue the Secret Service for false arrest and acts of reprisal and harassment. The FBI and the Secret Service are not immune from lawsuit. I'm amending my lawsuit to include the US Treasury Dept who has jurisdiction over the US Secret Service.

The US Secret Service stole my lengthy letter to Vice Pres Albert Gore and President Clinton at 4:30 AM on Jan 20, 93 at the Motel I was registered in — Masters Inn in North Little Rock Arkansas. They knew I was going to bring forth my Obstruction of Justice complaint against Former Pres George Bush and and my espionage and political corruption to Pres William Clinton and Vice Pres Albert Gore. Everyone who dis believ in my complaints had me illegally evicted from the Masters Inn on Jan 20, 93.

page 10 of
(Carolla D. Mordell

The US Secret Service, Former Pres George Bush,
Terence McGurphen, his high level CIA super-
visor - John Baze church and Calvin Replice;
and (then) Mass Gov William Weld and
Corrupt Boston Mass FBI Agent Dave Espy
had me illegally evicted from 5 motels in the
summer of 93 (I was a clean quiet guest
who paid my rent on time) his acts of gangery
reprisal for complaining about them to US Senator
Daniel Pryors (Ark) office, President Clinton's
Presidential field office, and (then) Ark Gov
Jim Guy Tucker's office. All they have to do is
make a phone call and get me illegally
and pass so he cash
evicted. They don't have to be present at
my illegal evictions. They also interfered
with my counseling service (I was self
employed as a counselor) (I'm a former medical
student and I've had introductory psychiatric training, I
know who has a mental illness and who doesn't, I know I
don't have a mental illness. During my self employment as
a counselor, I've helped so many people over the years)

        To get their revenge on me for bringing forth meritorious
complaints about them (the above named Defendants)
(then)
the US Senator Daniel Pryors office, President Clinton's Branch
Presidential field office, and (then) Arkansas Gov Jim
Guy Tucker's office, not only did they have me unmercifully
                      I was a clean quiet guest
evicted from 5 inexpensive motels (my room rate was up-
to-date), they interfered with my counseling service,

page 11 of 44
Karen J Marcell

They told the police to harass me, and illegal stop
me for hitch hiking. Part of the time I lived in the
suburb of Little Rock, there was no bus service, only
limited bus service in Little Rock, and cabs were expensive
so I had to hitch hike for transportation. The U.S. supreme
court says its okay for hitch hiking.

All the above named Defendants, including the
corrupt U.S. secret service (They cover up for corrupt former
Pres Bush and Terence McCuthen — who also has a
friend in the secret service as well as being a friend of
former Pres Bush) corrupt former Pres Bush, Terence McCuthen,
his high level CIA supervisor, and Calvin Poppraei
(all 3 are involved in an on-going espionage) — corrupt
(then) Mass. Gov. William Weld (who engaged in poli-
tical corruption when he served as the U.S. Attorney in
Boston Mass and its an on-going matter because
former U.S. Attorney William Weld had enough evidence
to prosecute "James "Whitey" Bulger" — notorious Boston Mass
gangster but William Weld allowed his brother — Willie
Bulger (at that time was President of the Mass. State
senate) to talk him out of prosecuting his brother — James
"Whitey" Bulger. 3 corrupt Boston Mass FBI Agents also
ripped off James "Whitey" Bulger to leave Massachusetts,
because James "Whitey" Bulger had committed many
murders and was being investigated). James
"Whitey" Bulger is currently on the FBI's 10 Most
Wanted List. I saw a story about James "Whitey"
Bulger — who was currently robbing banks in California

Karen J. Worsell

Corrupt FBI Director Robert Mueller used to be the US Attorney in Boston Mass (for a brief while) and a corrupt Boston Mass FBI Agent — Dave Espy paid off a lawyer in Little Rock Ark named Mr Levy (whom I contacted about the Constitutionality of the hitch hiking laws in Arkansas) I didn't realize it at immediately — but lawyer Mr Levy was the sole forming (and his law partner Mike Rauh) my Tenants Association at our rental apartment house in Washington DC, when we realized that Mr. Levy and his partner Mike Rauh were selling us out to greedy Developers (who wanted to convert our apartment house into a Condominium. (and charge extremely high prices to buy your apartment and charge extremely high rents for the few apartments they would allow to remain rental, only the senior citizens in our apartment building got a break) — We fired Mike Rauh and Mr Levy. I, as the Tenants Association Vice President called the Wash DC Bar on unscrupulous lawyers Mr Levy and Mr Mike Rauh. When I saw the arrest report on Oct 6, 93 I saw that Mr Levy had told a big lie on me — and he falsely accused me of telling him I'd kill (then) President William Clinton. This is a lie. I love President, then (First Lady) Hillary Rodham Clinton (now a

page 13 of 44
Karen J Mordell

US Senator from New York State, and a
Democratic Presidential Hopeful. Jand their
Daughter—Chelsea Clinton, I want US Sen.
Hillary Rodham Clinton to become our next
President. I think that President Clinton
was an excellent President. I never threatened
to kill President Clinton and I offered to take
a lie detector test to prove my innocence.
I wanted to have a trial to prove my inno-
cence by having a trial, but I had a corrupt
Court appointed attorney — Mark Jesse, who
gave me Gross Ineffective Assistance of Counsel,
he didn't oppose the Secret Service Request for the
30 day inpatient psychiatric evaluation. Corrupt US
Magistrate Judge John Forster Jr would not appoint
me a new lawyer, even though my corrupt lawyer would not
oppose the psychiatric evaluation, even though I was
not a danger to my self or others, was innocent, offered to
take a lie detector test, would not let me discuss my
espionage and political corruption and Obstruction
of Justice complaint before US Mag Judge John
Forster Jr, This corrupt lawyer Mr Levy
never showed up in Court (US District Court
in Little Rock Arkansas), so the findings of
my Probable Cause and Detention Hearing
were null and void anyway. Corrupt US Mag.
Judge John Forster Jr ORDERED a 30 day
psychiatric evaluation which was an
or me

page 14 of 44

Case of Morley

egregious violation of my Constitutional & Civil
and Human Rights. Corrupt Court Appointed
attorney — Mark Jesse did not oppose the psychia
truc evaluation during the hearing, said he
wanted it, and he did not submit an appeal
for me. At the end of the Probable
cause and Detention hearing. It was
very necessary for me to give corrupt his
Magistrate Judge John Forster "the finger"
and called him a "Corrupt asshole."

   Corrupt his Magistrate Judge John Forster on
later on ORDERED me to have a 45 Day Additional
psychiatrut evaluation because I would not
cooperate with the medical staff for my illegal
30 day psychiatrut evaluation. I would cuss
out the medical staff at the federal womens
prison mental Health unit at Lexington
Kentucky. They would illegally not allow me
to write or call any federal magistrates or
federal Judges in the US District Court in
  Lexington Kentucky. to get me a Restraining
Order for the illegal psychiatruct evaluation and
appoint me a new lawyer.            long
        Later on after a while, a forensic
psychologist talked to his Magistrate Judge
John Forster on and he appointed me a
new lawyer who came to the jail in Lexington
Kentucky and was really tip to help me.
(Frank, R, Art)

page 15 of ~~49~~ 44
Karen J Model

This newly-appointed lawyer said if he had
represented me in the beginning, he would have
opposed the psychiatrist. Evidently his Jdg
Judge John Forster Jr felt guilty about
the way he egregiously violated my rights
So he appointed me a good lawyer. This
lawyer told me that the quickest way he
could be released from the Mental Health
Unit of the Prison in Lexington Kentucky was
~~agree~~ to be on an Informal Probationary
period for a year and ½, live in a halfway
house and take psychiatric medicine for a
year and ½ and see a psychiatrist on a
regular basis. After the 1½ years of Informal Probation
were up I was free to get on with my life. After my
Informal Probation period was over I talked to a lawyer in
~~the~~ Little Rock who was going to sue the Secret Service on my behalf.
I told him I wanted to move to a new state and contact him
later about a lawsuit. I moved from Little Rock Ark, to
Birmingham Alabama on Aug 18, 96.
        The circumstances of my false arrest on enroute
Oct 5, 93 are as follows. I was walking ~~enroute~~ from
Little Rock Arkansas to North Little Rock, Arkansas
when my apartment was, en route to the Grocery Store,
when I saw 2 big men in suits who looked mean.
They were looking for someone named "Carol" who
had used the term "American Traitor". The men used
the term "American Traitor" ~~before~~. Terence McCarthey,

page 16 of 44
Karen J Harrell

who has a friend in the Secret Service Karen Jould had visited me
at my apartment in Massachusetts that I rented under
the name "Carol Flemming" because I had a bad credit
reference, after I lost a job and need to rent an apart-
ment under my real name Karen Jayne Harrell.

I did not use the name Carol or Carol Flemming
when I lived in Arkansas. They then identified
themselves as Secret Service Agents, I remember the names
of 2 of them. Secret Service Agent Byron, and Secret
Service Agent - Terry Rogers. Agent Byron stayed with
me while the 3 other Secret Service Agents went to my
apartment close by to verify that I lived there. Agent
Byron asked if he could search my handbag to verify
if I had a gun. I consented and I had no gun. Agent Byron
asked me if I had ever used the term "American Traitor"
again and I said no. I told him he was improperly
questioning me and asked him for the name of his
supervisor at the US Secret Service office in Little Rock Ark.
Secret Service Agent Byron refused to give me his name.
He Agent Byron illegally placed me under arrest for
threatening President Clinton. I told him I never threatened
ever Pres. Clinton, and offered to take a lie detector test.

I was transported to the Little Rock Ark Jail and told I
had to put on a jail uniform. Another secret service
Agent searched my pockets and found a draft of a Letter
I was writing to Deputy US Attorney General Webb Hubbell
about my complaints and prominently, of course was the
first page was in my handwriting, "Former Pres Bush

because this massive and destructive Justice have occurred and is on-going.

Karen J Mardell  The Nat security of officers of the Secret Service

The US Secret Service covers up for corrupt Former Pres Bush and Terence McCutHen (a friend of mine and he also is a friend of the Secret Service engages in on-going Obstruction of Justice. Blib be He kings in jail." By allowing the Defendants to destroy my credibility, the United States of America in injured too.

I missed the jail supper, I got a jail breakfast, I didn't get a lunch and had hypoglycemia by the time I had my Probable Cause and Detention Hearing on Oct 6, 93

corrupt

Corrupt FBI Director Robert Mueller, FBI Agents Tom McMill, Barry Dupree, and corrupt FBI Assist Spc Agent in charge - Allen Sizemore.

All the Defendants are not immune from being sued by me (including the Secret Service, FBI and corrupt US Senator Richard Shelby). They have engaged in on-going Obstruction of Justice against me and are trying to destroy my credibility by having me falsely arrested and falsely imprisoned for crimes I have not committed and falsely, unjustly having me committed interfering with my careering service, getting me illegally evicted 12x to psychiatric hospitals or Mental Health Units of prisons and paying off corrupt psychiatrists (or using political pressure and threats) to lie and say I have a mental illness. I tell corrupt psychiatrists that my very meritorious, on-going espionage and political corruption, and Obstruction of Justice complaint was covered up by 6 corrupt FBI employees (4 of whom, covered up my complaints (including 1 act of reprisal I was subjected to)) even though I passed my lie detector tests, and corrupt US Attorney Doug Jones did too.

Accordingly, you should direct the US District Court Clerk to serve summons on all of the Defendants I've listed, and additionally, the US Treasury Dept. (as a formality because they have

On several occasions I spoke to Karen Worrell because
we needed to have a long talk but he never came back
to talk to me.           page 10 of 44
                              (Karen Worrell
jurisdiction over the Secret Service) and City of
Montgomery Alabama (because they have jurisdiction
over the Montgomery Alabama Police Dept)

        The latest story I've heard from the staff
at Dale Medical Center is that corrupt Dr. Lopez
(psychiatrist I've seen for 5 minutes — twice in
May 2007 and Aug 2007 and made only casual conver-
sation with and for ~~casual conversation~~ 2 minutes on Saturday Feb 23 2008,
and corrupt Dr. Tessena are calling me Delusional,
and Paranoid — which is a lie.    corrupt Dr Lopez
and corrupt ~~Dr Tessena~~ were paid off (and/or
threatened) by all the Defendants any lawsuit
against the Montgomery Alabama Police Dept etal.
to call me Delusional and paranoid.    I'm not
~~XXX~~ Delusional or Paranoid.    I have a keen, analytical
legal scholarly mind, and I'm very perceptive.
~~XXX~~ If cases have not been established to support
my case I want you, US Magistrate Judge Terry
Moorer to establish ~~Precedent~~ case law to support
my case.

        Polygraph examiners — administrators (mine was
a former FBI employee) have control questions that they
ask, and they can determine who's telling the truth,
who's delusional, who's ~~paranoid~~, who is a pathological
lier and a trained lier. ~~XXX~~ This polygraph examiner
— Clyde Wolfe determined that I was telling the
thruth about my complaints.

page 19 of 44
Karen J Wardell

The Secret Service (corrupt Birm Ala Secret
Service Agent Keith McClaren) had me Falsely
arrested again in Oct 6, 98 (while I was still living
in Birm Ala) The other Defendants in my lawsuit
(with the exception of The Monts Ala Police Dept,
Police officer H.G. Wells and the Monts Municipal City Ala
jail Guards ( I didn't move to Monts Ala until Dec,
2004) engaged in an act of reprisal and had me falsely
arrested in order to destroy my credibility, on Oct 6,
98.

In the summer of 98 I took lie detector tests
about my very meritorious espionage and political
corruption and Obstruction of Justice complaint and 14
the acts of reprisal I had been subjected to the 1 indivi
iduals I've named in my complaints, my criminal
complaint that I had been raped and battered and
assaulted at gunpoint by a lias Steve Johnson on Nov 11, 96
corrupt Police Lt Larry Daughtery had been paid off by
the individuals I've named in my complaints not to put
a lias steve Johnson in jail. I passed these tests, which
gave additional proof that I was telling the truth about my
complaints.

On August 10, 98 I brought forth a lawsuit
against the secret service for false arrest (Oct 5, 93
in Little Rock Arkansas - falsely arrested for threatening
Pres william Clinton. I never threatened to kill Pres Clinton
and I can pass a lie detector test.) I used as the 2 year time
limit - Aug 10, 96 - the day I left Little Rock for
Birmingham

page 20 of 44
Karen J Mardell

I could not remember the name of the lawyer I talked (in summer 96) to in Little Rock Ark who said he would sue the Secret Service on my behalf.

In Aug 98 I spoke with corrupt Birm Ala FBI Agents — Tom McGill and Barry Dupree — who covered up my complaints, even though I passed my lie detector tests.

In Sept 98 I spoke with corrupt Birm Ala FBI employee — Assistant Special Agent-in-Charge Allen Sizemore — who covered my complaints. I was honest with FBI employ-(Birm Ala) ees Agents Tom McGill and Barry Dupree and Allen Sizemore but they werent honest with me.

On Sept 11, 98 I called US Senator Richard Shelbys (corrupt) Tuscaloosa Alabama Branch Office and his Washington DC Senate Headquarter office. I was told that corrupt US Senator Shelbys Wash DC may have tickets available for the Alabama Republican Candidate Fundraiser Dinner on Sept 17, 9_ (corrupt) that former Pres Bush and corrupt US Senator Shelby would attend. (I wanted to be at that speech against former Pres (corrupt) Bush and corrupt US Senator Richard Shelby — in early Oct 96 — his top male legislative assistant in his Birm Ala Branch Office told my neighborhood Post Office Manager to tamper with — interfer with my mail). In Sept 11, 98 I was connected with US Senator Richard Shelbys (corrupt) top male legislative assistance — Mark Osterly — I spoke with him about my complaints and the fact that I passed my lie detector tests, and the availability of tickets. Mark Osterly said that former Pres Bush ~~told~~ and US Senator Shelby were the best of friends and he cross-examiner me abou_

page 21 of 124

Karn J Wordell

about my complaints like a very skilled defense attorney.

On Sept 14, 98, US Secret Service Agent Ray Wilson and his partner came to my home in Birm Ala and Agent Ray Wilson questioned me in an exciting intimidating threatening manner ~~and he~~ and he asked me if I had told any of US senator Shelby's employees that I would kill former Pres George Bush. I emphatically told him I did not and offered to take a lie detector test. I told him about my complaints and corrupt former Pres Bush who was engaging in Obstruction of Justice for so long — in an on-going manner. I told ~~Secret~~ Secret Service Agent Ray Wilson that I had passed my lie detector tests about these complaints and he became angered. Any honest law enforcement agent would have been happy to hear that I had passed my lie detector tests. ~~Secret Service I told Secret~~ Service Agent ~~Ray~~ Wilson that the secret service was covering up for former Pres George Bush. Secret Service Agent Ray Wilson did not arrest me, but he threatened to arrest me for trespassing if I attended the Alabama Republican candidate fundraiser Dinner on Sept 17, 98 and I told him I saw him.

After Secret Service Agent Ray Wilson ~~left~~ my home I ~~Ill~~ immediately called back US Senator Shelby's Wash DC office and Ms. Anne Caldwell + a secretary confirmed that all incoming calls into US Senator corrupt Richard Shelby's office were tap recorded. I told her that obtaining a copy of that tape of my Sept 11, 98 conversa-tion

22 of 44

Karen J Wordell

with Mark Osterly would verify that I never told him I would kill former Pres Bush. I called corrupt US Senator Shelby's Tuscaloosa Alabama office and verified with Connie (the employee I spoke with on Sept 14, 98) that I never told her I'd kill former Pres Bush. I told her about Secret Service Agent Roy Wilson coming to my home questioning me and that he had threatened to arrest me for trespassing if I attended the Alabama Republican Candidate Fundraiser Dinner on Sept 17, 98 that corrupt former Pres Bush and corrupt US Senator Richard Shelby would attend. ) Connie discouraged me from going to that dinner.

On Tuesday Sept 15, 98 I called the US Treasury Dept and the US Attorney's office in Birm Ala and reported Secret Service Agent Roy Wilson.

On Tuesday afternoon Secret service Agent Roy Wilson called me and told me he was aware I had made complaints to the Treasury Dept and the US Attorney's office. I told him that Anne Caudell called – Secretary – corrupt US senator Shelby's Wash DC office had told me about incoming calls being recorded and that to would verify that I didn't tell Mark Osterly that I would kill former Pres Bush and that Connie (one of corrupt US senator Shelby's Tuscaloosa Alabama employee) had verified that I never told her I'd kill former Pres George Bush. I told US Secret service Agent Roy Wilson not to call me any more.

Tuesday Sept 15, 98 Birm Ala

In the afternoon I called corrupt FBI employee Assistant-Special-Agent-in-Charge - Alton Sizemore and about Secret service Agent Ray Wilson. I was suspicious of him because he would not meet with me personally so I could personally deliver my complaint letter to him and have a personal interview with him. On Wednesday Sept 16 98 corrupt Alton Sizemore said he'd refer my complaint about Secret Service Agent Ray Wilson to the Secret Service. This was unacceptable to me. In late Sept 98 I sued the Birm Ala Secret service because of Secret Service Agent Ray Wilson in the US District Court in Birm Ala Secret.

In late Sept 98 I contacted corrupt U.S. Attorney Doug Jones who covered up my complaints even though I passed my lie detector tests. He refused to investigate Secret service Agent Ray Wilson too. I told corrupt US Attorney Doug Jones I'd contact President Clinton and (then) his Attorney General Janet Reno, and (then) FBI Director Louis Freeh about him.

It was obvious that Mark Ostelly had received cash and was told to tell that lie about me (I never told him I'd kill Former Pres Bush) and I know that corrupt Former Pres George Bush, corrupt US Senator Richard Shelby, his friend Terence Mc-Cutchen (my ex-boyfriend - who also had a friend in the Secret service and a friend named James Landau in the US State Dept) and the rest of the individuals I've named in my espionage / political

per 24 of 49
Karen J Mordell

corruption and Obstruction of Justice complaint,
including corrupt US Senator Richard Shelby. I
They ~~told~~ were hoping to destroy my credibility and
get me falsely arrested again. I had passed my lie
detector tests about my complaints which gave additional proof I was telling
the truth about them.

On Oct 5, 98 I was given the name of
Birm Ala lawyer Thomas Willingham by the Birm Ala
lawyer referral service. I called lawyer Thomas
Willingham's office and spoke with one of his female
employees who referred the information to lawyer
Thomas Willingham about my lawsuit against the
Secret Service. Thomas Willingham lawyer told me he couldn't
take my case. He was very rude to me and told me that he
was a member of the Alabama Republican Party.

On Oct 6, 98 I called the Office of the
Inspector General (US Treasury Dept) because I
had written a complaint letter to them about Secret
Service Agent Roy Watson. They told me it was Mark
Osterly who had told that lie about me - falsely
stating that I had told him I'd kill former Pres
Bush.        Later on, on
Later ~~on~~ Oct 6, 98 the US Secret Service
also and the US Marshalls banged on my door
and gave me five seconds to open it. When I opened
the door I was told I was under arrest for ~~threat~~
threatening a former President. I emphatically
~~denied~~ this and was going to tell corrupt US Secret
Service Agent Keith McClaren (the arresting agent)
that I would sue

page 25 of 44
Karen J Wordell

him for false arrest but I wasafraid hed push
me down the stairs.

The next day at my arraignment Oct 7, 98
at the US District court in Dru dla I had the
the opportunity to read the complaint form — arrest
report against me and learned that lawyer
— Thomas Willingham and his paralegal Leigh Taylor
had take a big lie on me and fakely stated that I told
them Id kill former Pres George Bush. I never made
this statement to Thomas Willingham or Leigh Taylor
(his paralegal) or any of his employees. I told US
Magistrate Judge Michael Putnem that Id take
a lie detector test and wanted personal recognizance.
I told him I did not tell lawyer Thomas Willingham
or Leigh Taylor that I would kill former Pres Bush.
My court-appointed lawyer — Rick Burgis was
corrupt and paid off by the individuals I've
mentioned in my espionage and political corruption
and Obstruction of Justice complaint to deliberately
give me a bad defense. Corrupt lawyer Rick
Burgis made 22 errors of law at my arraignment
and Probable Cause and Detention Hearing on Oct
16, 98. Rick Burgis on Oct 7, 98 did not ask for
personal recognizance for me and he did not
request for me to take the lie detector test.
Rick Burgis asked that I be interned in a
medical facility.

page 26 of 44

Karen J Mordell

US Magistrate Judge Michael Putnam turned
out to be corrupt and he would not assign me
a new lawyer. U.S. Magistrate Judge Michael
Putnam egregiously violated my Constitutional
Civil and Human Rights. U.S. Magistrate Judge
Michael Putnam admitted (while he was questioned
by me that ~~~~ had been payed off by former
President Bush to violate my rights. When I
asked corrupt U.S. Magistrate Michael Putnam
to RECUSE himself from my case — he
refused.

I have no guilty conviction from this
charge — or from the false arrest on Oct 5 1993,
but I ended up spending 4 years at
the Mental Health Unit of Carswell Federal
Medical Center — Prison for Women at Ft Worth
Texas.    Corrupt psychiatrist — Dr Pedersen
and corrupt Dr Shadduck admitted just before
I was released that they both received monthly
checks from former Pres Bush to keep me in the
Mental Health Unit for 4 years.

The U.S. Attorney in Ft. Worth Texas   in Aug 99
had sent the Prison a letter telling them to release
me because I did not fit the profile of a
dangerous person, but corrupt psychiatrist —
Dr Pedersen went to a Judge and got the
U.S. Attorney's Office overruled.

I lost 5 years of my life from my false arrests
by the Secret Service.

page 27 of 44
Karen S. Mardell

The Secret Service is not immune from law-
suit because they're engaged in a pattern of
retaliatory conduct against me which amounts to
Obstruction of Justice — by trying to destroy my
credibility. Any reasonable person would believe
that the U.S. Secret Service (as well as the other
Defendents listed) had contacted and paid off
Monty Alabama Police Officer H.G. Wells to illegally
evict me on Nov 17, 2005 and on Nov 21, 2005 [note: where my rent was paid up]
from the Salvation Army Homeless Shelter
and falsely arrested me for trespassing on Nov 21,
2005, when I rightfully refused to leave
my room at the shelter. The US Secret
Service (as well as the other Defendents,
contacted and paid off the Jail Guards at the
Montgomery Municipal City Jail — 320 N.
Ripley Street, Montgomery Alabama — to hold
me Incommunicado. (no phone calls, no letters)
Also, The water was turned off in my cell, I was
placed in a "Tank cell" 4 times.

Accordingly, you should direct the U.S.
District Court clerk to serve summons on the
US secret service, [Wash DC] Little Rock Secret Service Agents
Byron and Telly Rogers, and Birm Ala Secret
— Service Agents — Keith McClaren and Rex
Wilson.

⟶ over

page 28 of 44

Q. I think US Senator Richard Shelby, I
You have misinterpreted the law by refusing to
Direct the U.S. District Court Clerk to serve a
Summons on US Senator Richard Shelby, I am suing
U.S. Senator Richard Shelby in his official capacity.
Allegations (which are true) have been addressed
in previous letters and Objections to you. Specific
allegations against US Senator Shelby were addressed
in my Objections to your ~~clearer~~ refusing to
Direct the U.S. District Court Clerk to serve a summons
on the U.S. Secret service, but I will repeat them
in this section. I did not have room in my 7 page
condensed Complaint – Lawsuit to list my allegations
corrupt
against US Senator Richard Shelby.

Corrupt US Senator Richard Shelby is just as
corrupt as his best friend former Pres Bush, and he
never should have been made Chairman of the
U.S. Senate Intelligence Committee.

I first learned that US Senator Richard
Shelby was corrupt in early Oct 96, In late Sept
96, I visited Senator Shelby's office in Birm Ala on
2 occasions and I discussed my espionage, political
corruption complaint and Obstruction of Justice
complaint against former Pres Bush with US Senator
Richard Shelby's staff. In early Oct 96 I observed
US. Senator Richard Shelby's top male legislative
assistant from his Birm Ala Branch office going into
my local neighborhood Post Office, which is 10

page 29 of 44
Karen J Nordell

miles away from US Senator Richard Shelby's
Branch Office in down town Bir'm AL, ( where
there are 2 Post Offices) I ducked into Piggly Wiggly
across the street and waited until he left. Then I
went into my Post Office and talked with my Post
Office Manager. My Post Office Manager said that
US Senator Senate Richard Shelby's top male assistant
had told him to tamper with my mail and
interfer with my mail. This is when I first
learned that US Senator Shelby was corrupt.

In the summer of 98 — after I passed
my lie detector tests I called the Tuscaloosa
Alabama FBI office to speak about another matter
— FBI Agent George Carpenter asked me if I was being
harassed by a US Senator. US Corrupt US.
Senator Richard Shelby was the is the only US.
Senator to have a motive to harass me.

On Sept 11, 98 I telephoned US Senator's Richard corrupt
Shelby's Tuscaloosa Alabama office and his Washington DC
office. "Connie" — an employee of US Senator Richard corrupt
Shelby's office told me to call US Senator Richard Shelby's
Washington DC office. When I called US Senator Richard
Shelby's Washington DC office and I was connected
with Mark Ostelly - one of US Senator Shelby's top
male legislative assistants. I gave the facts of my
complaints to Mark Ostelly, including my ongoing very meritorious
Obstruction of Justice complaint against former
Pres Bush and the fact that I had taken lie detector
tests and passed them in the summer of 98. I asked

page 30 of 44
Karen J Wordall

Mark Osterly about the availability of tickets
for the Alabama Republican candidate fundraiser Dinner,
scheduled for Sept 17, 98 ( that corrupt former
Pres Bush and corrupt US Senator Richard Shelby
(could attend. I wanted to make a short speech against the
both of them.) Mark Osterly told me that Former
Pres Bush and Senator Shelby were the best of friends
Mark Osterly cross-examined me about my company
just like he was an expert defense attorney.

On Sept 14, 98 US Secret Service Agent Rex
Wilson and his partner came to my home, and Secret
Service Agent Rex Wilson questioned me in an
accusing, intimidating and threatening manner
— he stated that I had told some of Senator
Shelby's employees that I'd kill former Pres Bush,
I emphatically denied that I made this statement,
I told him I did not tell any of Senator Shelby's
employees that I'd kill former Pres Bush and I
offered to take a lie detector test. I told Agent Rex
Wilson about my on-going-very meritorious Obstruc-
tion of Justice complaint against former Pres Bush
and that I had passed my lie detector tests about my
very meritorious, on-going espionage and political
corruption and Obstruction of Justice complaint and
my criminal complaint that I had been raped,
assaulted and battered at gunpoint by Gliss
Steve Johnson (Alabama Lic No. CLE—782)

When I told Secret Service Agent Rex Wilson
that I had passed my lie detector tests he became

page 31 of 44
Karen J. Mardell

angered. Any honest law enforcement agent
would have been happy to hear that I passed my
lie detector tests. I told Secret Service Agent
Rey Wilson that the Secret service was covering up
for former Pres Bush (who is engaging in on-going
obstruction of Justice). Secret service Agent Rex
Wilson told me that if I attended the Alabama
Republican Candidate Fundraiser, I'd be arrested
(or trespassing. When I ~~ar~~ escorted Rey Wilson
out of my home and to his car I told him I'd
sue him.

Immediately thereafter, I telephoned
US senator Shelby's office, and spoke with Ms.
Anne ~~Cullte~~ Caudwell-oneal Senator Shelby's
~~secret~~ secretaries - who told me that all call's
incoming to Senator Shelby's office were tape recorded.
I told her that obtaining a copy of this tape of
my conversation with Mark Osterly, would prove that
I never told Mark Osterly that I'd kill former
Pres Bush. I called Senator Shelby's Tuscaloosa,
Alabama Branch Office and verified with "Connie"
that I never told her I'd kill former Pres Bush.
"Connie" discouraged me from attending the
Alabama Republican Candidate Fundraiser Dinner
on Sept 17, 98.

On Tuesday, Sept 15, 98 I telephoned the
US Treasury Dept and the U.S. Attorney to
bring forth a complaint against Secret service
Agent Rey Wilson.

page 32 of 44
Karen J Mordell

Later that day, on Tuesday Sept 15, 98 Secret
Service Agent Roy Wilson called me and told me
he was aware that I had called the US Treasury
Department on him and the US Attorneys Office
on him. I told what Ms. Anne Caldwell had
told me, that all incoming calls to Senator
Shelby's Office in Wash DC were tape-recorded,
and obtaining a tape recording of my phone call
(on Sept 11, 98 — Friday) of my conversation with
Mark Osterly would prove my innocence. I told
Secret Service Agent Roy Wilson that "Connie"
one of Senator Shelby's Tuscaloosa Ala Branch
Office employees had verified with me that I
never told her I'd kill former Pres Bush. I told
Secret Service Agent Roy Wilson not to call me
anymore.
        On Tuesday — Sept 15, 98 I called corrupt
Birm Ala FBI employee — Assistant Special Agent in
Charge Allen Sizemore ( whom I was suspicious of
—because he would not allow me to deliver in person
a complaint letter to him and have a personal inter-
view with him) about the incident with Secret
Service Agent Roy Wilson. The next day corrupt
Allen Sizemore told me that he had referred
my complaint to the Secret Service instead
of having the FBI investigate it. This was
totally unacceptable to me.

page 33 of 44
Karen J Wordell

Corrupt Former Pres Bush, corrupt US Senator
Richard Shelby and Terene McClellen (who has a
friend in the Secret Service) and the rest of the
individuals I've named in my on-going espionage
and political corruption and Obstruction of Justice
complaint who are now named as Defendants in
my lawsuit against the Monty AL Police Dept
et al. paid off Mark Osterly to tell this lie
about me to the US Secret Service.

These Defendants, individuals paid off (or paid
Thomas Willingham and his paralegal Leigh Taylor
to tell that lie on me too, which I was falsely
arrested for on Oct 6, 98. I never told to my ex-
Thomas Willingham or Leigh Taylor (his paralegal)
that I'd kill Former Pres Bush, I spent 4 years
of my life in the Mental Health Unit of a
Federal Prison for women in Ft Worth Texas for a
crime I didn't commit. Corrupt Dr Pedersen
(psychiatrist) and corrupt Dr, Shedduck did
admit that they received monthly checks from
Former President Bush to keep me in the Mental
Health Unit for almost 4 years.

On the way back to Bhm Alabama after
my release from prison on July 16, 2002 my Social
Chris ——— and one the nurses escorted me back to
meet my federal Probation Officer and Boarding
Home Director. The US Secret service Made a
threat through my Social Worker —Chris ———

page 34 of 44
Karen J Mardell

and Chris said I'll be re-arrested if I brought
forth a lawsuit against the secret service for
false arrest. I was falsely arrested on an alleged
Probation violation, my Probation Officer and
Boarding Home owner told me I couldn't use the
Boarding Home phone to call lawyers to commence a
lawsuit against the Secret Service for false arrest,
which violates my Constitutional, Civil and Human Rights.
I used the phone anyway to call lawyers to start a false
arrest lawsuit against the Secret Service. I was taking
(against my will of course, all my psychiatry & medicine)
I got falsely arrested for an alleged Probation Violation
that I did not commit. I would have rather
had a trial to prove my innocence, & that I
did not violate the terms of my Probation.
Later on, my federal Probation Officer (who
felt guilty for the way he treated me, petitioned
the US District Court in Ft Worth Texas and
he got me off Probation.)

          Corrupt US Senator Richard Shelby was
present at the jail while I was being held Incommun-
icado by the Jail Guards. (1-10) Jail Guards 1-10
( Ms Heard, Ms Greene, Ms Myrick, Mrs. Angela News,
Mrs Belard, Ms Vinson, Ms Cairns, Ms Huffman
( tall and young ) Ms Huffman - ( short and
middle aged) admitted that ex Senator Richard
Shelby had been at the jail, as well as 2 female
Prisoners stated that senator Shelby had been at

Page 35 of 44
Karen J Mordell

the jail and they had a long talk with him.

Jail Guards also stated that former Pres Bush, former US Attorney Doug Jones (now a lawyer in private practice) Doska Mass FBI Agent — Dale Espy and Monty Birm Alabama FBI Employee — Assistant Special Agent in charge — Alice Fize new and FBI Director Robert Mueller had been at the jail when I was at the jail ~~took it~~ being held incommunicado.

All Jail Guards (1 – 10) all admit that they were well paid by the Defendants to hold me incommunicado at the jail (no phone calls allowed, no letters could be written and ~~sent out~~ sent out) under lock off in cell. Senator Shelby does not have to be present at my illegal evictions, all he has to do (as ~~well~~ well as the other Defendants) was to make a phone call.

US Senator Richard Shelby (Corrupt) can be sued under his official capacity because he engaged in Obstruction of Justice against me and our country — the United States of America. Corrupt US Senator Richard Shelby paid off his top male legislative assistant from his Birm Ala Branch office to (early Oct 94) ask my neighborhood Post Office Manager to tamper with, interfer with my mail.

Corrupt US Senator Richard Shelby and corrupt Gornor Pres Bush paid off Mark Osterup —

Senator Shelbys top male legislative assistant at his wash DC office (whom I called on sept 16, 97) to lie and say I'd told him I'd

Page 36 of
[Caren J Mordell]

kill Former Pres Bush. I never made these statements
to Mark Osterly or any of Senator Shelby's employees
and I offered to take a lie detector test. Mark Osterly
had freely admitted Sept 11,'98 that Lead Former Pres
Bush and Senator Shelby were the best of
friends). Fly to Former Pres Bush, corrupt
his Senator Shelby, corrupt FBI agent Dave Espy corrupt Boston Mass
Terence McCluthen, his high level CIA supervisor
(John Gozcanovich) and their friend Calvin
Repucci (all 3 are involved in on-going
espionage) and corrupt Former Mass Gov William
Weld (who engaged in political corruption when he
served as the U.S. Attorney in Boston Mass - it's an
on-going matter) were hoping to get me unjustly
and falsely arrested because I passed my lie
detector tests in the summer of '98. The same
including corrupt Boston FBI employees Tom Mahilland and Barry
Defendants paid off lawyer Thomas Willing low-end
Duffee and corrupt Al Forsize more
his paralegal Leigh Taylor to lie and say
that I told them I'd kill former Pres Bush. I never
told them I'd kill Former Pres Bush and offered to
take a lie detector test but my corrupt court -
appointed lawyer - Rick Burgis and corrupt U.S.
Magistrate Judge Michael Putnam would not
let me take a lie detector test. My false arrest for
allegedly threatening to kill Former Pres Bush which
I did not say is Obstruction of Justice against me
and our country - the United States of America by
the Above named Defendants. US Senator Richard corrupt
is such immune from lawsuit in his official capacity

page 37 of 44

Karen Q Mordell

or personally because he engages in obstruction of
justice against me by trying to destroy my
credibility, trying to have my mail tampered with,
interfered (early Oct 96) and engaging in obstruc-
tion of justice against the United States of America,
by destroying my credibility so no one will
believe me about my very meritorious espionage, ←on-going
political corruption and obstruction of justice complaint.

Corrupt Birm Alabama FBI employees —
corrupt FBI Agents Tom Makill and Barry Dupree and
corrupt Assistant Special Agent-in-charge — paid
off Mark Osterly to tell lies about me. They knew
I had passed my lie detector tests about my espionage ←very meritorious on-going
and political corruption and obstruction of justice complaint
and my criminal complaint that I was raped, assaulted
and battered at gunpoint by alias Steve Johnson (Ala.
Lic No CLF-782) — covered up my complaints and
were out to destroy my credibility. Corrupt Allen
Sizemore didn't want to meet personally with me for a
personal interview or even allow me to bring him a
complaint letter personally. Corrupt Allen Sizemore
wouldn't allow the FBI to investigate my complaint
against Secret Service Agent Roy Wilson or allow the
FBI to investigate my false arrest and imprisonment
complaint against the Secret Service (Oct 6, 98 —
July 16, 2002)

I have established a nexus, joint-
symbiotic relationship between corrupt US
Senator Richard Shelby and the Montgomery

Alabama Police Dept and the Montgomery Alabama
Municipal City Jail Guards.

Accordingly I respectfully request that you
direct the U.S. District Court Clerk to serve a
Summons upon corrupt U.S. Senator Richard
Shelby (Alabama). Corrupt US Senator Richard
Shelby should have never been made Chairman
of US Senate Intelligence Committee.

All the Defendants, including corrupt US
Senator Richard Shelby and corrupt former Pres Bush killed
my unborn baby while was at the Montg Alabama City
Municipal Jail from Nov 21, 2005 - Feb 3, 2006 on a
unjust arrest for trespassing (a minor misdemeanor)
I was falsely arrested for trespassing after rightfully
refusing to leave the Salvation Army Homeless shelter
Corrupt Police Officer H. G. Wells threatened with a
fake arrest for trespassing if I didn't leave the shelter
immediately. At that time Officer H. G. Wells (Montg
Alabama Police Dept) told me that former Pres Bush had
told him to evict me from a motel - (the Capitol Inn
Motel - my room rent was paid up and current on Nov 17,
2005) and evict me from the Salvation Army Homeless
Shelter on Nov 21, 2005.

I was pregnant while I was in the Montg
Municipal City Jail. When I was 7 weeks pregnant I
realized that I was pregnant. The corrupt nurses wouldn't
even give me folic acid (necessary during pregnancy) or set the
water turned on in my cell. When I was 7 weeks pregnant,
the 1st Friday in Jan 06, the other prisoners were being

page 39 of 44
Karen J Wordell

to like to me. One prisoner Tanesha Tut (who used the ~~off~~ name
Sarah Vaugh, who threatened to beat me up and throw
bleach on me, I doesn't plead guilty to the trespassing charge.
I was innocent and I told her I had no intention of pleading
guilty) gave me 3 strong cups of decaffeinated coffee,
one prisoner gave me candy, a pair of socks, writing
paper and a pencil, and I prisoner gave me a bag of potatoe
chips. I knew something was up. I woke up 5 days
later and I was no longer pregnant.

All of the ~~Defe~~ corrupt ndents killed my unborn
baby including former Pres Bush, corrupt US
Senator Shelby, corrupt FBI Director Robert
Mueller, corrupt former US Attorney Doug Jones,
corrupt FBI Agents Tom McHull, Barry
Dupree and Dave Espy and corrupt Assistant –
Special Agent in –Charge – Altea Sizemore,
Terene McCutten – his high level CIA supervisor
John Bozelenovich and Calvin Repucci (all 3 are
involved in espionage) corrupt Birm Ala FBI
Analyst Ms Green, and corrupt former US Attorney
– Carol Pritchard, Jail Guards and corrupt
Montg Alabama Police Officer H. G. Wells.

Jail Guards (1–10) admitted that former
Pres Bush, US Senator Richard Shelby, ~~US~~ former Attorney
Doug Jones, Assistant Special Agent in Charge – Altea
Sizemore, Boston Mass FBI Agent Dave Espy and
FBI Director Robert Mueller had been at the
~~jail~~ jail while I was illegally held there. I want all
of the Defendants in jail for the rest of their lives for killing

page 40 of 144

Karen J Mordell

J. CIA supervisor — John Gozdenovich and Terence McCuthen. Terence McCuthen (a friend of former Pres Bush who also has a friend in the Secret Service and a friend James Landan in the US Dept of State). Is a past-time employee of the CIA and works full time for Digital — a high tech Co in Massachusetts. He has a high level Security clearance. He taps into computers, & steals classified Information and sells it to a foreign government with the assistance of John Gozdenovich — his high level CIA supervisor and Calvin Repucci.

Classified — STM 599

I am suing John Gozdenovich and Terence McCuthen in their official capacities as CIA employees not I'm not suing the CIA as an Agency.

I am bringing forth a lawsuit against Terence McCuthen, his high level CIA supervisor — John Gozdeno-vich and Calvin Repucci not only because they are involved in ongoing espionage for the longest time and are still involved in espionage and not only have they damaged me and every person who lives in our country, the United States of America, who wants our country to remain free, but they also engaged in countless acts of reprisal against me including 12 illegal evictions, interfering with my counseling service (I was self employed as a counselor for many years and I've helped many people over the years) and they had me falsely arrested and illegally committed to psychiatric hospitals over the years. Its been a continuous retaliatory pattern

page 41 of 44
Karen J Worrell

Over the years, ever since I brought forth my
very venterous espionage and political corruption
complaint to corrupt Boston Mass FBI agent Dave
Espy - who covered up my complaint. I clearly
the TODAY show on NBC aired a lengthy story
that there was rampant corruption always of the
Boston Mass FBI office. (I lived in Woburn
Massachusetts when I learned twice that my boyfriend
(now ex-boyfriend) Terene McCutcheon and his high
level CIA supervisor - John Bozcanovich and Felicia
Repucci were / are still are involved in on-going
espionage.

     I saw corrupt Boston Mass FBI Agent
Dave Espy in Woburn Mass stalking me and again at
Oneil Hospital (while I was illegally held there
from feb 3, 2006 - March 21, 2007) (corrupt Boston Mass FBI
Agent Dave Espy was pretending to be an electrician
at Oneil Hospital.

     If there is precedent cases listed in one
of the US District courts or Circuit courts or the
US Supreme court I wish to establish a precedent
case, that a private citizen has the standing to
compel a federal Government Agency to investigate
an espionage complaint, Obstruction of Justice complaint,
and Political corruption complaint. US Magistrate
Judge Terry Moorer, I want you to establish this
precedent case with me by ruling in my favor.
I do know that I have the right to see to it that

page 42 of 44
Karen J Mordell

(Alabama Lic LXc CLF-782)
alias Steve Johnson - who repeatedly assaulted and
battered me at gunpoint on Nov 11, 96 (I weighed
only 180 lbs at the time, I'm 5'10" I was only
45 at the time, his arrested, prosecuted, convicted
and sent prison for his crimes committed against
me. Terene McCullen was ~~stalking~~ I saw him stalking me as early
as 1991 in a southern state I subjected to reacts of reprisal I move to.
This high level CIA supervisor - John Bezdanich
was stalking me in another southern state I subjected to reacts of reprisal
moved to. I saw him

I lived in the New Orleans area of
Louisiana for a long time. Terene McCullen
was stalking me there, I saw him.
On Feb 18, 92 a police officer in the suburbs
of Louisiana I was illegally stopped for hitch-
hiking. I traveling to, vacation. Over the
Police Patrol car radio I heard the names -
Doris Weld and John Gordanich. This
police officer wrongfully claimed it was illegal to
hitch hike in the state of Louisiana, but a
lawyer I consulted with told me differently.
At that time (now former Pres Bush) made a
Pres Bush - June 92 made ~~a an~~ campaign stop
in Louisiana in New Orleans and spoke with
(the) New Orleans Louisiana Mayor Pat
Morial. Shortly after that I was falsely
arrested for loitering, I was enroute from
movie theatre in the suburbs of Louisiana

after seeing the store — Wayne's brother-in-law was enroute to the convenient store 3 blocks away to buy a sandwich (I have hypoglycemia — and have to eat 4 times a day)  I noticed a woman and 2 men inside in the parking lot of the convenient store, they were staring at me. They got out of the car, asked me how much money I had on me and falsely arrested me for loitering even though I was never told by the convenient store employees not to come back to their store or walk through their parking lot to and from their store. My  A private investigator I later hired verified this by taking notarized statements from ~~the two~~ the employees of the store. I had enough money on me to pay my bail for loitering $125 bail — to be released from jail but the police wouldn't pay my own bail. I was released ~~into~~ in the morning with my bail reduced to $0 by a magistrate judge and all the police returned my ~~left over~~ money and property to me. I didn't even have to go to court, the magistrate judge reduced my bail to $0 by reviewing the paperwork. The DA decided not to prosecute me for loitering — falsely arrested for loitering.

(We must have a to made money immediately)
The US Attorney in New Orleans told me to send them a letter about my false arrest for

page 44 of 44

for loitering as a civil rights case.

I will continue my Objections late-
in the day March 4, 2008 Tuesday. I
respectfully request that you direct the US District
Court Clerk to serve summons on Terena
McCutchen and John Gozdziewicz,
pgs 1-44 are signed under penalty of
perjury. Karen Jayne Wardell ©3/04/08
                                Respectfully submitted
                            Karen Jayne Wardell
                                    Wednesday
                                March 5, 2005

I saw Govn William Weld standing across the street
from my motel - in Carlisle Arkansas a nice little
suburban town located near Little Rock Arkansas.
I was renting a room by the week at a motel where
it wasn't very expensive, in a safe neighborhood.

Shortly thereafter I got evicted from the motel
with 1 hours notice to pack my belongings up.
Since I was a tenant by the week and had lived
there for 3 months they motel manager had to give
me at least 1 week notice, if not 1 month 4s notice
to move out. Terena McCutchen, his high level
CIA supervisor - John Gozdziewicz and Calvin
Repucci (all 3 are involved in corporate espionage)
Corrupt Pres Bush, corrupt (then) Mass Govn William
Weld, corrupt Boston Mass FBI Agent Dave Eppy.
were involved in my unlawful eviction from
this motel in Carlisle because they held me
under illegal surveillance by the US Secret

page 45
team of Winona G

and then I brought forth complaints about
then to US senator David Prior's (Ark) Branch
Office in Little Rock, I got illegally evicted
from 4 more Motels in the area Little Rock that summer
as reprisal for visiting President Clinton's
Presidential Field Office in little Rock Ark and
(then at that time) Ark. Govn Jim Guy Tucker's
office and bringing complaints about the Defendants.
    I was able to rent a furnished small 4 bedroom
apartment in North Little Rock for $75 a week,
were I lived until I was falsely arrested for
allegedly threatened to kill President Elect President
    Clinton. I did not say this, and I offered to
take a lie detector test. I love President Clinton,
Gorrin Forst Lady Hillary Rodham Clinton now the
US Senator from NY state and their daughter —
Chelsea Clinton and I think that President
Clinton was an excellent President, and I
want US senator Hillary Rodham Clinton to win
the Presidency in Nov 2008.
        In Dec 94 my Informal Probation
Period began and I lived in a half way house for
a short while in Little Rock Arkansas and then
I was moved up the street to a Boarding Home
    The terms of my Informal Probationary Period
for 1½ years were to see a psychiatrist on
a regular basis, take psych iatrack medicine
and not break any laws (I'm a law abiding

page 46 of
Karen j MacLG

citizen). Early in Jan 95 I saw Terene Mc
Cutchen driving down the ~~road~~ road near
my Boarding Home (while I was out for a
Walk) Terene McCutchen was still stalking me.
A couple of days later, the Assistent US Attorney
and my attorney court y, and the Defendants
engaged in a new act of reprisal against me,
The Assistent US Attorney told me I ~~couldn't~~
leave the grounds of the Boarding Home, Iv
except for medical treatment, I couldn't go
out for walks, to stores or fast food
restaurants which was an act of reprisal.

I moved to Birmingham Alabama
after my Informal Probationary Period ended,
on Aug 18, 96 from Little Rock Arkansas.

In 96 while living in Brm Ala I
saw Terene McCutchen, his high level CIA
supervisor John Gozdienich and (then) Mass Gov
William Weld stalking me while I was living in
Brm Ala. The Defendants had me illegally
evicted from a furnished apartment I rented by
the week (my roommate had stolen long complaint
letters I had written to Pres Clintra, VP Albert
Gore, US senators Bob Dole and Jack Kemp about
the Defendants. US Senator Richard Shelby (Ala)
had paid off his top male legislative assistent this
his Brm Branch Office to connect (which he did)
my neighborhood Post Office Manager to tamper

page 47 of

Karen J Worrell

After I left a telephone message of complaint about tam fo-prosecutor + slept was I was then intercepted by the secret service within my mail, Defendants paid off alias Steve Johnson (Alabama Lic No LLE-782) to rape, assault and batter me at gunpoint on Nov 11, 96 I later took a lie detector test which proved I had been raped at gunpoint by alias Steve Johnson (Ala Lic No LLE-782) on Nov 11, 86, neighborhood Defendants paid off corrupt Birm Ala Police Cpt Cary Doughten not to arrest, put up or learn make stored Mcl alias Steve Johnson. Even after I took my lie detector test about the rape by alias Steve Johnson, corrupt assistant Birm Ala DA's Lane Tolbert and Jeff Wallace still wouldn't put alias Steve Johnson in jail and prosecute him

In Jan 97 Defendants paid corrupt Probate Court Judge Jefferson County Alabama Michael Bolen to illegally commit me to Bryce Hospital psychiatric Tusc Alabama for 4 months. Corrupt former Probate Court Judge Michael Bolen is now an Alabama State Supreme Court Justice. Corrupt psychiatrists at Bryce state psychiatric hospital were paid off by the Defendants to falsely accuse me of having a mental illness and I received massive injections of Prolixin and Zyprexa.

I gained 70 lbs in 4 months (180 lbs - Dec 60) I filed a Writ of Habeus Corpus and was released from Bryce Hospital (Tuscaloosa Alabama) before I went to trial to present my Writ of

Karen J McDowell

Habeus Corpus.

Any reasonable person would believe
that all of the Defendants had continued to engage
in acts of reprisal against me and that all the
Defendants (listed not just corrupt Pres George
Bush had told Montg Alabama Police Officer
Hubbards to illegally evict me from the Capitol
Inn Motel on Nov 17, 2005, from the Salvation
Army Homeless Shelter on Nov 21, 2005 and were
responsible for my false arrest for trespassing on
Nov 21, 2005 after I rightfully refused to leave my
room at the Salvation Army Homeless Shelter.
Montg Municipality Jail Guards
Jail Guards (1-10) admit that
the Defendants paid them off to lock me In communi
cado and turn off the water in my cell. I was illegally
held in the jail for 80 days, then was illegally
sent to Greil Hospital from Feb 3, 2006
through Mar 22, 2007- then I was released to a
Group Home in Troy, Alabama. I was transferred
to a Group Home (Magnolia Lodge) in Troy that had
a less restrictive environment. Defendants
paid all corrupt Group Home employees at the
Magnolia Lodge to illegally commit me to
Dale Medical Center -Senior therapeutic Health
Unit (a psychiatric unit for older people — 55 years of
age or older, I'm 57) I'm awaiting transfer
to Greil psychiatric hospital in Montg Alabama.

page 49 of
Karen J Worrell

Dale Medical Center
Sener Therapeutic Health Center Rehabs
126 Hospital Avenue
Ozark, Alabama  36360
334 - 774 - 2601
patient Number 425544

pages 45 through 45 signed under
penalty of perjury.  Karen J. Worrell
03/05/08

Respectfully submitted
Karen Payne Worrell
03/05/08

Karen Worrell
Senior Therapeutic Health Unit Rm 115
Dale Medical Center
126 Hospital Avenue
Ozark, Alabama  36360



U.S. Magistrate Judge Terry Moorer
please read    U.S. District Court
as soon as     1 Church Street
possible       Montgomery, Alabama  36104