# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Karen Jayne Nordell

V.

H.G. Wells, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:07cv1007-MHT

TO: (Name and address of Defendant)

A.C. Heard, Municipal Jail Guard
Montgomery Police Department
P.O. Drawer 159
Montgomery, AL 36101

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Karen Jayne Nordell
Senior Therapeutic Health Unit, Rm 115
Dale Medical Center
126 Hospital Avenue
Ozark, AL 36360

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                                    3/5/08
CLERK                                                 DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                  *Date*                  *Signature of Server*

                                 *Address of Server*

**RETURNED AND FILED**

**MAR 1 3 2008**

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MIDDLE DISTRICT OF ALABAMA
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

OFFICIAL BUSINESS

7007 1490 0000 0024 9148

RECEIVED

07-1002

RETURN TO SENDER