IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KAREN JAYNE NORDELL,         )
                             )
    Plaintiff,               )
                             )      CIVIL ACTION NO.
    v.                       )       2:07cv1007-MHT
                             )
MONTGOMERY ALABAMA POLICE    )
DEPT., et al.,               )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that plaintiff's additional objections (Doc. No. 28) are overruled.

It is further ORDERED that this case is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 17th day of March, 2008.

                                        /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE