UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KAREN JAYNE NORDELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:07-cv-1007-MHT |
| ) | |
| **H.G. WELLS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS

**COME NOW** the Defendants, Officer H.G. Wells, Municipal Jail Guard A.C. Heard, and Municipal Jail Guard Green, by and through undersigned counsel, respectfully moves this Honorable Court to dismiss with prejudice Plaintiff's claims, and as grounds for said motion state unto the Court the following:

1. Plaintiff's complaint fails to state any claim or claims against Defendant's upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

2. To satisfy the pleading requirements of Rule 8, *Federal Rules of Civil Procedure,* the pleading shall contain a short and plain statement showing that the pleader is entitled to relief. Plaintiff has named Officer H.G. Wells, Municipal Jail Guard A.C. Heard, and Municipal Jail Guard Green as defendants in this action. None of these named defendants are employed by the City of Montgomery or Montgomery Police Department.

Respectfully submitted this the 24th day of March, 2008.

/s/ Michael Boyle
Michael Boyle (BOY032)

City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama  36101-1111
Telephone:  (334) 241-2050
Facsimile:   (334) 241-2310

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing to the following by electronic mail or by placing a copy of same in the United States Mail, postage prepaid, this 24th day of March, 2008:

Karen Jayne Nordell
Senior Threapeutic Health Unit, Room 115
Dale Medical Center
126 Hospital Avenue
Ozark, Alabama 36360

/s/ Michael Boyle
OF COUNSEL