IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KAREN JAYNE NORDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-1007-MHT |
| | ) | |
| H.G. WELLS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

Upon of review of *Defendant's Rule 12(b)(6) Motion to Dismiss* (Doc. 33, filed March 24, 2008), it is hereby **ORDERED** that the motion be submitted without oral argument on **April 23, 2008.**

It is further **ORDERED** that Plaintiff Nordell file a response which shall include a brief and evidentiary materials on or before **April 16, 2008**. Plaintiff may file a reply brief on or before **April 23, 2008**.

The Clerk of Court is **DIRECTED** to include a copy of *Defendant's Rule 12(b)(6) Motion to Dismiss* (Doc. 33) with this Order.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions (including briefs and evidentiary materials) that exceed twenty-five (25) pages, the courtesy copy shall be bound in a three-ring binder and tabbed.

**IN DEFERENCE TO THE PLAINTIFF'S STATUS AS A NON-LAWYER, PRO-SE LITIGANT, THE COURT ADVISES:**

1. The *pro se* Plaintiff is advised that if she fails to file *any* response, the court will proceed to decide on the merits of Defendant's motion without the benefit of her response.

2. Failure to follow the requirements of this Order in responding to the Defendant's motion may result in the entry of a final judgment in Defendant's favor without any trial.

DONE this 25th day of March, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE