IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN JAYNE NORDELL, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-1007-MHT |
| | ) |
| MONTGOMERY ALABAMA POLICE DEPARTMENT, et al., | ) ) |
| | ) |
|    Defendants. | ) |

## **ORDER**

The Court hereby **VACATES** the briefing order (Doc. 36, filed March 25, 2008). As such, no response to Defendant's Rule 12(b)(6) Motion to Dismiss is required at this time.

DONE this 3rd day of April, 2008.

                /s/Terry F. Moorer
                TERRY F. MOORER
                UNITED STATES MAGISTRATE JUDGE