IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **KAREN JAYNE NORDELL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv1007-MHT |
| | ) | |
| **MONTGOMERY ALABAMA POLICE DEPT., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED as follows:

(1) The motion to dismiss (doc. no. 33) is denied. The motion raises issues that cannot resolved without a factual inquiry.

(2) This cause is referred back to the magistrate judge for further appropriate proceedings.

DONE, this the 7th day of April, 2008.

                                 /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE