UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KAREN JAYNE NORDELL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Case No. 2:07-cv-1007-MHT |
| | ) |
| **H.G. WELLS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S RULE 12(e) MOTION FOR MORE DEFINITE STATEMENT

**COME NOW** Defendants, Officer H.G. Wells, Municipal Jail Guard A.C. Heard, and Municipal Jail Guard Green, by and through the undersigned attorney, and respectfully file this Motion for More Definite Statement, setting forth the following reasons in support thereof:

1. The Complaint filed by Plaintiff (*pro se*) has named Officer H.G. Wells, Municipal Jail Guard A.C. Heard, and Municipal Jail Guard Green as defendants in this action.

2. The Montgomery Police Department has no record of Officer H.G. Wells having ever been employed with the Montgomery Police Department.

3. The Montgomery Police Department has no record of employment for Municipal Jail Guard "A.C. Heard". However, the Municipal Jail did employ a jail guard by the name of A.L. Heard. Ms. Heard resigned from her position at the Municipal Jail in October 2006, and is no longer an employee of the Montgomery Police Department.

4. The Montgomery Police Department has a record of employment for Municipal Jail Guard Bridgette Green; however, Ms. Green resigned her position at the Municipal Jail in November 2006. Ms. Green is no longer an employee with the Montgomery Police Department.

5. Plaintiff's Complaint is handwritten and is mostly illegible. The actual verbiage that can be deciphered is unclear and extremely hard to understand.

6. Defendants find it difficult, if not impossible, to fully and intelligently respond to the statements made by the Plaintiff.

7. Defendants are asking for the Court to instruct the Plaintiff to clarify the named Defendants so as to ascertain if these individuals are in fact former employees of the City of Montgomery.

**WHEREFORE**, **PREMISES CONSIDERED,** Defendants respectfully ask that the Court require the Plaintiff to more clearly and succinctly set forth the allegations of his complaint.

This the 23rd day of April, 2008.

/s/ Michael Boyle
Michael Boyle (BOY032)

City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama  36101-1111
Telephone:  (334) 241-2050
Facsimile:  (334) 241-2310

**CERTIFICATE OF SERVICE**

I hereby certify that I have mailed a copy of the above and foregoing to the following by electronic mail or by placing a copy of same in the United States Mail, postage prepaid, this 23rd day of April, 2008:

Karen Jayne Nordell
Senior Therapeutic Health Unit, Room 115
Dale Medical Center

126 Hospital Avenue
Ozark, Alabama 36360

/s/ Michael Boyle
OF COUNSEL