IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN JAYNE NORDELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-1007-MHT |
| | ) |
| H.G. WELLS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon of review of *Defendant's Rule 12(e) Motion for More Definite Statement* (Doc. 40, filed March 24, 2008), it is hereby **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Plaintiff file a responsive pleading which articulates the information about H.G. Wells, A.C. Heard, and Municipal Jail Guard Green. Specifically, Plaintiff should state what her specific grievances against these parties are as well as dates and any other detailed information she has relating to these parties. This pleading is due **on or before May 12, 2008**. Failure to comply may result in sanctions or such other action as the court deems appropriate. Moreover, Plaintiff is instructed her pleading must either be typed or printed handwriting legible to the Court.

This Order does not have any impact on the parties' obligations to conduct a Rule 26(f) Conference in compliance with the Order issued on April 17, 2008. *See* Doc. 39, Order. A Rule 26(f) Report must be filed by **May 9, 2008**.

DONE this 23rd day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE