**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

May 12, 2008

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Karen Jayne 2:07cv1007-MHT**

**Pleading : #42-Report of Rule 26(f) Planning Meeting**

**Notice of Correction is being filed this date to advise that the above referenced pleading filed on 5/9/08 did not contain the correct pdf.**

**The corrected pdf document is attached to this notice.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN JAYNE NORDELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:07-cv-1007-MHT |
| | ) |
| H.G. WELLS, et al., | ) |
| | ) |
| Defendants. | ) |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), the following attorney on behalf of the defendants and pro se plaintiff conferred to develop a proposed discovery plan in the above styled cause.

2. Karen Jane Nordell, for Plaintiff (Pro Se).

   Michael D. Boyle for Defendants.

3. Pre-Discovery Disclosures: The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) within twenty-one (21) days of the court's Scheduling Conference Order.

4. Discovery Plan: The parties jointly propose to the Court the following discovery plan:

   Discovery will be needed from allegations in Plaintiff's complaint on questions of liability, affirmative defenses, and Plaintiff's damages claim.

   All discovery commenced in time to be complete one week prior to the pretrial conference.

   Maximum of 30 interrogatories by each party. [Responses due 30 days after service.]

   Maximum of 30 requests for admissions by each party to any other party. [Responses due 30 days after service.]

   Maximum of 30 requests for production by each party to any other party. [Responses due 30

days after service.]

Maximum of 10 depositions by each party for each party directed toward any other party with a maximum of 7 hours per deposition, unless extended by agreement of the parties.

Reports from retained experts under Rule 26(a)(2) due from Plaintiff by May 7, 2009 and from Defendant by May 21, 2009.

Supplementation under Rule 26(e) due within fourteen (14) days of when a party learns that in some material respect the information disclosed is incomplete or incorrect and if the additional or corrective information has not otherwise been made known to the other parties in the discovery process or in writing.

5.      Other items.

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a pretrial conference on July 6, 2009.

Plaintiff should be allowed until February 11, 2009 to join additional parties and to amend the pleadings.

Defendants should be allowed until March 13, 2009 to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by April 7, 2009.

Settlement and the possibility of mediation cannot be evaluated prior to discovery.

Final lists of witnesses under Rule 26(a)(3) should be due from Plaintiff by three weeks before the pretrial and from the Defendants two weeks before the pretrial conference.

Final lists of exhibits under Rule 26(a)(3) should be due from Plaintiff by three weeks before the pretrial and from the Defendants two weeks before the pretrial conference.

Parties should have 14 days after service of final lists of witnesses and exhibits to list

objections under Rule 26(a)(3).

The case should be ready for trial by August 10, 2009 and is expected to take two days.

Plaintiff and Defendants' Counsel held a meeting to discuss the proposed discovery plan on May 6, 2008. At this meeting, Plaintiff advised she would write a letter confirming her acceptance of the proposed discovery plan to Defendants' Counsel. As of today's date, Defendant's Counsel has not received this confirmation.

Defendants' Counsel is filing this Proposed Discovery Plan in accordance with Fed.R.Civ.P. 26(f) and this Court's Order of April 17, 2008. (Doc.39.) It is upon information and belief of Defendants' Counsel that this is a Joint Proposed Discovery Plan.

/s/ Karen Jane Nordell
Plaintiff, Pro Se

Karen Jane Nordell
826 Park Street
Troy, AL 36081

/s/ Michael D. Boyle
Michael D. Boyle (BOY032)
Attorney for the Defendants

OF COUNSEL:
Legal Department
City of Montgomery
P. O. Box 1111
Montgomery, AL 36101-1111
Phone: (334) 241-2050
FAX: (334) 241-2310