IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KAREN JAYNE NORDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-1007-MHT |
| | ) | |
| H.G. WELLS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon referral of this case for action on all pretrial matters and for recommendation as may be appropriate (Doc. 3), it is **ORDERED** that the parties shall convene for a Scheduling Conference on **May 27, 2008 at 10:00 a.m.** The conference will be held in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. The conference shall be attended by at least one of the attorneys representing each of the parties and by any party who is not represented by an attorney. The parties should be prepared to discuss the Rule 26(f) Report and the scheduling of deadlines in this case.

The Clerk's office is **DIRECTED** to serve this Order and the Order granting the Motion for a More Definite Statement (Doc. 41) on Plaintiff at her address of record as well as the address listed in the Report of Parties' Planning Meeting (Doc. 43). Defendant shall be served by e-mail transmittal.

DONE this 13th day of May, 2008.

                                          /s/ Terry F. Moorer
                                          TERRY F. MOORER
                                          UNITED STATES MAGISTRATE JUDGE