| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature: Cheryl Thomas]* ☑ Agent ☐ Addressee<br>B. Received by (*Printed Name*) Cheryl Thomas   C. Date of Delivery 5/14/0_ |
| 1. Article Addressed to:<br><br>Karen Jane Nordell<br>826 Park Street<br>Troy, AL  36081 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br><br>#41 & 44 Order  07cv1007<br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7007 2680 0003 1842 3672 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540