| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Wallace Riley* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>WALLACE Riley      5-14-08 |
| 1. Article Addressed to:<br><br>Karen Jayne Nordell<br>Senior Therapeutic Health Unit, Rm 115<br>Dale Medical Center<br>126 Hospital Avenue<br>Ozark, AL 36360 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>41:44  07cv1007<br><br>Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2680 0003 1842 3689 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540