IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KAREN JAYNE NORDELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-1007-MHT |
| | ) | |
| H.G. WELLS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

It is **ORDERED** that Scheduling Conference set on May 27, 2008 at 10:00 a.m. shall now be held <u>telephonically</u> and not in person. Counsel for the defense shall initiate the call between the parties and then contact the Court.

DONE this 16th day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE