Wednesday
May 21, 2008

RECEIVED
2008 MAY 22 P 4:35

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DIVISION OF ALABAMA
NORTHERN DIVISION

Karen Jayne Nordell ) Case No: 2:07CV 1007 MHT
         Plaintiff      )
    v                   )
N.G. Wells et al        )
      Defendants        )

Letter to Judge Terry Moorer
Re settlement Attempt

Dear Judge Moorer
    City Attorney Michael Boyle and I are miles apart from settlement.
    Approximately 2 weeks ago I told him I'd be satisfied with a settlement offer of $500,000.00 Dollars and he suggested $2,550 dollars. This is not fair and we are miles apart from settling this case.
    Is there anything you can do to get us closer to terms of settlement agreeable.
    I'm willing to drop my settlement demand to $300,000.00 dollars.
    If there is anything you can do to draw us closer to terms of settlement

please let us and Montg City Attorney Michael Boyle know.

Thank you very much for your assistance

Respectfully submitted
Karen J Nordell
May 21, 2008