IN THE UNITED STATES DISTRICT Court Monday
FOR THE MIDDLE DIVISION of May RECEIVED 2008
Alabama   Please send copy to Mike Boyle
Northern Division   Assistant Montgomery City Attorney 2008 MAY 22 9:48
   P.O. Box 1111 Montgomery Al 36101-1111

Karen Jayne Norbell - Plaintiff ) Case No: 2:07
v ) -CV- 1007-MHT
H.G. Wells et al )
Defendants )

### ★★★ Specific Grievances Against Defendants

Dear Judge Terry Mooler,

   On April 23, 2008 you issued an ORDER that I should list my specific grievances against the Defendants by May 12, 2008. Evidently this letter got sent to Dale Medical Center, Ozark Alabama. I was released from Dale Medical Center on March 11, 2008 and transferred to Greil Hospital, and released from Greil Hospital on March 31, 2008. I've been released to my Group Home at 826 Park Street TROY Alabama 36081 after being held illegally at these Hospitals.

   I am writing to you and Montgomery City Attorney Michael Boyle under the most adverse of circumstances. I am being forced to take large injections of Prolixin - a strong psychiatric medicine,

which impairs my intellectual functions, impairs my keen analytical legal scholarly mind, and impairs my reading comprehension, but I will do my best to list my grievances against Police Officer Hibi Wells et al. I wish you would assign me a lawyer for these reasons. Prolixin makes my handwriting messy too.

On November 17, 2005 Montgomery Alabama Police Officer Hibi Wells came to my room at the Capital Inn Motel (205 N. Goldware Street) Montgomery Alabama, and told me to leave the Motel or I'd be arrested for trespassing. My room rent was up to date. (My Dad — Gene Wordell — who lives in Naples Florida had been paying my room rent on a daily basis with his credit card)

I was a tenant resident guest in good standing with the Assistant Manager — Tina Evans who said I could stay at the Motel until Dec 2, 2005 (I was in the process of collecting my Nov 1, 2005 and Dec 1, 2005 SSI checks so I could look for an apartment I could afford.

I had $7 in my pocket but I left peacefully and a sympathetic Motel clerk paid my cab fare to the Salvation Army

- page 3 -

Homeless shelter which was located in the neighborhood. There was a bed available at the shelter for me. The first night I was there 1 of my roommates stole my notebook filled with evidence about my on-going espionage, political corruption and Obstruction of Justice complaint.

On Nov 21, 2005 at 7:15 PM Police Officer H.O. Wells and partner came to my room at the Salvation Army Homeless Shelter and said I was being evicted even though I was a tenant resident guest in good standing with the Army tenant Resident Manager. He said I'd be arrested for trespassing if I did not leave the Shelter. I had 5 dollars in my pocket and no where to go. <u>At that time officer H.O. Wells freely admitted that former President George Bush (Senior) had directed him to evict me from the Capitol Inn Motel on Nov 17, 2005 and then again from the Salvation Army Homeless Shelter that night (Nov 21, 2005)</u>

I've had an on-going very meritorious Obstruction of Justice complaint against former Pres George Bush (Senior) since 1990. Former Pres George Bush Senior is a friend of my ex-boy friend Terence


—pg 4—

McCluskey. I later learned that Terena McCluskey, his high level CIA supervisor — John Bozdenovich and their friend Calvin Repucci were involved in on-going espionage. Former Pres George Bush (Seniors) first initial counts of Obstruction of Justice were when he told the CIA secretaries not to put through my telephone calls with espionage complaints (against Terena McCluskey and John Bozdenovich) through to the CIA Director's Office, the CIA Inspector Generals Office and the CIA personnel office. Former Pres George Bush (Senior) has an on-going pattern of engaging in acts of reprisal against me including, ① Interfering with my counseling services, ② Having me illegally evicted. He's had me illegally evicted 12 times since 1990, ③ he's had me wrongfully locked up on unmeritorious charges, and he's had me ④ illegally and unmeritoriously committed to mental hospitals. ⑤ He paid off a man in 1994 to rape assault and batter me at sunpoint after I left a complaint message about him for President Clinton.

I was polite and courteous to Officer High Hells on Nov 21, 2005 but he falsely arrested me for trespassing when I refused to leave

room at the shelter. He took my 5 bags of clothing with him and put them in his police car trunk. I was driven in handcuffs to the Montgomery Alabama Municipal Police Station on at 320 N. Ripley Street, Montgomery, Alabama.

Although I was polite and courteous during the booking process and cooperative and asked other officers if they call Police Chief Art Baylor for me, Officer H. B. Wells would not let me use the telephone whatsoever, and placed me in a tank cell. A tank cell has a hard concrete floor, no bunk no mattress, no blanket, no toilet no sink, no water. Tank cells are a violation of a prisoners constitutional, Civil and Human Rights.

I stayed in the tank cell for 24 hours (placed there at 8:30 PM Nov 21, 2005)

At 2:30 PM 3 Police Officers came to take me to Municipal Court but I couldn't get up from the floor because it was so hard, and my legs and knees were so stiff. I had urinated on myself twice.

The Policeman said that someone would come back upstairs to take to me, and I didn't know if they meant a Judge, law clerk or Court Appointed Attorney.

page 6

No one ever came to see me until 8:30 AM on Tuesday Nov 22, 2005. 3 Police men came with a female guard and they asked me if I wanted to take a shower and I said yes. They took me to a group of regular cells where the prisoners were not isolated from each other and there was a TV. I took a shower and was assigned a cell and a cell mate and the cell was not locked at that time. The cell had running water in it at that time. — 9:30 P.M. Tuesday Nov 22, 2005.

When I woke up early in the morning on Wedsday Nov 23, 2005 I discovered the water in my cell had been turned off and the cell was locked. When I took a nap, my roommate cell mate was transferred to another group of cells. No prisoner would get water for me except 1 prisoner. The guards wouldn't get water for me. <u>They would not let me use the phone or send out letters for the approximately 70 days I was there. Keeping a prisoner incommunicado violates their constitutional civil and human rights</u>

Jail Guard A.L. Heard wouldn't let me use the telephone even on Thanksgiving Day Nov 24, 2005 to call my family, on Dec 14 2005 to call my sister on her birthday. on Christmas Day to call my

-page 7-

family, on Dec 30, 2005 to call my Dad on his birthday or on Jan 1, 2006 to call my family on my birthday or to use the phone on Jan 21, 2006 to call my Mom on her birthday.

Just before Christmas, Jail Guard A.C. Nance would let me have a stamped envelope to send a Christmas message to my family. She gave a stamped envelope to every other prisoner in my group of cells to send a Christmas message to their families.

All the other jail guards including Ms Green would not let me use the phone or send letters. They kept the water turned off in my cell.

The guards kept me under a state of extreme emotional duress under these conditions of confinement. These guards names are Ms. Ulmer, 2 Ms. Huffmans, Ms. Lucas (who confiscated paper and pencil that another prisoner slipped to me) Ms Cairns, Ms. Angela Davis and Ms Myricks County. They continuously refused to get Mayor Bobby Bright, Police Chief Art Baylor,

Alabama Attorney General Troy King and the US Attorney Leura Canary to my cell. Ms Ballard threw me in a Tank cell after she served me my dinner 45 minutes late (the other prisoners got their dinner promptly) and I started screaming at her. Ms Green refused to bring me my breakfast on Christmas Day, and when I started screaming at her she threw me in the Tank Cell. On Christmas Day I got only 1 meal Christmas Dinner. Ms Green threw me in the tank cell on 1 more occasion and she didn't bring me my breakfast on 3 more occasions.

At the jail I discovered I was pregnant, the nurses would not give me any prenatal vitamins or folic acid. When I was 2 months pregnant my unborn baby was killed by all the Defendants including Former Pres George Bush (Senior) when you dismissed him and many other defendants without prejudice. Dismissed without prejudice were were certain Defendants — 4 corrupt FBI officials who covered up my on-going very meritorious espionage and political corruption and Obstruction of Justice complaint even though I passed my

— page 9 —

lie detector tests and one of the acts of reprisal I had been subjected to — namely that I had been raped, assaulted and battered at gunpoint on Nov 1, 1996 by alias Steve Johnson ( Ala CC 140 CLE 782 I weighed 180 lbs at that time).

When I was two months pregnant at the jail I woke up 3 weeks later and discovered that my unborn baby was dead. My baby was killed by all the Defendants (including those dismissed without prejudice.

On Feb 3, 2006 2 deputy sheriffs came for me and transported me to Greil psychiatric hospital where I forced to take large doses of psychiatric medicine.

In August of 2006 I discovered for the first time that corrupt Probate Court Judge Reese McKinney had a probate court hearing in my absence on Feb 2, 2006 and the Probate Court Petition was signed by female guard A.L. Heard. She told a bunch of lies about me including, I was throwing feces and urine out of my

Monty Kellie Denham wrote me a letter in May 2006 that I received in Oct 2006 stating that they threw out my 5 bags of clothes, my entire wardrobe. It took $400 to replace those clothes from a Newport catalogue. I still haven't replaced my winter coat yet.

Well, Nell I was having visual and auditory hallucinations and that I was threatening to kill all the guards. These are lies. Corrupt Pres George Bush had me hospitalized at ONVC for over a year before I was released to a group home in Troy Alabama. Also the 4 Corrupt FBI officials who covered up my ongoing very meritorious espionage and political corruption and obstruction of Justice complaint even though I passed my lie detector tests about these complaints and lot the acts of reprisal I was subjected to them, had me illegally committed to Greil psychiatrical hospital too.

Corrupt Judge Reese McKinney can't hold involuntary Corrupt thut Probate court hearings without the respondent being there. No one came to my cell at the jail to tell me there was a Probate Court Petition filed against me.

I am sure there are some important facts I've forgotten due to the strong psychiatrical medicine I'm taking but I've done my best.   Respectfully submitted
Karen J Mardell
May 19, 2008