Monday
May 19, 2008

RECEIVED
2008 MAY 22 P 4:36
[illegible] P. HACKETT CLK
[illegible]
[illegible] DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DIVISION OF Alabama
Northern Division

Karen Jayne Nordell
Plaintiff

v

H.G. Webb et al
Defendants

Case No: 2:07-cv-1007-MHT

Letter to Judge Terry Moorer
RE Scheduling Conference

Dear Judge Moorer,

I am in receipt of your Order scheduling a Scheduling Conference between you, me and Mike Boyle - Assistant City Attorney for Montgomery scheduled for May 27, 2008 at 10:00 A.M. I have difficulties with transportation. The staff at my Group Home has to drive me into Montgomery. Carole Holbough - my Group Home Director has talking to the US District Court Clerk about arranging a telephone conference in lieu of a court appearance for the scheduling Conference. The Court Clerk was agreeable to this.

I'm in pretty bad shape any way and making an appearance in your court room would be potentially traumatic for me. My anxiety attacks are no longer in Remission and they are getting worse and worse and longer and longer. Former Pres George Bush (Senior) is responsible for them. He is trying to scramble my brain so I can't effectively present my case of Obstruction of Justice against him. I have a-typical anxiety attacks with all the symptoms of a classic attack plus it feels like Former Pres Bush Senior is trying to scramble my brain. I don't know who to turn to for help. The psychiatrists I've talked to in the past can't help me. While I'm having my anxiety attacks I am temporarily partially incapacitated. I got my first anxiety attack 6 weeks after taking a massive dose of Haldol and Tegretol. The attacks were in remission for 2 months and I had dreams and a career goal of becoming a US District Court Clerk.

The anxiety attacks started up after I got a massive Prolixin injection at Dale Medical Center. I don't have anxiety attacks when I'm not being forced to take psychiatric medicine. I still take massive injections of Prolixin. Another medical problem I came back with when I was released from Grei'l

was that I have loose unformed stools and diarrhea and I occasionally have bowel accidents. My bowels start up early in the morning and they don't quiet down before 10:00 A.M. It would be very traumatic for me to have a bowel accident on the ride to your Court Room in Montgomery.

If you want to make a house call to my Group Home to see in what bad condition I'm in please feel free to do so. I know you are very busy. The City Attorney, Michael Boyle is welcome to join you. For these reasons I would prefer a telephone conference instead of a Court Appearance for the Scheduling Conference. I don't mean to burden you with my medical problems Judge Moorer but it is important that you know.

Respectfully submitted
Karen J Mordell