IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KAREN JAYNE NORDELL,          )
                              )
        Plaintiff,            )
                              )
v.                            )          CASE NO. 2:07-cv-1007-MHT
                              )
H.G. WELLS, *et al.*,         )
                              )
        Defendants.           )

## ORDER

Pending before the Court is Plaintiff's Motion for Telephonic Conference (Doc. 50, filed May 22, 2008). Pursuant to the Order issued on May 16, 2008 (Doc. 47), the Court has already changed the scheduling conference to a telephonic one. As such, Plaintiff's motion is **denied as moot**.

As a reminder, Counsel for the defense shall initiate the call between the parties and then contact the Court. A phone number to the Magnolia Wood Lodge was provided to the court and Plaintiff Nordell must be available at the number when called on Tuesday, May 27, 2008 at 10:00 a.m.

DONE this 23rd day of May, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE