Please send a copy to
Michael Boyle
City Attorney

Thursday
August 19, 2008

**RECEIVED**
2008 AUG 18 P 3:59
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No: 2:07-CV-1007-MHT

Karen J Norell
  Plaintiff

  vs

H.G. Wells et al
Montgomery Police Dept

Dear Judge Terry Moorer

Montg Police Officer H.G. Wells is an integral Defendant in my complaint against the Montgomery Police Dept. Either he was using an alias when he falsely arrested me on Nov 21, 2005 or the Montg Police Dept is lying when they say he has never been employed by them. I clearly saw his name tag and it said "H.G. Wells". He illegally evicted me from the Capital Inn Motel on Nov 17, 2005 and then again from the Salvation Army Homeless Shelter on Nov 21, 2005. He freely admitted to me that former Pres George Bush Senior had told him to illegally evict me twice. Former Pres George Bush Senior has engaged in an ongoing obstruction of Justice. Officer Reardon, his Police Partner would remember him.

Officer H.G. Wells is a real person and he should not be dismissed as a Defendant. The U.S. Marshalls should go and look for him. I clearly remember what Officer

a male
H.G. Wells looks like. He should not be dismissed as a Defendant in my lawsuit. Officer Reardon, his partner, will remember him. I'd like to add Officer Reardon's name to the list of Defendants. H.G. Wells should not be dismissed ~~Deft~~ from my lawsuit. Please don't dismiss him from my lawsuit.

A.L. ~~Heard~~ - a female - jail guard. I can clearly remember what she looks like. Either she was using an alias when she was employed while I was in jail on a minor trespassing charge for 80 days being held Incommunicado by the Montgomery Police Dept, or the Montgomery Police Dept is lying about her not being employed there. She is an integral Defendant in my complaint. The US Marshalls should go out and look for her. I clearly remember what she looks like and clearly remember what her name tag said. Please do not dismiss A.L. Heard from my lawsuit.

Additionally, the City Attorney's Office told me that Bonnie Johnson, an employee of the Montgomery Municipal City Jail, had discoverable information for me, but she has yet to answer my request that she produce this discoverable information for me.

page 3 —

Would you please order Bonnie Johnson to produce this discoverable information for me please.

Respectfully submitted
Karen J. Worrell
Plaintiff in this action

I swear under penalty of perjury that every thing stated in this document is true and correct.

Defendant Bridgett Green is an integral Defendant in my complaint and she should be served with a copy of this complaint.