Friday
August 22, 2008

RECEIVED
2008 AUG 25 P 2:57
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07cv1007-MHT

Dear Magistrate Judge Terry Moorer,

I am re-instating my allegations of espionage, political corruption and Obstruction of Justice against the following people.

1. Former Pres George Bush Senior — Obstruction of Justice
2. Theresa McCulhen
3. Her CIA supervisor John Codrumly — espionage
4. Calvin Depucei
5. FBI Director Robert Mueller — Obstruction of Justice
6. FBI Agent (Boston MA) Dee Espy Obstruction of Justice
7. FBI Agent Tom McGill (Boston) Obstruction of Justice
8. FBI Agent Barry Dupree (Boston) Obstruction of Justice
9. FBI Supervisor Ralph McClure (Boston) Obstruction of Justice
10. FBI Assistant Special Agent in Charge — Anson Sizemore (Birm & Montg) Obstruction of Justice
11. Former US Attorney Dudy Cones — Obstruction of Justice
12. Former Mass Gov William Weld — political corruption when he served as the US Attorney in Boston Mass
13. US Senator Richard Shelby — Alabama — Obstruction of Justice

SCANNED

I would like to have individuals 6-11 have Immunity from Prosecution and they will then be in the witness protection program in return for testimony against individuals 1-5 and 12-13.

They continue to subject me to mental and psychological torture. I want them arrested and prosecuted if they continue to do so.

Respectfully Submitted
Karen Worrell
Plaintiff in lawsuit against the Montgomery Ala. Police Dept.

Please send a copy to the U.S. Attorney.

Karen Nordell
826 Park Street
Troy, Alabama

please read as soon as possible

U.S. Magistrate Judge Terry Moorer
U.S. District Courthouse
1 Church Street
Montgomery, Alabama 36106