Saturday
August 16, 2008

RECEIVED
2008 AUG 26 P 3:07

Nordell vs. Wells          2:07cv1007-MHT

Magistrate
Dear Judge Tony Moorer,

I am withdrawing my allegations against the parties I've accused of espionage, political corruption and obstruction of justice because they are mentally and psychologically torturing me by causing me to have severe anxiety attacks where thoughts race in my head so fast that I can't concentrate and my mind turns into booble de gook.

I will not pursue my allegations against former President George Bush Senior – obstruction of justice, Tommy McCullen, his high level CIA supervisor Barry Gezzberovich, and Calvin Alpieri for espionage. Former Massachusetts Governor William Weld – political corruption when he served as the US Attorney, US Senator Richard Shelby – obstruction of Justice, FBI Director Robert Mueller + FBI Agents Barry Dupree and Agents Tom Mahill and Assistant Special Agent – in Charge – Aiken Sizemore – Obstruction of Justice, former U.S. Attorney Doug Jones – obstruction of justice. Boston Mass FBI Agent Dave Espy – Obstruction of

Justice. Please [copy letter] send a copy to the US Attorney, and additionally FBI investigate Suspect Ms Cuene. — Obstruction of Justice.

I have no other choice but to conclude in their allegations.

Respectfully submitted
Karen Mordell
Plaintiff in action against
the Montgomery Police Dept.
Montgomery Alabama.

P.S. Mr psychiatrist Dr Mongini won't cooperate and give me extra Ativan to calm down my anxiety attacks. In fact she cut the Ativan back. She is being very cruel to me.