IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN JAYNE NORDELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:07-cv-1007-MHT |
| MONTGOMERY ALABAMA POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of *Defendant's Motion to Dismiss* (Doc. 60, filed August 22, 2008), it is **ORDERED** that the Plaintiff shall file a response **on or before September 12, 2008**. Defendant shall have until **September 19, 2008** to file any reply she wishes to file. The motion shall be taken under submission on that day for determination without oral argument.

The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned if their motion and/or brief exceeds twenty (20) pages in length.

DONE this 27th day of August, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE