IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KAREN JAYNE NORDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-1007-MHT |
| ) | |
| MONTGOMERY ALABAMA POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court are Plaintiff's "Motion to Amend" (Doc. 61, filed August 25, 2008) and "Motion to Withdraw Motion to Amend" (Doc. 62, filed August 26, 2008). For good cause, it is **ORDERED** that the "Motion to Withdraw Motion to Amend" is **GRANTED**. Therefore, the "Motion to Amend" is now rendered moot.

DONE this 27th day of August, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE