IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KAREN JAYNE NORDELL,          )
                              )
    Plaintiff,                )
                              )       CIVIL ACTION NO.
    v.                        )        2:07cv1007-MHT
                              )
H.G. WELLS, et al.,           )
                              )
    Defendants.               )
```

ORDER

After an independent and de novo review of the record, it is ORDERED as follows:

(1) Plaintiff Karen Jayne Nordell's objections (Doc. No. 72) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 69) is adopted.

(3) Defendants H.G. Wells and A.C. Heard are dismissed in both their official and individual capacities without prejudice.

(4) Defendant Municipal Jail Guard Green is dismissed in her individual capacity only.

    Defendant Green is still a party in her official capacity.

(5) Defendant Green's motions to dismiss (Doc. Nos. 59 & 60) are denied.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 2nd day of December, 2008.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE